```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOHN DOE,                                                    :
                                                             :
                        Plaintiff,                           :
                                                             :      23-cv-10362 (LJL)
        -v-                                                  :
                                                             :          ORDER
LINDSAY COOK et al.,                                         :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Plaintiff's motion for an extension of time to amend his complaint is GRANTED.

Plaintiff must file his amended complaint by April 5, 2024.

SO ORDERED.

Dated: March 15, 2024
       New York, New York
                                              _____
                                              LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/24