UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

LINDSAY COOK,

                Defendant.

1:23-cv-10362 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendant Lindsay Cook. Plaintiff is directed to serve the summonses and complaint on each of these defendants within 90 days of the issuance of the summonses.[1]

    If within those 90 days, Plaintiff has not either served these defendants or requested an extension of time to do so, the Court may dismiss the claims against these defendants under Rule 4 of the Federal Rules of Civil Procedure for failure to make timely service and under Rule 41 for failure to prosecute.

SO ORDERED.

Dated:  April 9, 2024
         New York, New York

                                                LEWIS J. LIMAN
                                               United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date when the complaint is filed, the summonses in this action were not issued when Plaintiff filed the complaint because he did not pay the fees upon filing. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.