UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/5/2024
```

-------------------------------------------------------------------X
                        :

JOHN DOE,                   :
                        :

          Plaintiff,     :

                        :          23-cv-10362 (LJL)

     -v-             :

                        :          <u>ORDER</u>

LINDSAY COOK ET AL,     :
                        :

         Defendants.   :
                        :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      An Initial Pretrial Conference was scheduled in this matter for September 3, 2024.  The pro se Plaintiff appeared at the conference.  The defendant did not appear at the conference, and as a result the conference was cancelled.  The initial pretrial conference is hereby rescheduled to September 18, 2024 at 12:00PM.  Parties are reminded to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

      The Clerk of Court is respectfully directed to send a copy of this notice to the Plaintiff and Defendant.

      SO ORDERED.

Dated: September 5, 2024
      New York, New York                     _____
                                       LEWIS J. LIMAN
                               United States District Judge