UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/19/24
```

------------------------------------------------------------------X
                                       :

JOHN DOE,                                   :

                     Plaintiff,           :

                                         :          23-cv-10362 (LJL)

            -v-                              :

                                         :          <u>ORDER</u>

LINDSAY COOK et al.,                        :

                   Defendants.          :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

         The Court held a conference in this matter on September 18, 2024.  Plaintiff and Defendant both appeared and are both currently proceeding pro se.

         Plaintiff shall file a motion by October 18, 2024 regarding why the Court should allow him to continue to proceed under a pseudonym.  In the absence of a timely-filed motion, the Court will deem Plaintiff to have consented to proceeding with his proper name and will order that he refile his Amended Complaint limited to replacing the references to John Doe with his proper name.

         Given that Defendant is currently incarcerated and has not obtained counsel, and with the consent of Plaintiff, Defendant's time to answer the Amended Complaint is extended until January 17, 2025.

         The Court will hold the next conference telephonically on January 21, 2025 at 2 p.m. The Court's telephone line for conferences is 888-251-2909, Access Code 2123101.

         Both parties are encouraged to seek legal assistance and to obtain counsel in this matter. Beginning on October 1, 2024, the legal clinic in the Southern District of New York, which provides free legal services to pro se litigants, will be transitioning to its new provider, City Bar Justice Center. Both parties are encouraged to contact the new legal clinic after October 1, 2024 at (212)-382-4794 or to visit www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.

         SO ORDERED.

Dated: September 19, 2024
       New York, New York
                                    LEWIS J. LIMAN
                            United States District Judge