October 17, 2024

Hon. Lewis J. Liman

U.S. District Court - Southern District Of New York

Re: **John Doe v. Lindsay Cook, et al., 1:23-cv-10362-LJL**

    **Motion to Proceed Under Pseudonym and Seal**

Dear Judge Liman:

# Introduction

In the interest of justice and at this early stage of the proceedings, I respectfully request permission from this Honorable Court to allow me to continue to proceed Pro Se by pseudonym and anonymous chiefly because of a number of valid reasons this Court will learn about as this Case progresses during discovery, witnesses' examination and deposition phases.

This complaint was initiated to seek valid legal redress in connection with Defendant Lindsay Cook's sexual assault and violent attacks against me on or about January 27, 2002 and subsequent abuses in the East Village of Manhattan, 178 Second Avenue, New York.

My complaint is timely because it falls under the Adult Survivors Act (ASA) and was brought during the one-year time period look back set forth in the Adult Survivors Act (CPLR 214-j).

Such Sexual Assault claims have been revived by CPLR 214-j when commenced between November 24, 2022, and November 24, 2023.

All claims that would be brought in this complaint are valid and timely under ASA and allege intentional and negligent acts and omissions for physical, psychological, and other clear, tangible injuries and losses suffered as a <u>direct result</u> of Defendant Cook's criminal conduct and actions that would constitute sexual offenses as defined by § 130 of the New York Penal Law committed against a person who is eighteen years of age or older.

## Sensitivity Of Sexual Assault, Violence and Abuse Events

The cumulative impact of the sexual assault and abuse, physical violence, retaliation and mental abuse inflicted upon me by Defendant Cook directly led to substantial tangible <u>lifelong medical injuries</u> which are extremely sensitive topics that I respectfully do not want attached to my name in the public record for fear of additional unforeseen harm, stigmatization and for religious concerns as well.

I have tried to seek help and counseling to control the ongoing PTSD, depression and frequent panic attacks associated with the sexual assault, mental abuse, violence, constant fear of violence and fear of retaliation.

A major factor that contributes and triggers the flare ups of the autoimmune condition I contracted nearly 23 ago as a <u>direct result</u> of Defendant Cook's sexual assault is stress.

These medical conditions are exacerbated under stress and would likely flare up if my name was available in public records associated with this case.  I constantly worry that the association of my name with this sexual assault and abuse case could set me back.

## Fear Of Reprisal

Your Honor stated during the pre-trial conference to let the Court know if Defendant Cook is operating improperly. I would like to briefly explain to your Honor that Defendant Cook used the 9/11 terrorist attacks against the United States and acted in concert with other individuals before, during and after July 2, 2002 to have me falsely arrested on multiple occasions based on made up stories in the months of April, May and July 2002.

The Court should be aware that Defendant Cook and her associates may not have carried weapons on their persons, but effectively weaponized the New York Police Department and the New York County District Attorney's Office and their powers to effectively further their crimes, conceal their crimes and obstruct justice with the specific intent to further hide their criminal activities for an extended period of time.

Defendant Cook's hand written letter and other statements she made during the pre-trial conference are designed to deceive this Court in the same way Defendant Cook false complaints against me put civilians, non-civilians and the integrity of non-civilians alike in harm's way for financial gain. These attempts will ultimately fail based on documentary evidence and witnesses to her attacks.

Defendant Cook refused to leave my apartment at 178 Second Avenue, Manhattan. I have lost count of how many times I had to free myself from her grip and leave the apartment. NYPD Officer Kristine Smith, Badge# 22579-Tax # 927532, documented in her reports that I was the victim on February 2, 2002. I have no history of violence.

Before moving out from 178 Second Avenue, Manhattan, I signed the lease for an apartment at 80 N. Moore Street, Apt. 32E, in Tribecca in April 2002 with a moving date of June 1, 2002.

I lived by myself in a doorman building and out of reach of Defendant Cook mental abuse until she showed up unannounced at my door on the 32nd floor bypassing security on July 2, 2002 on the very day I was going to Court to meet up with my attorney at the time to have all her false complaints dismissed by the Judge that morning.

Ms. Cook fled to Texas soon after ransacking my apartment at 80 N. Moore Street, Apt. 32E with the help of identifiable actors. Officers John Fiorella, Badge# 29951-Tax# 888187 and Susi Anthony, Badge# 31162-Tax# 888343 documented this event on or about July 8, 2002.

Defendant Cook false complaints against me were promptly dismissed and sealed.

Defendant Cook explained in her letter and at the pre-trial conference that she is incarcerated in the State of Florida until December 22, 2024. She is your Honor for Violation of Probation and Battery but not because she chose to "Finish it" as she stated at the pre-trial conference. She was a fugitive for probation violations and a warrant was issued for her arrest.

I respectfully ask this Honorable Court to take note of the facts filed in the State of Florida Cases at Exhibit A.

Defendant Cook has a long history of violence even against Police Officers since at least 1995 based on Texas and Florida Court records alone. See Exhibit B.

Ms. Cook's own brother David Wesley Goodnight aka David Cook and her own mother Kathrine Goodnite aka Kathrine Lathrop were victimized by Defendant Cook. See the facts filed in the State of Texas Cases at Exhibit C.

I also respectfully request from this Honorable Court to allow me to proceed anonymously because there have been many threats of violence made against me relating to these incidents over the years.

For example, I was directly threatened at a lounge located at 240 West 52 Street, New York on or about April 14, 2002 by an individual who flashed a badge and a gun inside the lounge. This event is directly connected to Defendant Cook's associates, Lydia McFarland and specifically another model by the name of Brook. This event is directly connected to the assault which I previously mentioned to this Court, the May 28, 2002 assault event at 54 Jane Street, New York, which required sutures, X-Rays and follow ups at St. Vincent Hospital. These were not isolated events. There is a lot more to unpack.

Ms. Cook is clearly manipulative, violent and unstable. I continue to fear that if I do not proceed anonymously there is a real risk that my family and I could be physically harmed in the future.

There are no government actors involved in this litigation, and it only involves two private parties. The public at large does not have a real interest in this litigation, and therefore it would not be harmed if I proceeded anonymously and under a pseudonym.

Defendant Cook will not be prejudiced if this Court allowed me to proceed anonymously, because whether the public knows my real name will not affect Ms. Cook's ability to effectively defend herself.

## Conclusion

As you can see, this case involves the type of truly valid sensitive and highly personal claims that create a privacy right so substantial as to outweigh the customary and constitutionally embedded presumption of openness in judicial proceedings.

The Courts have in the past allowed victims of sexual assault and violence to proceed under pseudonym and under seal. For these reasons and other future sensitive disclosures, I respectfully ask that the same treatment be afforded to this Case.

Respectfully submitted,

Pro Se Plaintiff

EXHIBIT A

```
--FLORIDA CCH RESPONSE--
FC.DLE/████████████████████████████████████  Record Checks
```

```
================================================================
 Because additions or deletions may be made at any time, a new copy should be re
 quested when needed for future use.
================================================================
              -  Florida   Criminal   History   -
================================================================
```

```
============================ IDENTITY SECTION ============================
State ID
98340306
```

```
============================= DEMOGRAPHICS =============================
Name                      Date of Birth           Social Security Number
COOK, LINDSEY             06/30/1976              XXX-XX-4873

Sex                       Race                    Place of Birth
Female                    White                   USA [United States of America
                                                  ]

Height                    Weight                  Ethnicity
5' 06"                    120 lbs

Hair Color                Eye Color
Blonde or Strawberry      Unknown

Other Name(s)
COOK, LINDSEY CATHRYN
COOK, LINDSAY CATHRYN

Other Sex                 Other Race              Other Place(s) of Birth
                                                  Wyoming

Address
132 BEDZEL CI Unit 1301, NAPLES, Florida
132 BEDZEL CI Unit 301, NAPLES, Florida
PLANTATION, Florida

Scars Marks Tattoos
SC FACE
```

```
================================ Cycle 1 ================================

OBTS                      1102105755
Arrest


 Name(s)                  Date(s) of Birth        Social Security Number(s)
 COOK, LINDSEY            06/30/1976              XXX-XX-4873

 Sex                      Race                    Place of Birth
 Female                   White                   USA [United States of America
                                                  ]
```

```
Height                  Weight                  Ethnicity
5' 06"                  120 lbs

Address
132 BEDZEL CI Unit 1301, NAPLES, Florida

Date of Arrest          02/16/2022
Charge                  001
 Arresting Agency ORI    FL0110000
 Arresting Agency Name   Collier County Sheriffs Office
 Date of Offense         02/16/2022
 AON Description         Resist Officer

 Statute                Level                   Degree
 843.02                 Misdemeanor             1st Degree

 Statute Description     Obstruct Wo Violence
 Offense Literal         RESIST LEO WITHOUT VIOLENCE
 Charge Count            1
 Reclassifiers           Accessory after the fact.
                         Principal in first degree.

 Judicial
  Charge                 001-1

  Arrest Charge Status   Charge Resulted From Arrest


  Name(s)                Date(s) of Birth        Social Security Number(s)
  COOK, LINDSEY          06/30/1976              XXX-XX-4873

  Sex                    Race                    Place of Birth
  Female                 White

  Judicial Agency ORI    FL011023J
  Judicial Agency Name   Collier County Clerk of Court
  Uniform Case Number    112022MM000247AXXXXX
  Sequence Number        1

 Prosecution
  Prosecution
  Charge Status          Same As Above
  PON Description         Resist Officer
  Offense Literal         Resist Obstruct Officer without Violence

  Statute                Level                   Degree
  843.02                 Misdemeanor             1st Degree

  Statute Description     Obstruct Wo Violence
  Charge Count            1
  Filing Date             03/10/2022
  Counsel Type            Public Defender
  Final Action Taken      Filed
  Final Decision Date     03/10/2022

 Court
  Court Charge Status    Same
  CON Description         Resist Officer
```

```
Offense Literal         Resist Obstruct Officer without Violence

 Statute                Level                   Degree
 843.02                 Misdemeanor             1st Degree

 Statute Description    Obstruct Wo Violence
 Charge Count           1
 Trial Type             None
 Final Plea             Nolo Contendre
 Final Action Taken     Guilty/Convicted
 Final Decision Date    03/15/2022

Sentence
 Sentence Type          N/A - Not Applicable
 Sentence Imposed Date  03/15/2022
 Sentence
 Effective Date         03/15/2022
 Minimum Confinement    0 years 0 months 0 days
 Maximum Confinement    0 years 0 months 20 days
 Confinement Type       County Jail
 Suspended Confinement  0 years 0 months 0 days
 Credit Time Served     9999 days
 Community Control
 Length                 0 years 0 months 0 days
 Probation Length       0 years 0 months 0 days
 Court Cost ($)         216.00
 Sentence Provision(s)  Not Applicable

================================= Cycle 2 ==================================

OBTS                    1102107336
Arrest


 Name(s)                Date(s) of Birth        Social Security Number(s)
 COOK, LINDSEY CATHRYN   06/30/1976              XXX-XX-4873

 Sex                    Race                    Place of Birth
 Female                 White                   Wyoming


 Height                 Weight                  Ethnicity
 5' 09"                 150 lbs

 Address
 132 BEDZEL CI Unit 301, NAPLES, Florida

 Date of Arrest         05/23/2022
 Charge                 001
  Arresting Agency ORI   FL0110100
  Arresting Agency Name  Naples Police Department
  Date of Offense       05/23/2022
  AON Description        Battery

 Statute                Level                   Degree
 784.03.2               Felony                  3rd Degree

 Statute Description    PRIOR CONVIC BATTERY COMMIT 2ND SUB BATTERY
 Offense Literal        BATTERY DOMESTIC FELONY  1 OR MORE PREVIOUS CONVICTIO
```

```
                          NS
Domestic Violence         Yes
Charge Count              1
Reclassifiers             Accessory after the fact.
                          Principal in first degree.


Judicial
 Charge                   001-1

 Arrest Charge Status     Charge Resulted From Arrest


 Name(s)                  Date(s) of Birth         Social Security Number(s)
 COOK, LINDSEY            06/30/1976               XXX-XX-4873

 Sex                      Race                     Place of Birth
 Female                   White

 Judicial Agency ORI      FL011023J
 Judicial Agency Name     Collier County Clerk of Court
 Uniform Case Number      112022CF000831AXXXXX
 Sequence Number          1

Prosecution
 Prosecution
 Charge Status            Amended
 PON Description          Battery
 Offense Literal          Battery Actual  Intentional Touch  Strike

 Statute                  Level                    Degree
 784.03.1a1               Felony                   3rd Degree

 Statute Description      Touch Or Strike
 Charge Count             1
 Filing Date              06/17/2022
 Counsel Type             Public Defender
 Final Action Taken       Filed
 Final Decision Date      06/17/2022

Court
 Court Charge Status      Same
 CON Description          Battery
 Offense Literal          Battery Actual  Intentional Touch  Strike

 Statute                  Level                    Degree
 784.03.1a1               Felony                   3rd Degree

 Statute Description      Touch Or Strike
 Charge Count             1
 Trial Type               None
 Final Plea               Nolo Contendre
 Final Action Taken       Guilty/Convicted
 Final Decision Date      08/12/2022


Sentence
 Sentence Type            N/A - Not Applicable
 Sentence Imposed Date    08/12/2022
 Sentence
```

```
Effective Date         08/12/2022
Minimum Confinement    0 years 0 months 0 days
Maximum Confinement    0 years 0 months 0 days
Suspended Confinement  0 years 0 months 0 days
Credit Time Served     0 days
Community Control
Length                 0 years 0 months 0 days
Probation Length       0 years 30 months 0 days
Court Cost ($)         761.00
Sentence Provision(s)  Abide by Court Restrictions
                       Not Applicable
```

================================= Cycle 3 =================================

```
OBTS                   0607343554
Arrest


 Name(s)               Date(s) of Birth       Social Security Number(s)
 COOK, LINDSAY CATHRYN  06/30/1976

 Sex                   Race                   Place of Birth
 Female                White                  Wyoming

 Height                Weight                 Ethnicity
 5' 09"                120 lbs

 Scars Marks Tattoos
 SC FACE

 Date of Arrest        04/15/2024
 Charge                001
  Arresting Agency ORI  FL0060000
  Arresting Agency Name Broward County Sheriffs Office
  Date of Offense      04/15/2024
  AON Description      Out-Of-County Warrant

  Statute              Level                  Degree
  901.04               Unknown                Unknown

  Statute Description  Out-Of-County Warrant
  Offense Literal      OUT OF CO HOLD - MISD
  Charge Count         1
```

================================= Cycle 4 =================================

```
OBTS                   1101147851
Arrest


 Name(s)               Date(s) of Birth       Social Security Number(s)
 COOK, LINDSEY         06/30/1976             XXX-XX-4873

 Sex                   Race                   Place of Birth
 Female                White                  Wyoming

 Height                Weight                 Ethnicity
 5' 09"                130 lbs
```

```
Address
PLANTATION, Florida

Date of Arrest          04/17/2024
Charge                  001 Re-Arrest
 Arresting Agency ORI    FL0110000
 Arresting Agency Name   Collier County Sheriffs Office
 Date of Offense         04/17/2024
 AON Description         Prob Violation

 Statute                Level                   Degree
 948.06                 Unknown                 Unknown

 Statute Description
 Offense Literal        VOSP  BATTERY ACTUAL INTENTIONAL TOUCH STRIKE ON PERS
                         ON 65
 Charge Count           1

 Judicial
  Charge                001-1

  Arrest Charge Status  Charge From Which Subject Was Re-Arrested


 Name(s)                Date(s) of Birth        Social Security Number(s)
 COOK, LINDSEY          06/30/1976              XXX-XX-4873

 Sex                    Race                    Place of Birth
 Female                 White

 Judicial Agency ORI    FL011023J
 Judicial Agency Name   Collier County Clerk of Court
 Uniform Case Number    112022CF000831AXXXXX
 Sequence Number        1

 Reference Arrest
  Reference
  OBTS Number           1102107336
  Reference
  Date of Arrest        05/23/2022

============================== REGISTRATION ==============================

 OBTS                   1101144416

 Name(s)                Date(s) of Birth        Social Security Number(s)
 COOK, LINDSEY          06/30/1976              XXX-XX-4873

 Sex                    Race                    Place of Birth
 Female                 White                   Wyoming

 Height                 Weight                  Ethnicity
 5' 09"                 150 lbs

 Address
 132 BEDZEL CI Unit 301, NAPLES, Florida
```

```
Date of Registration       08/15/2022
Registering Agency ORI     FL0110000
Registering Agency Name    Collier County Sheriffs Office

Charge                     001
 AON Description           Criminal Registration
 Registration Literal      CONVICTED FELON – REGISTRATION
 Registration Type         Criminal Registrant
 Statute                   775.13
 Statute Description


============================== REGISTRATION ===============================

 OBTS                      0625110536

 Name(s)                   Date(s) of Birth        Social Security Number(s)
 COOK, LINDSEY             06/30/1976

 Sex                       Race                    Place of Birth
 Female                    White                   Wyoming

 Height                    Weight                  Ethnicity
 5' 09"                    128 lbs

 Date of Registration      10/07/2022
 Registering Agency ORI    FL0060000
 Registering Agency Name   Broward County Sheriffs Office

 Charge                    001
  AON Description          Criminal Registration
  Registration Literal     CRIMINAL REGISTRATION  NOT AN ARREST
  Registration Type        Criminal Registrant
  Statute                  775.13
  Statute Description


============================================================================
 This record contains Florida information only. When explanation of a charge or
  disposition is needed, communicate directly with the agency that contributed
  the record information.
============================================================================
 This record may only be used for the purpose requested as defined by the Code
 of Federal Regulations and/or Florida Statute.
============================================================================
 As mandated by Florida Statute 119.071(5), full social security numbers are no
 w exempt from public disclosure and may be disclosed only to governmental enti
 ties and certain commercial entities (upon a showing of business necessity as
 defined by the law). FDLE will, however, release the last four digits of the s
 ocial security number. Example: XXX XX 1234.
============================================================================
 End of record
============================================================================
 --END--
```

<u>Additional Options:</u>

Additional e-mail address(es) to share the Florida criminal history record check result with: (Separate multiple e-mail addresses by a comma [,]) Results will be e-mailed immediately.

✉ Share history result

🖶 Print History

🔍 New Search



Date: October 17, 2024

Reference: COOK, LINDSAY

Also known as: COOK, LINDSAY CATHRYN; COOK, LINDSEY

Date of birth: June 30, 1976

Except as may be entered below, as of this date, the Collier County Sheriff's Office has no record of arrest on the above named individual for the past 25 years. Sealed, expunged and juvenile records were not searched.

A records check by our agency provides only local, Collier County arrest information. Affidavit is accurate for the date of inquiry only.  No other representation is made.

Unless this is an original document with Sheriff's Office letterhead, do not accept. Copies are not authorized.

The list below contains 3 charges, and a signature section follows the list.

| DATE ARRESTED | CHARGE |
| --- | --- |
| 04-17-2024 | VIOLATION OF STATE PROBATION: BATTERY ACTUAL INTENTIONAL TOUCH STRIKE ON PERSON 65 YEARS OF AGE OR OLDER |
| 05-23-2022 | BATTERY: DOMESTIC FELONY (1 OR MORE PREVIOUS CONVICTIONS) |
| 02-16-2022 | RESIST LAW ENFORCEMENT OFFICER WITHOUT VIOLENCE |

By: *Stephanie Perugorria-Paz*

STEPHANIE PERUGORRIA PAZ , Central Records Deputy

For:  Kevin Rambosk, Sheriff
Collier County Sheriff's Office

This weekly Most Wanted Wednesday WINK News segment features fugitives from justice right here in Southwest Florida.

This is your chance to help out the community and give the tip that gets these people off the street. These suspects need to be found – and if you can help, you could earn a cash reward up to $3,000. If you have seen them, reach out to SWFL Crime Stoppers at 1-800-780-TIPS (8477) or **submit a tip online**. You can remain anonymous.

Here are three fugitives wanted by **Southwest Florida Crime Stoppers**.



**Lindsey Cook**
- Wanted for probation violation for battery on a person 65 or older
- She has two prior booking for domestic violence
- Last known to be living in Naples but has connections to Plantation

Lindsey Cook, 46, is wanted for violating probation for battery on a person age 65 or older.

She has two previous bookings in Naples for resisting and battery/domestic violence.

She could be in Naples but also has connections in Broward County.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Docket #: 11-2022-CF-000831-AXXX-XX
DC#: F81626
Judge/Division: John O McGowan

## WARRANT

**In the Name of the State of Florida, to All and Singular the Sheriffs of the State of Florida:**

WHEREAS, Molme, Jean Paul has made oath that on the 12th day of August, A.D. 2022 one Cook, Lindsey, hereinafter referred to as the offender, was placed on probation for the offense of Count I. Battery Actual, Intentional Strike on Person 65 YOA OR Older , in the Circuit Court of Collier County, for a term of 30 Months , in accordance with the provisions of chapter 948, Florida Statutes, and that the offender has not properly conducted herself, but has violated the conditions of her probation in a material respect by:

I.   **Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed, in that, on December 2 , 2022, the offender was instructed by Officer Chiquita Richardson to report to the probation office located at 2928 N. State Road 7, Lauderdale Lakes, FL 33313 on January 3, 2023, and as grounds for belief that the offender violated her probation, Officer Molme, Jean Paul states that the offender failed to report as directed, for the month of January, 2023.

II.  **Violation of Condition (3) of the Order of Probation,** by changing her residence without first procuring the consent of the probation office, and as grounds for belief that the offender violated her probation, Officer Molme, Jean Paul states that on or about December 2, 2022, the offender did move from her last known place of residence at 821 NW 67th Ave, Plantation, FL 33313-8488, without first procuring the consent of the probation officer, as told to Officer Molme, Jean Paul on December 2, 2022, by Kenny House Manager , and  the offender current whereabouts are unknown.

THESE ARE, THEREFORE, to command you to arrest instanter the offender, Cook Lindsey, and bring her before me to be dealt with according to law.

Given under my hand and seal this ___ day of _____, A.D. 2023

_____
Judge John O McGwan
Circuit Court in and for Collier County

____ No bond, Nationwide extradition required by Interstate Compact
____ No bond
____ ROR
____ Bond set at  $
Extradition Instructions:

Distribution:     Original:   Sheriff's Office
                  Copy:       Court File
                  Copy:       DC Offender File

FILED 02/17/23 14:40 Collier Co

Page 2

CASE # 11-2022-CF-000831-AXXX-XX

IN THE CIRCUIT COURT OF <u>COLLIER</u> COUNTY

STATE OF FLORIDA

<u>VIOLATION OF PROBATION</u>
**WARRANT**

ORDER TO TAKE INTO CUSTODY

**STATE OF FLORIDA**
**VS.**

**COOK, LINDSEY**



THIS  WARRANT  WAS  RECEIVED  BY  THIS
DEPARTMENT AT _____ _____
COUNTY, FLORIDA ON THE _____ DAY OF _____
_____, A.D. 20_____,            AND
EXECUTED IN _____ COUNTY, FLORIDA ON
THE _____ DAY OF
_____, A.D. 20_____,
BY ARRESTING THE WITHIN NAMED
_____ _____

_____
ARRESTING OFFICER

_____
DEPARTMENT

_____
DATE AND TIME OF SERVICE

_____
PLACE OF SERVICE

**IDENTIFYING DATA**
AKA: *COOK LINDSEY CATHRYN*
RACE: <u>WHITE</u>   SEX: <u>FEMALE</u>   DOB: <u>06-30-1976</u>
HGT:   <u>5'09</u>          WGT: <u>130</u>
EYES:   <u>GREEN</u> HAIR:  <u>BROWN</u>
DR#:    *C200523767300*   FDLE#:*98340306 FBI#:42926XB7*
LAST KNOWN ADDRESS: 821 NW 67TH AVE
                    PLANTATION, FL 33313-8488
Phone: (239)451-8613
Residing with/relationship: N/A
Employer name/phone: <u>UNEMPLOYED</u>
Place of birth:
Vehicle info: <u>NONE</u>

|                                | Yes | No |
|--------------------------------|-----|-----|
| History of violence:           | ☒  | ☐ |
| Prior resisting arrest:        | ☒  | ☐ |
| Prior use or possession of weapon | ☐ | ☒ |
| Interstate Compact case:       | ☐  | ☒ |

(If yes, signed copy of "Offender Application for Interstate
Compact Transfer" is attached)

DC3-217 (Revised 9/28/17)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Docket #: 11-2022-CF-000831-AXXX-XX
DC#: F81626

### AFFIDAVIT
### VIOLATION OF PROBATION

Before me this day personally appeared <u>Molme, Jean Paul</u> who, being first duly sworn says that <u>Cook Lindsey</u>, hereinafter referred to as the offender, was on the <u>12th</u> day of <u>August</u>, A.D. <u>2022</u> placed on <u>Probation</u> for the offense of <u>Count I. Battery Actual</u>, Intentional Touch, Strike on Person 65 YOA or Older, in the <u>Circuit</u> Court of <u>Collier</u> County, for a term of <u>30 Months for Count I</u> on Probation, in accordance with the provisions of chapter 948, Florida Statutes.

Affiant states that the offender was reinstructed on the conditions of probation on <u>September 29, 2022,</u> by Officer <u>Chiquita Richardson</u>.

Affiant further states that the offender has not properly conducted <u>herself</u>, but has violated the conditions of <u>her probation</u> in a material respect by:

I. **Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed, in that, on December 2, 2022, the offender was instructed by Officer Chiquita Richardson to report to the probation office located at 2928 N. State Road 7, Lauderdale Lakes, FL 33313 on January 3, 2023, and as grounds for belief that the offender violated her probation, Officer Molme, Jean Paul states that the offender failed to report as directed, for the month of January, 2023.

II. **Violation of Condition (3) of the Order of Probation,** by changing her residence without first procuring the consent of the probation officer, and as grounds for belief that the offender violated her probation, Officer Molme, Jean Paul states that on or about December 2, 2022, the offender did move from her last known place of residence at 821 NW 67th Ave, Plantation, FL 33313-8488, without first procuring the consent of the probation officer, as told to Officer Molme, Jean Paul on December 2, 2022, by Kenny the House Manager, and the offender current whereabouts are unknown.

_____
Officer Molme, Jean Paul

**THIS AFFIDAVIT MUST BE NOTARIZED OR ATTESTED TO UNDER section 117.10 OR 92.50, F.S.**

Sworn to and subscribed before me this _____6th_____ (day) of <u>February</u> 2023 by <u>Molme, Jean Paul</u>, who is personally known to me or has produced

identification _____.

Signature of Attesting
Officer Under section 117.10, F.S. _____    Title: _____

**OR**

Notary Public _____

MARSHA JACAS
Notary Public
State of Florida
Comm# HH260986
Expires 5/4/2026

State of Florida at Large for <u>Broward</u> County

Approved by Supervisor: _____    Date: __~~01/30/2023~~ 2/6/23__

<u>(954)-797-1762</u> / Jean.paul.molme@fdc.myflorida.com

Officer Telephone/E-Mail Address

DC3-216 (Revised 11/21/17)

Distribution:    Original:    Court
                 Copy:        Left Side-Offender File

FILED 02/17/23 14:40 Collier to

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**VIOLATION REPORT**

**\*\*Report Contains Confidential Information\*\***

Date: January 30, 2023                              **Mandatory Retaking From:**
To: Honorable John O McGowan                        From: Molme, Jean Paul
**NAME: Cook Lindsey Cathryn**                      DC NO: **F81626**
Circuit: 17-7                                       UC No:
Case No:11-2022-CF-000831-Axxx-xx
Scheduled Termination Date: February 11, 2025

**REQUESTING**

Warrant

**TYPE OF REPORT**

Non-Compliance with Conditions

**LOCATION**

At Large     Last Known Address     821 NW 67th Ave.
                                     Plantation, FL 33313-8488

**HOW VIOLATION OCCURRED:**

I.    **Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed, in that, on December 2, 2022, the offender was instructed by Officer Chiquita Richardson to report to the probation office located at 2928 N. State Road 7, Lauderdale Lakes, FL 33313 on January 3, 2023, and as grounds for belief that the subject violated her probation, Officer Molme, Jean Paul states that the subject failed to report as directed, for the month of January, 2023.

II.   **Violation of Condition (3) of the Order of Probation,** by changing her residence without first procuring the consent of the probation officer, and as grounds for belief that the subject violated her probation, Officer Molme, Jean Paul states that on or about December 2, 2022, the subject did move from her last known place of residence at 821 NW 67th Ave, Plantation, FL 33313-8488, without first procuring the consent of the probation officer, as told to Officer Molme, Jean Paul on December 2, 2022, by Kenny the House Manager, and the subject, current whereabouts are unknown.

**Circumstances**: On December 2, 2022, the subject reported to the probation office. The subject was instructed by Officer Chiquita Richardson to report back to the office on January 3, 2023. This officer attempted to call the subject, but no one's answered the phone. This officer left a message for the subject. The second phone call went straight to voicemail when calling back. On 12/29/2022, this officer attempted to contact the subject at Sober Living Residence located at 821 NW 67th Ave, Plantation Fl 33313 and this officer was informed by Mary Murphy that the subject has not been there since before Christmas. She stated that the subject ran off with some guy whom she met on a dating site. Mary also stated that the subject belongings are still at the facility, and she would advise the subject that, the probation officer needs to get in contact with her. This officer

Page 2
Case: 11-2022-CF-000831-AXXX-XX
Name: COOK LINDSEY CATRYN

called the county hospital and the tri-county jails no record showed that subject was in any of those facilities. For that reason, I believe that subject is an absconder.

**2) OFFENDER STATEMENT:**

No statement is available at this time, the defendant's whereabouts are unknown, and the defendant does not have a phone number listed.

**3) HISTORY OF SUPERVISION:**

On August 12, the subject appeared before the Honorable John O McGowan and was sentenced 30 months' probation for Battery Actual, Intentional Touch, Strike on Person 65 YOA or Older. Special conditions are: Mental Health Evaluation; follow recommendations enroll within 30 days of release, Substance abuse evaluation, recommendations enroll within 30 days of release, Alcohol restrictions; no possession/consumption, no alcohol in residence, not to enter establishments who primarily sell alcohol, Batterer's Intervention Program enroll within 30 days of release, Random Breathalyzer/urinalysis, and Defendant to report to probation immediately upon release from custody.

**Current Community Supervision History:**

| Offense Date | Offense | Sentence Date | County | Case Number | Supervision Length |
|------------|---------|---------------|--------|-------------|-------------------|
| 05/23/2022 | BATTERY UPON PERSON 65/OLDER | 08/12/2022 | COLLIER | 2200831 | 000Y 00M 00D |

**Prior Community Supervision History:**

| Offense Date | Offense | Sentence Date | County | Case Number | Supervision Length |
|------------|---------|---------------|--------|-------------|-------------------|

**NO PRIOR HISTORY OF SUPERVISION**

**Prior Violation Of Supervision:**

| Date of Violation | Type of Violation | Date of Disposition | Disposition of |
|------------------|-------------------|---------------------|----------------|

**NO PRIOR VIOLATION OF SUPERVISION**

**Residence:** __ STABLE    __ UNSTABLE    __ ABSCONDED

821 NW 67TH AVE
PLANTATION, FL  33317-1237

Resides: at a Group Home located at 821 NW 67th Ave Plantation, Fl 33317; and last verified on 10/31/2022

Page 3
Case: 11-2022-CF-000831-AXXX-XX
Name: COOK LINDSEY CATRYN

**Employment:**  RETIRED/DISABLED

\*\*NO EMPLOYMENT HISTORY\*\*

**Restitution:**

| Case Number Payment Date | Payee Name | Original Obligation | Current Balance | Last Amount |
|---|---|---|---|---|
| ------- | ------------------------------- | ---------- | ---------- | --------------- |

\*\*NO RESTITUTION ORDERED\*\*

**Court Costs/Fines:**

| Case Number Payment Date | Payee Name | Original Obligation | Current Balance | Last Amount |
|---|---|---|---|---|
| ------- | ------------------------------- | ---------- | ---------- | --------------- |
| 2200831 08/12/2022 | COLLIER COUNTY CLERK OF COURT | $1017.00 | $1017.00 | $1017.00 |

**Other:**

| Payee Name | Original Obligation | Current Balance | Last Amount | Payment Date |
|---|---|---|---|---|
| ---------------------------------- | ---------- | ---------- | ---------- | ---------- |
| COST OF SUPERVISION | $1500.00 | $1500.00 | $1500.00 | 08/12/2022 |
| SURCHARGE | $100.68 | $100.68 | $100.68 | 08/12/2022 |

**Public Service Work:**

Monthly minimum

| Hours Required | Hours Ordered | Hours Worked | Hours Remaining |
|---|---|---|---|
| ------------- | ------------- | ------------- | --------------- |

\*\*NO PUBLIC SERVICE HOURS ORDERED\*\*

**Treatment Status:**

(Summary of offender's current and prior participation in treatment, educational, and vocational programs):

| Treatment Date Termination Reason | Program Description | Termination Date | Status |
|---|---|---|---|
| ---------- | ------------------------------ | ---------- | --------------- ------- |
| 10/10/2022 | DOMESTIC VIOLENCE | 01/01/0001 | |
| 11/14/2022 | PSYCHOLOGICAL | 01/01/0001 | |

Page 4
Case: 11-2022-CF-000831-AXXX-XX
Name: COOK LINDSEY CATRYN

**Status Of Other Special Conditions:**

| Case Number | Special Condition | Begin Date | Due Date | End Date | Status |
|---|---|---|---|---|---|
| 2200831 | MENTAL HEALTH EVALUATION | 8/12/2022 | 02/11/2025 | 11/14/2022 | COMPLETED |
| 2200831 | MENTAL HEALTH EVALUATION | 08/12/2022 | 02/11/2025 | 11/14/2022 | COMPLETED |
| 2200831 | DRUG/ALCOHOL EVAL | 08/12/2022 | 02/11/2025 | 01/01/0001 | NOT COMPLETED |
| 2200831 | DRUG/ALCOHOL TREATMENT | 08/12/2022 | 02/11/2025 | 01/01/0001 | NOT COMPLETED |
| 2200831 | NO BARS, ETC | 08/12/2022 | 02/11/2025 | 01/01/0001 | NOT COMPLETED |
| 2200831 | NO ALCOHOL | 08/12/2022 | 02/11/2025 | 01/01/0001 | NOT COMPLETED |
| 2200831 | MENTAL HEALTH TREATMENT | 08/12/2022 | 02/11/2025 | 01/01/0001 | NOT COMPLETED |
| 2200831 | MENTAL HEALTH TREATMENT | 08/12/2022 | 02/11/2025 | 01/01/0001 | NOT COMPLETED |
| 2200831 | BATTERERS'INTERVENTIONO | 8/12/2022 | 02/11/2025 | 01/01/0001 | NOT COMPLETED |
| 2200831 | BATTERERS' INTERVENTIONO | 08/12/2022 | 02/11/2025 | 01/01/0001 | NOT COMPLETED |
| 2200831 | MAY TRANSFER TO TEXAS | 08/12/2022 | 02/11/2025 | 01/01/0001 | NOT COMPLETED |

**Incentives Earned:**

All incentives earned will be forfeited upon a finding of guilt.

**000** DAYS EDUCATION INCENTIVES        **000** DAYS EMPLOYMENT INCENTIVES

4) RECOMMENDATION:

This Officer is respectfully requesting a warrant be issued for the subject's arrest for changing her residence without permission from this Officer and for failing to report to probation office for the month of January. The subject has made herself unavailable for supervision and her whereabouts are unknown. If the subject should plead guilty or is found to be guilty of said allegations, this officer respectfully recommends that the subject's probation be reinstated, modified to one (1) year community control with electronic monitoring followed by the remaining balance of probation.

The foregoing is true and correct to the best of my knowledge and belief.

Molne, Jean Paul Officer

APPROVED: Jacas, Masha        Supervisor    Date    2/6/23

Officer _____

Office Location _____

Judge/Division <u>John O McGowan / Felony</u>

**IN THE CIRCUIT/COUNTY COURT,
COLLIER COUNTY, FLORIDA**

**CASE NUMBER** 11-2022-CF-000831-AXXX-XX

STATE OF FLORIDA

VS.

<u>Lindsey Cook</u>
Defendant

**ORDER OF REVOCATION OF
PROBATION/COMMUNITY CONTROL**

THIS CAUSE, having been brought upon an affidavit of violation of probation / community control, and it appearing that the defendant was placed on probation / community control in accordance with the provisions of Chapter 948, Florida Statutes and, it further appearing that the defendant,

entered an admission to a material violation(s)

of the following condition(s):

1,3

IT IS THEREFORE ORDERED AND ADJUDGED that the probation/community control of the defendant be revoked in accordance with Section 948.06, Florida Statutes.

DONE AND ORDERED IN OPEN COURT, this 29th of May, 2024.

Judge (Electronically Signed)

CC: State/County Probation

# 20TH Judicial Circuit Monetary Bail Schedule

*Defendant:* **COOK, LINDSEY**

*DOB:* **06/30/1976**                    *A#***227695**

Based upon a review of the Judicial Inquiry System (JIS), I certify that the above named person is being Held pursuant to the Twentieth Judicial Circuit Monetary Bail Schedule for Collier County, effective January 1, 2013 for the following reasons:   **(CHECK ALL THAT APPLY)**

☒    Defendant arrested for an offense alleging physical or domestic violence.

☒    Defendant has a prior felony conviction (including any withhold of Adjudication).

☒    Defendant is currently out on bond on other charges: WARRANT- WILL NOT EXTRADITE
       Out on Bond:
       County: **MCCULLOCH CO**
       Charge(s): **MOTION AND ORDER FOR RELEASE OF SURETY - ASSAULT CAUSES BODILY**
       Case #: **13929**

☐    Defendant is currently on probation:
       Active Probation:
       County: _____
       Case#: _____
       County: _____
       Case# _____

☐    Based on limited information available at the time of arrest, we are unable to confirm whether the Subject is out on bond, on probation or has a prior felony conviction.

☐    None of the above apply: No Hold for First Appearance placed.

## Sheriff of Collier County

By: *MSweeney* 4514_____    Date:  May 24, 2022
     **Employee of the Sheriff**

Revised 6-15-13

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                    CRIMINAL DIVISION
STATE OF FLORIDA,

vs.                                               CASE NO: 22 CF 831

Cook Lindsay

## ADMISSION TO VIOLATION OF PROBATION/COMMUNITY CONTROL

I am appearing on the below listed date in the above-styled court in Collier County, Florida. The Judge advised me of the charge(s) against me. I am now entering a plea of an admission to the pending affidavit alleging a violation of my probation/community control.

I swear under oath before the Judge that I understand the following:

1. The nature of the charge(s) against me and my right to plead not guilty to the charge(s);
2. The difference between the plea of an admission or denial, and Not Guilty, and the effect of each plea;
3. My right to a probation/community control violation hearing, and my right to the assistance of counsel at that hearing;
4. My right to be represented by an attorney at every stage of the proceedings against me, and the right to have an attorney appointed to represent me if I cannot afford one;
5. My right to the presumption of innocence until the State proves me guilty by the greater weight of the evidence;
6. My right to confront and cross-examine the witness(es) testifying against me;
7. My right to call witnesses on my own behalf at the hearing and my right to compel their attendance at the hearing;
8. My right to testify at a hearing, and to have my testimony considered by the same standards as other witnesses;
9. My right to have a court reporter make a complete record of the proceedings;
10. My right to appeal all matters relating to the judgment and sentence to a higher court, including the issues of my guilt and/or innocence;
11. The mandatory minimum and maximum penalties provided by law for the crime(s) charged.

By admitting the probation/community control violation, I am swearing under oath before the Judge that I am giving up all of my above listed rights. I am requesting the Judge to impose a sentence that he/she deems appropriate. I understand that y this plea there will not be a probation/community control violation hearing of any kind and that I am giving up my right to a hearing. This plea is in my own best interest. I understand that I may be required to pay restitution to the victim(s) in this case, court costs other associated fees, the cost of probation and any programs that I am placed into by the court, fines, and the costs for the services of the Public Defender, if one was appointed to represent me. I understand that the Judge may ask me questions about the charge(s) to which I am pleading and if I answer them under oath my answers can be used against me in a prosecution for perjury. I understand that if the Judge places me on probation/community control and I violate those terms and conditions, the Judge could impose any sentence that he or she may have otherwise imposed before placing me on probation/community control, including a jail sentence. I understand that the Judge may not reenroll me in any programs or treatment; and if I am placed on probation/community control, a failure to complete them can result in a violation. Further, I am waiving any right that I may have for a pre-sentence investigation and to have the report considered by the Judge before sentencing. The Judge given me a reasonable and sufficient time in which to consider this plea.

I am not under the influence of any alcohol or drugs at this time, nor am I presently suffering from any mental defect. I fully understand the Judge's instructions, this document, any applicable orders of referral to probation or any other applicable court ordered program(s), all the legal proceedings herein, and all of my rights under the law. No one, including my attorney or the Judge, has made any promises, threats, or representations to me to induce me to enter this plea. I am mentally alert and am entering this plea knowingly, intelligently, and voluntarily. I have the right to have an attorney appointed for such an appeal if I cannot afford one.

I understand that because of this plea today, I may be subject to greater/enhanced penalties if found guilty and/or convicted of any future criminal offenses. I also understand that because of this plea, if I am not a United States citizen, I may be subject to deportation pursuant to the laws and regulations governing the Department of Homeland Security.

ATTORNEY _____          DEFENDANT _____

## WAIVER OF ATTORNEY or SATISFACTION WITH ATTORNEY

I am waiving my right to consult with an attorney or to have one appointed to represent me at every stage of the legal proceedings against me; or I am completely satisfied with my attorney, and I am voluntarily entering this plea after having adequate consultation with him/her.

ATTORNEY _____        DEFENDANT _____

The Defendant swore the above before me. This court finds the defendant is not suffering from any mental defect. The defendant is alert and intelligent, and is entering this plea knowingly, intelligently and voluntarily. The defendant understands the nature of the charge(s) and the consequences of entering this admission to the Affidavit, and has made an Informed and voluntary waiver of his/her above described rights. The defendant acknowledges that this plea is in his/her best interest or acknowledges his/her violation. Further, that said violation was substantial, material, willful and intentional. Considering all legal proceedings, stipulations, and court records herein, this court finds that there is a factual basis for the entry of the plea. Done and Ordered in Collier County, Florida, this _____ day of _____.

_____
Circuit Court Judge

KH- Probation/ Community Control Right Waiver Form 11/18

Cleared: 2024-04-17 16:02  Ofcr: 2090 / BIRTOLO JACY

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Docket #: 11-2022-CF-000831-AXXX-XX
DC#: F81626
Judge/Division: John O McGowan

## WARRANT

**In the Name of the State of Florida, to All and Singular the Sheriffs of the State of Florida:**

WHEREAS, <u>Molme, Jean Paul</u> has made oath that on the <u>12th</u> day of <u>August</u>, A.D. <u>2022</u> one <u>Cook, Lindsey</u>, hereinafter referred to as the offender, was placed on <u>probation</u> for the offense of <u>Count I. Battery Actual, Intentional Strike on Person 65 YOA OR Older</u>, in the <u>Circuit</u> Court of <u>Collier</u> County, for a term of <u>30 Months</u>, in accordance with the provisions of chapter 948, Florida Statutes, and that the offender has not properly conducted herself, but has violated the conditions of her <u>probation</u> in a material respect by:

I.    **Violation of Condition (1) of the Order of Probation,** by failing to report to the probation office as directed, in that, on December 2 , 2022, the offender was instructed by Officer Chiquita Richardson to report to the probation office located at 2928 N. State Road 7, Lauderdale Lakes, FL 33313 on January 3, 2023, and as grounds for belief that the offender violated her probation, Officer Molme, Jean Paul states that the offender failed to report as directed, for the month of January, 2023.

II.    **Violation of Condition (3) of the Order of Probation,** by changing her residence without first procuring the consent of the probation office, and as grounds for belief that the offender violated her probation, Officer Molme, Jean Paul states that on or about December 2, 2022, the offender did move from her last known place of residence at 821 NW 67th Ave, Plantation, FL 33313-8488, without first procuring the consent of the probation officer, as told to Officer Molme, Jean Paul on December 2, 2022, by Kenny House Manager , and  the offender current whereabouts are unknown.

THESE ARE, THEREFORE, to command you to arrest instanter the offender, <u>Cook Lindsey</u>, and bring her before me to be dealt with according to law.

Given under my hand and seal this ____ day of _____, A.D. 2023

Judge <u>John O McGwan</u>
Circuit Court in and for <u>Collier</u> County

____ No bond, Nationwide extradition required by Interstate Compact
____ No bond
____ ROR
____ Bond set at  $____
Extradition Instructions:

DC3-217 (Revised 9/28/17)

Distribution:    Original:    Sheriff's Office
                 Copy:        Court File
                 Copy:        DC Offender File

FILED 02/17/23 14:40 Collier Co

FILED 4 /18/'24  8 56 Collier Co

**PART I**

**SHERIFF'S OFFICE**
**COLLIER COUNTY**
**NAPLES, FLORIDA**



CLERKS CASE NO
2022-CF-831

REPORT NUMBER

Agency ORI Number: FL 0110000

| DEPT. OF CORR. NO | BOOKING NO 24-2979 | ARRESTING AGENCY FL0110000 | A# 227695 | ADULT / JUV ADULT |
|---|---|---|---|---|
| | FDLE NO 98340306 | OBTS NO 1101478S1 | | PIN: 1721286 |

| LASTNAME,FIRSTNAME MIDDLE COOK,LINDSEY | | | | DATE OF BIRTH 06-30-1976 | AGE 47 |
|---|---|---|---|---|---|
| SEX FEMALE | RACE WHITE | | ETHNICITY NOT HISPANIC OR LATINO | | |
| AKA #1 (LASTNAME,FIRSTNAME MIDDLE) | | | AKA #1 DOB | | |
| AKA #2 (LASTNAME,FIRSTNAME MIDDLE) | | | AKA #2 DOB | | |
| SOCIAL SECURITY NO. | DRIVER'S LICENSE NO C200523767300 | | DL STATE FL | DL EXPIRE | |
| HEIGHT 509 | WEIGHT 130 | HAIR BROWN | HAIR STYLE | FACIAL HAIR | |
| EYES GREEN | GLASSES | SKIN | BUILD | | |
| ADDRESS 821 67TH AV NW | | | | | |
| CITY PLANTATION | STATE FL | ZIP 33313 | RES. PHONE | | |
| CITY OF BIRTH CHEYENNE | STATE OR COUNTRY OF BIRTH WYOMING | | | ALIEN/IMMIGRATION # | |
| IMMIGRATION STATUS | | | CITIZENSHIP | | |
| SCARS / MARKS / TATTOOS | | | | | |
| RESIDENCE STATUS | RESIDENCE TYPE | | JUVENILE DISPOSITION | MARITAL STATUS | |
| EMPLOYER | | | OCCUPATION | | |
| EMPLOYER ADDRESS | | | | | |
| CITY | STATE | ZIP | EMP. PHONE | | |
| NEXT OF KIN / GUARDIAN | | | | RELATIONSHIP | |
| NEXT OF KIN / GUARDIAN ADDRESS | | | | | |
| CITY | STATE | ZIP | PHONE | | |
| IN CUSTODY (Y/N) Y | BOOKING DATE/TIME 4-17-24 DJS | BOOKING OFFICER / ID Tomasino 3674 | | NCIC | FCIC | LOCAL |

| RELEASE DATE/TIME | BONDING DEPUTY / OFFICER | | BOND AMOUNT | BOND TYPE (SURETY, CASH) |
|---|---|---|---|---|
| RELEASED TO (Name of Bondsman / Depositor) | | CASH BOND NO | ADDRESS | |
| HOLD (Y/N) N | HOLD FOR | | ARRAIGNMENT (Felony) 5/1/24 0900 | ARRAIGNMENT (Misdemeanor) 5-1-24 0900 |
| ARREST DATE/TIME 04-17-2024 13:21:35 | ARREST OFFICER / ID BIRTOLO,JACY P / 2090 | | | CRIME DATE 02-16-2023 |

Car Camera Footage Available: NO

FILED 4/18/'24 8:56 Collier Co

## PART II: CHARGE

**SHERIFF'S OFFICE**
COLLIER COUNTY
NAPLES, FLORIDA



LASTNAME, FIRSTNAME
**COOK,LINDSEY**
REPORT NUMBER

Agency ORI Number: FL 0110000

| ARRESTING AGENCY | ARREST DATE/TIME | ARREST LOCATION | | | |
|---|---|---|---|---|---|
| **FL0110000** | **04-17-2024 13:21:35** | **3347 TAMIAMI TR E** | | | |
| GEO INDICATOR | ARREST TYPE | CRIME LOCATION | | | CRIME DATE |
| | **COLLIER CO WARRANT** | **3347 TAMIAMI TR E** | | | **02-16-2023** |
| OFFICER / WITNESS / ID | | | | | |
| MAKE | | MODEL | | YEAR | TAG | STATE |
| VEHICLE DISPOSITION (Towed By) | | | CITATION NUMBERS | | |

| CHARGE DESCRIPTION | | | | COUNTS | STATUTE |
|---|---|---|---|---|---|
| **VOSP - BATTERY ACTUAL INTENTIONAL TOUCH STRIKE ON PERSON 65 YOA OR OLDER** | | | | **1** | **948.06** |
| GENERAL OFFENSE CHARACTER | LEVEL OF OFFENSE | BOND | | | |
| **PRINCIPAL** | **NOT APPLICABL** | **NO BOND** | | | |
| WARRANT NO | DATE OF WARRANT | STATE | DRUG TYPE | | DRUG UNIT |
| **22CF000831AJM** | **2023-02-16** | **FL** | | | |
| ACTIVITY | | VALUE | QUANTITY | WEAPON | |
| **NOT APPLICABLE** | | **0.00** | **0.00** | | |

☐ I understand that should I willfully fail to appear before the court as required by this notice that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the aforementioned address. I agree that is my responsibility to notify the Clerk of the Court anytime that my address changes.

☐ I hereby promise to be and appear in the appropriate court at the time and the place designated by this notice.

COURT: ☐ County        ☐ Circuit        ☐ Juvenile

ADDRESS:_____ DATE:_____ TIME:_____

☐ Defendant can pay a fine in lieu of a Court Appearance.        FINE:_____

Sworn to and subscribed before me this

_____ day of _____ , _____

_____                    _____
Notary / Deputy                                         Signature of Defendant / Juvenile

                                                        _____
                                                        Signature of Parents of Juv. Defendant

**PART III: NARRATIVE**

**SHERIFF'S OFFICE**
COLLIER COUNTY
NAPLES, FLORIDA



LASTNAME, FIRSTNAME
**COOK,LINDSEY**
REPORT NUMBER

Agency ORI Number: FL 0110000

ARRESTED CO-DEFENDANTS

Was the victim advised of their rights pursuant to FC Article I, Section 16 ?
Did the victim request their identity be redacted/protected?

DEFENDANT DID THE FOLLOWING ACT(S) WHICH CONSTITUTE A VIOLATION OF THE LAW (ELEMENTS OF THE CRIME / PROBABLE CAUSE STATEMENT)

**On April 17, 2024, I was assigned to the Corrections Investigation Section at the Naples Jail Center (NJC).  I came into contact with LINDSEY COOK in the NJC Booking Hall, due to her having an active warrant.**

**Warrant: 22CF000831AJM**

**Charge: VOSP – Battery actual intentional touch strike on person 65 YOA or older**

**Bond: No Bond**

**I served the warrant on COOK.**

Sworn to and subscribed before me this
17 day of April 2024
2024

Notary / Deputy

THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE,
INFORMATION, OR BELIEF

/S/ BIRTOLO,JACY P / 2090
ARRESTING LAW ENFORCEMENT OFFICER   ID NO.

Printed: 04-17-2024 13:23

Page 3

**PART I**

**SHERIFF'S OFFICE**
**COLLIER COUNTY**
**NAPLES, FLORIDA**
*ORIGINAL*



CLERKS CASE NO
2022-CF-831

REPORT NUMBER

Agency ORI Number: FL 0110000

| DEPT OF CORR NO | BOOKING NO 24-2979 | ARRESTING AGENCY FL0110000 | A# 227695 | ADULT / JUV ADULT |
|---|---|---|---|---|
| | FDLE NO 98340306 | OBTS NO 1101 47851 | | PIN: 1721286 |

| LASTNAME,FIRSTNAME MIDDLE COOK,LINDSEY | | | DATE OF BIRTH 06-30-1976 | AGE 47 |
|---|---|---|---|---|
| SEX FEMALE | RACE WHITE | ETHNICITY NOT HISPANIC OR LATINO | | |
| AKA #1 (LASTNAME,FIRSTNAME MIDDLE) | | | AKA #1 DOB | |
| AKA #2 (LASTNAME,FIRSTNAME MIDDLE) | | | AKA #2 DOB | |
| SOCIAL SECURITY NO. | DRIVER'S LICENSE NO C200523767300 | DL STATE FL | DL EXPIRE | |
| HEIGHT 509 | WEIGHT 130 | HAIR BROWN | HAIR STYLE | FACIAL HAIR |
| EYES GREEN | GLASSES   SKIN | BUILD | | |
| ADDRESS 821 67TH AV NW | | | | |
| CITY PLANTATION | STATE FL | ZIP 33313 | RES PHONE | |
| CITY OF BIRTH CHEYENNE | STATE OR COUNTRY OF BIRTH WYOMING | | | ALIEN/IMMIGRATION # |
| IMMIGRATION STATUS | | CITIZENSHIP | | |
| SCARS / MARKS / TATTOOS | | | | |
| RESIDENCE STATUS | RESIDENCE TYPE | JUVENILE DISPOSITION | | MARITAL STATUS |
| EMPLOYER | | OCCUPATION | | |
| EMPLOYER ADDRESS | | | | |
| CITY | STATE | ZIP | EMP PHONE | |
| NEXT OF KIN / GUARDIAN | | | RELATIONSHIP | |
| NEXT OF KIN / GUARDIAN ADDRESS | | | | |
| CITY | STATE | ZIP | PHONE | |
| IN CUSTODY (Y/N) Y | BOOKING DATE/TIME 4-17-24  1315 | BOOKING OFFICER / ID Tomasino 3674 | NCIC   FCIC   LOCAL |

| RELEASE DATE/TIME | BONDING DEPUTY / OFFICER | | BOND AMOUNT | BOND TYPE (SURETY, CASH) |
|---|---|---|---|---|
| RELEASED TO (Name of Bondsman / Depositor) | | CASH BOND NO   ADDRESS | | |
| HOLD (Y/N) N | HOLD FOR | | ARRAIGNMENT (Felony) 5/1/24  0900 | ARRAIGNMENT (Misdemeanor) 5-1-24  0900 |
| ARREST DATE/TIME 04-17-2024 13:21:35 | ARREST OFFICER / ID BIRTOLO,JACY P / 2090 | | | CRIME DATE 02-16-2023 |

**Car Camera Footage Available: NO**

FILED 4/18/24 8:56 Collier Co

## PART II: CHARGE

**SHERIFF'S OFFICE**
**COLLIER COUNTY**
**NAPLES, FLORIDA**



LASTNAME, FIRSTNAME
**COOK,LINDSEY**
REPORT NUMBER

Agency ORI Number: FL 0110000

| ARRESTING AGENCY | ARREST DATE/TIME | | ARREST LOCATION | | | |
|---|---|---|---|---|---|---|
| **FL0110000** | **04-17-2024 13:21:35** | | **3347 TAMIAMI TR E** | | | |
| GEO INDICATOR | ARREST TYPE | | CRIME LOCATION | | | CRIME DATE |
| | **COLLIER CO WARRANT** | | **3347 TAMIAMI TR E** | | | **02-16-2023** |
| OFFICER / WITNESS / ID | | | | | | |

| MAKE | | MODEL | | | YEAR | TAG | | STATE |
|---|---|---|---|---|---|---|---|---|
| VEHICLE DISPOSITION (Towed By) | | | | CITATION NUMBERS | | | | |

| CHARGE DESCRIPTION | | | | | COUNTS | STATUTE |
|---|---|---|---|---|---|---|
| **VOSP - BATTERY ACTUAL INTENTIONAL TOUCH STRIKE ON PERSON 65 YOA OR OLDER** | | | | | **1** | **948.06** |
| GENERAL OFFENSE CHARACTER | | LEVEL OF OFFENSE | BOND | | | |
| **PRINCIPAL** | | **NOT APPLICABL** | **NO BOND** | | | |
| WARRANT NO | DATE OF WARRANT | STATE | DRUG TYPE | | | DRUG UNIT |
| **22CF000831AJM** | **2023-02-16** | **FL** | | | | |
| ACTIVITY | | | VALUE | QUANTITY | | WEAPON |
| **NOT APPLICABLE** | | | **0.00** | **0.00** | | |

☐ I understand that should I willfully fail to appear before the court as required by this notice that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the aforementioned address. I agree that is is my responsibility to notify the Clerk of the Court anytime that my address changes.

☐ I hereby promise to be and appear in the appropriate court at the time and the place designated by this notice.

   COURT: ☐ County        ☐ Circuit        ☐ Juvenile

   ADDRESS:_____   DATE:_____   TIME:_____

☐ Defendant can pay a fine in lieu of a Court Appearance.         FINE:_____

   Sworn to and subscribed before me this

   _____ day of _____ , _____

                                                          _____
                                                          Signature of Defendant / Juvenile

   _____                          _____
   Notary / Deputy                                       Signature of Parents of Juv. Defendant

## PART III: NARRATIVE

**SHERIFF'S OFFICE**
COLLIER COUNTY
NAPLES, FLORIDA



LASTNAME, FIRSTNAME
**COOK, LINDSEY**
REPORT NUMBER

Agency ORI Number: FL 0110000

ARRESTED CO-DEFENDANTS

Was the victim advised of their rights pursuant to FC Article I, Section 16 ?
Did the victim request their identity be redacted/protected?

DEFENDANT DID THE FOLLOWING ACT(S) WHICH CONSTITUTE A VIOLATION OF THE LAW (ELEMENTS OF THE CRIME / PROBABLE CAUSE STATEMENT)

On April 17, 2024, I was assigned to the Corrections Investigation Section at the Naples Jail Center (NJC). I came into contact with LINDSEY COOK in the NJC Booking Hall, due to her having an active warrant.

**Warrant: 22CF000831AJM**

**Charge: VOSP – Battery actual intentional touch strike on person 65 YOA or older**

**Bond: No Bond**

I served the warrant on COOK.

Sworn to and subscribed before me this
17 day of April 2024
2024
Notary / Deputy

THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, OR BELIEF

/S/ BIRTOLO,JACY P / 2090
ARRESTING LAW ENFORCEMENT OFFICER   ID NO.



# Naples Police Department
355 Riverside Cir ● Naples, Florida 34102
239-213-4844

**PART I**

Agency ORI Number **FL0110100**

| CLERKS CASE NO. | 22-CF-831 |
|---|---|
| REPORT NUMBER | 22-0005906 |

**ADMIN**

| DEPT. OF CORR. NO. | BOOKING NO. 22-3108 | ARRESTING AGENCY NPD | A # 227695 | A adult J juvenile | A |
|---|---|---|---|---|---|
| F B I NO. | F D L E NO.. | | O B T S NO. 1102107336 | | |

**DEFENDANT**

| LAST NAME FIRST NAME COOK, LINDSAY CATHRYN | MIDDLE | RACE White | SEX Female | DATE OF BIRTH 6/30/1976 | AGE 45 |
|---|---|---|---|---|---|
| SOCIAL SECURITY NO . ▉▉▉ | DRIVER'S LICENSE NO. C200523767300 | | DL STATE Florida | VALID DL Y - Yes | |
| HEIGHT 5' 9" | WEIGHT 170 | HAIR Brown | HAIR STYLE S - Straight | FACIAL HAIR 01 - Clean Shaven | |
| EYES Blue | GLASSES N - No | | BUILD M - Medium | SKIN LGT - Light | |
| ADDRESS 132 Bedzel Cir Unit 301 NAPLES, FL 34104 | | | | RESIDENCE PHONE (239) 777-5122 | |
| CITY OF BIRTH WYOMING | STATE WYOMING | | | | |
| IMMIGRATION STATUS CITIZEN | | ALIEN # | RESIDENCE STATUS Out of county | MARITAL STATUS Single | |
| JUVENILE DISPOSITION N/A | | CITIZENSHIP USA | | OCCUPATION | |
| NEXT OF KIN / GUARDIAN ▉▉▉▉▉▉ | | PHONE (239) 777-5122 | | RELATIONSHIP Other | |
| NEXT OF KIN / GUARDIAN ADDRESS 132 Bedzel Cir Unit 301 NAPLES, FL 34104 | | | | | |
| EMPLOYER | | ADDRESS | | BUSINESS PHONE | |

**DETENTION**

| BOOKING DATE 5/23/22 | TIME JAIL RC'D 2111 | BOOKING DEPUTY / ID DK4173 | NCIC Y | FCIC Y | LOCAL Y |
|---|---|---|---|---|---|
| IN CUSTODY (Y/N) | RELEASE DATE | TIME | BONDING DEPUTY/OFFICER | BOND AMOUNT | BOND TYPE: (SURETY, CASH) |
| RELEASED? ( Name of Bondman/ Depositor) | | CASH BOND NO. | | ADDRESS | |
| HOLD (Y-N) N | HOLD FOR | ARRAIGNMENT (Felony) Date: Time: 0515 | | ARRAIGNMENT (Misdemeanor) Date: Time: | |

**_Car Camera Footage Available_** : Y - Yes

# DOMESTIC

# Naples Police Department

355 Riverside Cir • Naples, Florida 34102
239-213-4844

## CHARGE PART II

| | |
|---|---|
| LAST NAME, FIRST NAME | COOK, LINDSAY CATHRYN |
| REPORT NUMBER | 22-0005906 |

Agency ORI Number
**FL0110100**

<table>
<tr><td rowspan="8" style="writing-mode:vertical-rl">A R R E S T</td><td>AGENCY<br>NPD</td><td>ARREST DATE<br>05/23/2022</td><td>ARREST TIME<br>2027</td><td>ARREST LOCATION<br>600 Goodlette Frank Rd. N Naples, FL 34102</td><td></td></tr>
<tr><td colspan="2">GEOGRAPHIC INDICATOR</td><td colspan="2">ARREST TYPE<br>O - On Site/PC</td><td>CRIME DATE<br>5/23/2022</td></tr>
<tr><td colspan="4">CRIME LOCATION<br>600 Goodlette Frank Rd N , Naples, FL 34102</td><td></td></tr>
<tr><td colspan="3">OFFICER WITNESS</td><td colspan="2">VEHICLE DISPOSITION</td></tr>
<tr><td colspan="5">CITATION NUMBERS</td></tr>
</table>

<table>
<tr><td rowspan="12" style="writing-mode:vertical-rl">N O T I C E   T O   A P P E A R</td></tr>
<tr><td>☐ I understand that should I willfully fail to appear before the court as required by this notice that I may be held in contempt of court and a Warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of al court hearings should be sent to the aforementioned address. I agree that it is my responsibility to notify the Clerk of the Court anytime that my address changes.</td></tr>
<tr><td>☐ I hearby promise to be and appear in the appropriate court at the time and the place designated by this notice.</td></tr>
<tr><td>COURT :   ☐ County    ☐ Circuit    ☐ Juvenile</td></tr>
<tr><td>ADDRESS : _____    DATE:_____  TIME: _____</td></tr>
<tr><td>☐ Defendant can pan pay a fine in lieu of a Court Appearance    Fine: _____</td></tr>
<tr><td>Sworn to and subscribed before me this</td></tr>
<tr><td>_____ day of _____ ,_____</td></tr>
<tr><td>Signature of Defendant / Juvenile</td></tr>
<tr><td>_____<br>Notary / Deputy</td></tr>
<tr><td>_____<br>Signature of Parents of Juv. Defendant</td></tr>
</table>



# Naples Police Department
355 Riverside Cir • Naples, Florida 34102
239-213-4844

| | CHARGE DESC | | | | COUNTS |
|---|---|---|---|---|---|
| **C** | 784.03(2) - BATTERY / DOMESTIC - FELONY (1 OR MORE PREVIOUS CONVICTIONS) | | | | 1 |
| **H** | ATTEMPTED 777.04? | GENERAL OFFENSE CHARACTER | | LEVEL OF OFFENSE | WARRANT NO |
| **A** | Y - Yes | PRINCIPAL | | Felony | |
| **R** | BOND - TYPE | | BOND - **CASH** | | BOND - **SURETY** |
| **G** | SET BY JUDGE | | | | |
| **E** | DATE OF WARRANT | | | STATE | |
| **–** | | | | | |
| **B** | DRUG TYPE | | | DRUG UNIT | |
| **O** | | | | | |
| **N** | ACTIVITY | | VALUE   /   QTY. | WEAPON | |
| **D** | | | / | 07 - Hands / Fists / Feet | |

# Naples Police Department
355 Riverside Cir • Naples, Florida 34102
239-213-4844

**PART III**

| | |
|---|---|
| | LAST NAME, FIRST NAME |
| | COOK, LINDSAY CATHRYN |
| Agency ORI Number **FL0110100** | REPORT NUMBER |
| | 22-0005906 |

ARRESTED CO-DEFENDANTS

DEFENDANT DID THE FOLLOWING ACT(S) WHICH CONSTITUTE A VIOLATION OF THE LAW (ELEMENTS OF THE CRIME/PROBABLE CAUSE STATEMENT)

==================================================================

On 05/23/2022, at approximately 2027 hours, I, Ofc. Isetts #308 and Ofc. Melody #300, Ofc. Kelly #309, and Ofc. Cales #307, responded to the Bambusa Bar and Grill located at 600 Goodlette Frank Road North, in reference to a possible domestic battery. Upon arrival, I made contact with Lindsay Cook (06/30/1976) (Defendant, Identified by FL DL). Cook stated she had a verbal dispute with her boyfriend, █████ █████ 07/10/1954 Identified by FL DL). █████ will now be referred to as the victim. During the interview, Cook was unable to make a coherent response due to being highly intoxicated and became very uncooperative.

Ofc. Melody, who was first on scene, advised the victim stated the verbal argument started while at the bar inside Bambusa. The victim then advised while walking outside of Bambusa to leave, Cook began striking him several times with both hands to his chest and face with closed fists. The victim advised Cook also pinched and scratched him several times in the face, which left a noticeable swollen mark on the left side of his face (cheek) under his left eye.

The Victim advised he and Cook have been dating for approximately 6 months and currently live together.

During the investigation, Cook became extremely agitated and did not want to cooperate with myself or any other of the responding Officers on scene. Due to the physical markings on the victims face and the domestic nature of the call, I placed Cook under arrest for Domestic Battery. I placed Cooks hands at the small of her back and placed her in handcuffs (double locked) and placed her in the rear of my patrol vehicle (6465). While attempting to place Cook into custody, she was continuously attempting to pulling her hands away and trying to turn her body away in a way to make it difficult to place handcuffs on her safely and had to be assisted into the rear of the patrol vehicle. After Cook was placed in the rear of my patrol vehicle, she was transported to Naples Jail Center.

Sgt. Harmeling requested a criminal history report on Cook which showed she had at least 6 prior Battery charges in Texas, with the most recent being in Austin Texas in 2017.
Based on Cook's prior convictions of Battery she was charged with the enhancement to Felony Battery.

The victim authored a sworn statement which he indicated his desire to press charges. The victim declined medical attention on scene. Photos were taken of the injuries to the victim's face and placed in the case report. The victim was also given a victim rights' brochure. No witnesses could be located at this time.

| Sworn to and subscribed before me this | THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE INFORMATION OR BELIEF |
|---|---|
| 23 day of May 2022 | |
| {Notary/Deputy} | ARRESTING LAW ENFORCEMENT OFFICER    ID. NO. 308 |
| | ISETTS, AUSTIN P |

# Naples Police Department
355 Riverside Cir • Naples, Florida 34102
239-213-4844

IN THE CIRCUIT COURT, TWENTIETH JUDICIAL CIRCUIT,
IN AND FOR COLLIER COUNTY, FLORIDA

CRIMINAL DIVISION

**Probation Violator**

CASE NUMBER: **11-2022-CF-000831-AXXX-XX**

STATE OF FLORIDA
vs.
**Lindsey Cook**, DEFENDANT

|  |
|---|
| **JUDGMENT** |

The defendant, **Lindsey Cook**, being personally before this Court, represented by **Mark Precheur**, and the State being represented by, **Woodward, Sarah Ann** and having:

entered a plea of guilty to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree Of Crime | Adjudication |
|-------|-------|---------------------------|-----------------|--------------|
| 1 | **Battery Actual, Intentional Touch, Strike784.08(2)(c) on Person 65 YOA or Older** | **784.03(1)(a)1** | **FT** | **Adjudicated Guilty/Delinquent** |

IT IS ORDERED that the defendant is hereby ADJUDICATED as indicated above.

DONE AND ORDERED in open court in Naples, Collier County, Florida, on **5/29/2024**

Judge (Electronically Signed)

**Lindsey Cook**, DEFENDANT          CASE NUMBER **11-2022-CF-000831-AXXX-XX**

OBTS NUMBER **1102107336**

| COURT ORDERED COSTS/FINES/FEES |
|:---:|

The defendant is hereby ordered to pay the following sums:

A sum of $**100.00** pursuant to section 938.27, Florida Statutes, (Prosecution Investigative Cost).

A sum of $**50.00** pursuant to section 27.52 (2)(a) Florida Statutes, (Public Defender Application Fee)

A sum of $**100.00** pursuant to section 938.29, Florida Statutes, (Court Appointed Counsel Fees).

DONE AND ORDERED in open court in Naples, Collier County, Florida, on **5/29/2024**

Judge (Electronically Signed)

**Lindsey Cook**, DEFENDANT                CASENUMBER: **11-2022-CF-000831-AXXX-XX**
                                           OBTS NUMBER: **1102107336**

| SENTENCE |
| --- |

(As to Count **1**)

The defendant, being personally before this court, accompanied by **Mark Precheur**, and having been **Adjudicated Guilty/Delinquent** herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown:

> and the court having placed the defendant on probation, and having subsequently revoked the defendant's probation;

**It Is The Sentence Of The Court That:**

The defendant is hereby committed to the custody of the Sheriff of Collier County, Florida.
**To be Imprisoned:**
For a term of **10 Months**.

**Credit time served from 04/17/2024**
**Defendant waives any additional credit**

In open court, the defendant was advised of the right to appeal from this sentence by filing a notice of appeal with the clerk of this court within 30 days from this date and the right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

DONE AND ORDERED in open court in Naples, Collier County, Florida on **5/29/2024**

Judge (Electronically Signed)

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by hand/mail delivered to the defendant and emailed Defense attorney of record and Probation Department (if applicable) on this 29th of May, 2024.

By Deputy Clerk:

Clerk of the Circuit Court
Collier County, Florida



**OFF BOND**

W F DOB 6·30·76
BKG # 22-1092
NXXT CT DT
3·17·2022 @ 0830

This will certify that: _Lindsey Cook_

Was surrendered to this office by: _Michael Plummer_

On this date: _2·27_ 20 _22_ Bond No: _580439481·1_ Jacket No: _2268766_

Amount of Bond: _2,000_ Date Executed: _2·22·22_ Court: _CO_

Charge: _resist LEO without Violence_ Court Case No: _22 MM 2417_

Type of Bond: _Surety_ Name of Company/Person: _Mary + Jimmys Bail Bonds_

next court date:
3·17·22
0830

White - Clerk

Kevin J. Rambosk, Sheriff
Collier County, Florida

By: _____
Deputy Sheriff

_1907_
ID#

Yellow - Bondsman          Pink - Booking

Form #163 - 1141 rev.11/05

FILED 2-28-22 8:23 Collier

# Statement of Surrender Form

This form must be completed at the time of the surrender of a defendant by a bail bond agent with a copy provided to the defendant, pursuant to §648.4425, Florida Statutes. If a jail has a separate surrender form, this form must be completed and attached to that form.

Defendant's full name: Lindsey Cook

Criminal court case number: 22MM2417                    Surrender Date: 2/27/22

Reason for surrender:    Defendant violated conditions of bond 3. (c) Indemnitor provided written

document defendant made statements she is leaving for Texas and has a history of FTAs.

Please check one of the following:

☒    Bail bond agent physically surrendered defendant

☐    Defendant already in custody on other charges

Will premium be returned?    ☐ Yes    ☒ No (If no, explain below)
Defendant violated conditions of bond; specifically 3. (c).

Was a surrender fee charged? ☒ Yes    ☒ No
If yes, state the amount and reason for the fee:

| Charge | Date of Bond | Amount of Bond | Power Number |
|---|---|---|---|
| RESIST LEO WITHOUT VIOLENCE | 2-22-22 | 2,000 | 580439481-1 |
| | | | |
| | | | |

I DO HEREBY CERTIFY THAT I AM A LICENSED AND APPOINTED BAIL BOND AGENT PURSUANT TO CHAPTER 648, FLORIDA STATUTES. I FURTHER CERTIFY THE SURRENDER OF THE ABOVE LISTED DEFENDANT IS FOR THE REASON STATED ABOVE. I UNDERSTAND THAT WHOEVER KNOWINGLY MAKES A FALSE STATEMENT IN WRITING WITH THE INTENT TO MISLEAD A PUBLIC SERVANT IN THE PERFORMANCE OF HIS OR HER OFFICIAL DUTIES IS GUILTY OF A MISDEMEANOR OF THE SECOND DEGREE, PURSUANT TO §837.06, FLORIDA STATUTES.

Bail Bond Agent Signature:    _M C~_

Bail Bond Agent Printed Name:  Michael Plummer

Bail Bond Agent License Number: E 000035

Bail Bond Agency Name: Mary & Jimmy's Bail Bonds

Bail Bond Agency Address: 2661 Airport Rd. South, B-101

Naples, FL 34112

Signature of Receiving Officer (if applicable)

Original:  Attach to jail surrender form (if applicable)
Copy:    Defendant
Copy:    Bail bond agent's file

DFS-H2-1542
Revised 06/11

69B-221.100 (2), F.A.C.

FILED 2 /28 /22 8 :23 Collier Co

**PART I**

**SHERIFF'S OFFICE**
COLLIER COUNTY
NAPLES, FLORIDA



CLERKS CASE NO.
2022-mm-247

REPORT NUMBER
22-64630

Agency ORI Number: FL 0110000

| DEPT OF CORR. NO | BOOKING NO 22-1092 | ARRESTING AGENCY FL0110000 | A# 226876 | ADULT/JUV ADULT |
|---|---|---|---|---|
| FBI NO | FDLE NO. | OBTS NO | | |

PIN: 1721286

| LASTNAME,FIRSTNAME MIDDLE COOK,LINDSEY | | | DATE OF BIRTH 06-30-1976 | AGE 45 |
|---|---|---|---|---|
| SEX FEMALE | RACE WHITE | ETHNICITY NOT HISPANIC OR LATINO | | |
| AKA #1 (LASTNAME,FIRSTNAME MIDDLE) | | | AKA #1 DOB | |
| AKA #2 (LASTNAME,FIRSTNAME MIDDLE) | | | AKA #2 DOB | |

| SOCIAL SECURITY NO. | DRIVER'S LICENSE NO. C200523767300 | | DL STATE FL | DL EXPIRE 06-30-2027 |
|---|---|---|---|---|
| 508 | WEIGHT 125 | HAIR BROWN | HAIR STYLE STRAIGHT | FACIAL HAIR |
| EYES GREEN | GLASSES | SKIN MEDIUM | BUILD MEDIUM | |

| ADDRESS 132 BEDZEL CI Unit 1301 | | | | |
|---|---|---|---|---|
| CITY NAPLES | STATE FL | ZIP 34104 | RES PHONE | |
| CITY OF BIRTH | STATE OR COUNTRY OF BIRTH WYOMING | | | ALIEN/IMMIGRATION # |
| IMMIGRATION STATUS NATURALIZED CITIZEN | | CITIZENSHIP UNITED STATES | | |

SCARS / MARKS / TATTOOS

| RESIDENCE STATUS FULL YEAR | RESIDENCE TYPE LOCAL | JUVENILE DISPOSITION | | MARITAL STATUS |
|---|---|---|---|---|
| EMPLOYER | | | OCCUPATION | |
| EMPLOYER ADDRESS | | | | |
| CITY | STATE | ZIP | EMP PHONE | |
| NEXT OF KIN / GUARDIAN | | | RELATIONSHIP | |
| NEXT OF KIN / GUARDIAN ADDRESS | | | | |
| CITY | STATE | ZIP | PHONE | |

| IN CUSTODY (Y/N) Y | BOOKING DATE/TIME 2/17/2022 Coss | BOOKING OFFICER / ID Ferell 1155 | | | | NCIC Y | FCIC Y | LOCAL Y |
|---|---|---|---|---|---|---|---|---|

| RELEASE DATE/TIME | BONDING DEPUTY / OFFICER | | BOND AMOUNT | BOND TYPE (SURETY, CASH) |
|---|---|---|---|---|
| RELEASED TO (Name of Bondsman / Depositor) | | CASH BOND NO. | ADDRESS | |

| HOLD (Y/N) Y | HOLD FOR TBP | | ARRAIGNMENT (Felony) | ARRAIGNMENT (misdemeanor) 3/17/22  0830 |
|---|---|---|---|---|
| ARREST DATE/TIME 02-18-2022 23:42:00 | ARREST OFFICER / ID PULIZZOTTO,STEVEN / 2527 | | CRIME DATE 02-16-2022 | |

Car Camera Footage Available: YES

FILED 02/17/22 0850 Collier Co

## PART II: CHARGE

**SHERIFF'S OFFICE**
COLLIER COUNTY
NAPLES, FLORIDA



LASTNAME, FIRSTNAME
**COOK,LINDSEY**
REPORT NUMBER
**22-64630**

Agency ORI Number: FL 0110000

| ARRESTING AGENCY | ARREST DATE/TIME | ARREST LOCATION | | | | |
|---|---|---|---|---|---|---|
| **FL0110000** | **02-16-2022 23:42:00** | **132 BEDZEL CI Unit 1301** | | | | |
| GEO INDICATOR | ARREST TYPE | CRIME LOCATION | | | | CRIME DATE |
| | **ON PROBABLE CAUSE** | **132 BEDZEL CI Unit 1301** | | | | **02-16-2022** |
| OFFICER / WITNESS / ID | | | | | | |
| **4379** | | | | | | |
| MAKE | | MODEL | | YEAR | TAG | STATE |
| | | | | | | |
| VEHICLE DISPOSITION (Towed By) | | | CITATION NUMBERS | | | |
| | | | | | | |

| CHARGE DESCRIPTION | | | COUNTS | STATUTE |
|---|---|---|---|---|
| **RESIST LEO WITHOUT VIOLENCE RAWOV** | | | **1** | **843.02** |
| GENERAL OFFENSE CHARACTER | LEVEL OF OFFENSE | BOND | | |
| **PRINCIPAL** | **MISDEMEANOR** | **CASH/SURETY $2000.00** | | |
| WARRANT NO | DATE OF WARRANT | STATE | DRUG TYPE | DRUG UNIT |
| | | | | |

| ACTIVITY | VALUE | QUANTITY | WEAPON |
|---|---|---|---|
| **NOT APPLICABLE** | **0.00** | **0.00** | |

☐ I understand that should I wilfully fail to appear before the court as required by this notice that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the aforementioned address. I agree that is is my responsibility to notify the Clerk of the Court anytime that my address changes.

☐ I hereby promise to be and appear in the appropriate court at the time and the place designated by this notice.

COURT: ☐ County    ☐ Circuit    ☐ Juvenile

ADDRESS:_____  DATE:_____  TIME:_____

☐ Defendant can pay a fine in lieu of a Court Appearance.    FINE:_____

Sworn to and subscribed before me this

_____ day of _____ , _____ .    _____
                                        Signature of Defendant / Juvenile

_____    _____
Notary / Deputy              Signature of Parents of Juv. Defendant

**PART III: NARRATIVE**    **SHERIFF'S OFFICE**
COLLIER COUNTY
NAPLES, FLORIDA



LASTNAME, FIRSTNAME
COOK, LINDSEY
REPORT NUMBER
22-64630

Agency ORI Number: FL 0110000

ARRESTED CO-DEFENDANTS

Was the victim advised of their rights pursuant to FC Article I, Section 16 ?
Did the victim request their identity be redacted/protected?

DEFENDANT DID THE FOLLOWING ACT(S) WHICH CONSTITUTE A VIOLATION OF THE LAW (ELEMENTS OF THE CRIME / PROBABLE CAUSE STATEMENT)

**In reference to this report, reporter/victim (John Thomas Espinoza) will be known as JTE.**

**On 02-16-2022 at approximately 2257 hours, I responded to 132 Bedzel Circle (Unit 1301) in reference to a disturbance which a female is intoxicated.**

**On arrival, I knocked at the door and there was no answer. On call back, victim/JTE was downs stairs by the front office. I went down stairs and met JTE on the ground floor. He advised Subject/Lindsay Cook has been staying at his apartment as a guest. He said he let her stay with him for two days at the end of December 2021 because Lindsay was going to D.L.C. for detox but wouldn't take her because she was intoxicated.**

**JTE had taken her back to his apartment for approximately a week or two until the first week of January when Lindsay admitted herself to D.L.C. for detox. Lindsay was staying at D.L.C. for treatment and was released on 02-15-2022.**

**Lindsay returned back to JTE apartment until she can get a place to stay. Lindsay began to drink alcoholic beverages tonight and became angry at JTE and physically began kicking the bedroom door. JTE was afraid of staying in the apartment and went down stairs where he called the Sheriff's Department.**

**JTE advised he did have sex with her on occasions but he never told her she can stay in the apartment to live. He told her to leave the apartment and she refused to leave.**

**I went upstairs and made contact with Lindsay who was in the master bedroom. Lindsay walked out of the bathroom and had troubled walking. While talking to Lindsay she was slurring her words.**

**Lindsay went outside the apartment and spoke with D/S Hernandez #4379. I continued to speak with JTE and received further information about Lindsay.**

**I had Lindsay come back in the apartment and advised her that JTE wants you to leave his apartment because you are intoxicated and causing a disturbance by kicking the bedroom door. She was in the Bedroom packing up her Black duffle bag which was on the bed. While packing up her items she kept saying I have nowhere to go. I gave her options of a motel, shelter or a friends. She continued to be belligerent and yelling. I advised her to pack up her bag.**

**Lindsay had another suitcase on the bedroom floor where her clothes were. She was living out of the suitcase. I told her she can come back tomorrow and get her other belongings. Lindsay became belligerent and was yelling that I don't care. She advised she was going to take her other property.**

**Lindsay was getting mad and picked up her Black Duffle bag off the bed and stepped back and turned towards me and threw her duffle bag towards me. The bag landed approx. 4 feet away from me. Lindsay then turned towards her other suitcase at which time I went over to her to cuff her for my safety and herself. I was afraid she was going to grab something else to throw or use something against me.**

**I took out my handcuff and advised her she was being handcuffed. I took her left arm to cuff her and she was trying to pull away and turn her body from getting rear hand cuffed. She advised, she didn't do anything wrong. D/S Hernandez assisted me in rear cuffing Lindsay. Handcuff were properly spaced and double locked.**

Sworn to and subscribed before me this
_17_ day of _February_, _2022_

_[signature]_ _4/1/26_
Notary / Deputy

THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE,
INFORMATION, OR BELIEF

/S/ PULIZZOTTO, STEVEN / 2527    _[signature]_ 2577
ARRESTING LAW ENFORCEMENT OFFICER    ID NO.

**PART III: NARRATIVE**    **SHERIFF'S OFFICE**
COLLIER COUNTY
NAPLES, FLORIDA



LASTNAME, FIRSTNAME
**COOK, LINDSEY**
REPORT NUMBER
**22-64630**

Agency ORI Number: FL 0110000

ARRESTED CO-DEFENDANTS

Was the victim advised of their rights pursuant to FC Article I, Section 16 ?
Did the victim request their identity be redacted/protected?

DEFENDANT DID THE FOLLOWING ACT(S) WHICH CONSTITUTE A VIOLATION OF THE LAW (ELEMENTS OF THE CRIME / PROBABLE CAUSE STATEMENT)

Lindsay was being arrested for Resisting without Violence.

Lindsay was transported to Naples Jail Center for processing.

While en route to Naples Jail center Lindsay advised she was having trouble breathing.

On arrival to the Naples Jail Sally Port Lindsay said she might be seizing. I called for EMS at the scene and was transported To NCH Downtown.

Nothing further.

Sworn to and subscribed before me this
_17_ day of _February_ , _2022_

_____ 41146
Notary / Deputy

THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, OR BELIEF

/S/ PULIZZOTTO,STEVEN / 2527        2527
ARRESTING LAW ENFORCEMENT OFFICER    ID NO.

# EXHIBIT B

THE STATE OF TEXAS      }    CAUSE                    {IN THE MUNICIPAL COURT,
COUNTY OF TRAVIS        }    NUMBER  275647           {CITY OF AUSTIN,
                                       X              {TRAVIS COUNTY, TEXAS
                                       X
         AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
The Undersigned Affiant, who after being duly sworn by me, on oath, makes the
following statement:

I HAVE GOOD REASON TO BELIEVE AND DO BELIEVE THAT ON OR ABOUT THE 6TH DAY
OF __APRIL__ ,1995,____LINDSAY CATHRYN COOK, W/F, DOB: 06-30-76_____,
IN THE INCORPORATED LIMITS OF THE CITY OF AUSTIN, TRAVIS COUNTY, TEXAS, DID
THEN AND THERE COMMIT THE OFFENSE OF:___ASSAULT WITH INJURY - CLASS A_____.

MY BELIEF OF THE FOREGOING STATEMENT IS BASED UPON:
(INFORMATION PROVIDED TO ME BY __OFFICER T. RITZENTHALER_____, A CREDIBLE
PERSON WORKING AT AUSTIN POLICE DEPT., WHO PERSONALLY OBSERVED SUCH OFFENSE):

   AFFIANT OBTAINED THE FOLLOWING INFORMATION FROM APD INCIDENT #95-0960173.
OFFICER T. RITZENTHALER #1473 OBSERVED THE ABOVE NAMED PERSON INSIDE
"MASSIMOS" NIGHTCLUB AT 409 E. 6TH IN POSSESSION OF AN ALCOHOLIC BEVERAGE.
HE ARRESTED COOK FOR MINOR IN POSSESSION OF AN ALCOHOLIC BEVERAGE AND
FAILURE TO IDENTIFY (FICTITIOUS NAME).

   AFTER BEING ARRESTED AND PLACED IN HANDCUFFS, COOK TURNED TOWARD OFFICER
RITZENTHALER AND COMMENTED, "YOU FUCKING ASSHOLE!"  HER COMMENTARY WAS
SUBSEQUENTLY FOLLOWED BY TWO SWIFT KICKS FROM HER RIGHT FOOT INTO THE RIGHT
SHIN OF OFFICER RITZENTHALER.

   OFFICER RITZENTHALER COMPLAINED OF PAIN AS HE SUFFERED TWO DISTINCT BRUISES,
SWELLING, AND AN ABRASION TO HIS RIGHT SHIN.

                                   AFFIANT - R. COLBERT #2003

SWORN AND SUBSCRIBED BEFORE ME BY THE SAID AFFIANT ON THIS THE 6TH DAY
OF   APRIL            , 1995.

Magistrate, Municipal Court, Austin,      Notary Public in and for
Travis County, Texas                      Travis County, Texas
                                          My commission expires

ON THIS THE 6TH DAY OF ___APRIL_____, 1995, I HEREBY ACKNOWLEDGE, I HAVE
examined the foregoing affidavit and have determined that probable cause does
exist for the issuance of a warrant of arrest for the individual(s) accused
therein.

INCIDENT: #95-0960173                     Magistrate, Municipal Court, Austin,
                                          TRAVIS COUNTY, TEXAS

**ORDER OF COMMITMENT**

**TO THE SHERIFF OF TRAVIS COUNTY, GREETINGS:**

Cause No. __275647__    Bond $2500 C/S

___Lindsay Cathryn Cook___    who having been brought before me this
(Name of Defendant)

795-0960173    R. Colbert #2003

Control No. _____

FILED 95 APR 14 PM 2:07

DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

___March 6, 1995___    day at    ___2___ P.M.
(Today's Date)

**THE STATE OF TEXAS**
VS.

charged with the offense ___Assault with Injury___

___Class A Misdemeanor___

Name    ___Lindsay Cathryn Cook___

Address    ___7602 Rockpoint Circle___

City    ___Austin___    State ___TX___ Zip ___

Is COMMITTED to the CUSTODY of the SHERIFF of Travis County, Texas, to be detained unless he/she complies with the conditions of bond set on this date or any amendment or modification thereof.

DOB ___6/30/76___ Sex _F_ Race _W_  P  C  S

1. Defendant is ordered to appear in: _____ Justice Court Number _____
    _x_ Travis County Court Administration Office, Room 255, Annex Building 1010 San Antonio Street (BRING THIS NOTICE)
    _____ _____th/st District Court
    _____ Austin Municipal Court

**ORDER OF COMMITMENT**

Issued    ___March 6, 1995___

Justice of the Peace Precinct Number ___

County Court at Law Number ___ ___

_____th District Court ___

on ___May 10, 1995___ at _9:30_ A .M.
(Appearance Date)

Austin Municipal Court _X_

Travis County, Texas

2. If defendant is in custody on the above date, the SHERIFF is hereby ordered to present said defendant in the above Court on said appearance date and at all times said charge(s) or accusation(s) are called before said Court.

3. Bail is hereby set as follows: ___$2500 C/S    KV___

**SHERIFF'S RETURN**

CAME TO HAND THIS _6_ day of _April_
19 _95_, at _2_ o'clock _P_.M., and executed this _6_ day of _April_,
19 _95_, at _2_ o'clock _P_.M., by placing the accused in jail in Travis County, Texas.

4. Bond is acceptable if in compliance with Articles 17.03, 17.031, 17.04, and/or 17.08 of the Texas Code of Criminal Procedure.

The undersigned hereby certifies that the defendant has been warned of his/her rights under Art. 15.17 of the Texas Code of Criminal Procedure.

HEREINFAIL NOT of this ORDER but make due return showing how you have executed same.

ATTORNEY:

___Terry Keel___
SHERIFF OF TRAVIS COUNTY, TEXAS

___#731___

by Deputy

Judge of the ___Municipal Court___
of Travis County, Texas
(Acting as Magistrate)

RETAINED ___    APPOINTED ___

| White | Green | Yellow | Pink | Gold |
|-------|-------|--------|------|------|
| Sheriff | Defendant | Dist Clk/Crt Coord | Dist/Co Atty | Iss Court |

64

**IN THE NAME  AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant County Attorney of Travis County, Texas, this day appeared the undersigned affiant, who being duly sworn does state upon his oath that he has good reason to believe and does believe that heretofore, before the making and filing of this complaint, in Travis County, Texas

LINDSAY COOK, the  Defendant, on or  about the 6th day  of April, A.D.  1995, did then and there  intentionally and knowingly cause bodily  injury to T.  RITZENTHALER by kicking  T. RITZENTHALER on and about the leg with the Defendant's leg,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on

_____
Affiant

_____
Assistant County Attorney of
Travis County, Texas

**COMPLAINT (ORIGINAL)**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant County Attorney of Travis County, Texas, on behalf of the State of Texas, and presents in and to the County Criminal Court at Law No. _____ of Travis County, Texas, that in Travis County, Texas, and anterior to the filing of this information

```
      LINDSAY COOK, the  Defendant, on or  about the 6th day  of April,
A.D.  1995, did then and there  intentionally and knowingly cause
bodily  injury to T.  RITZENTHALER by kicking  T. RITZENTHALER on
and about the leg with the Defendant's leg,
```

FILED
95 APR 14 PH 2:07
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
Assistant County Attorney of
Travis County, Texas

**INFORMATION (ORIGINAL)**

454873

| | | | | FEL. = F |
|---|---|---|---|---|
| NAME | Cook | Lindsay | Cathryn | MISD. = M |
| | Last | First | Middle | Date 4-6-95 |

Address 7602 Rockpoint Cir.    Zip 76731    Cause No. 275647

Phone 346-7361    No. Dep.    Charge Assault with Bodily Injury

With whom do you live? Mother - Kathy Lathrop    Bond 2500

How long at above address? 2yrs    How long in County? 2yrs    DOB 6-30-76    Pl. Cheyenne, WY

Employer ~~Ho~~ Independent Self-Employed    Race Cauc    Sex F    Age 18

Address    Phone    Color Hair Blnd    Eyes Grn

Position Model    How Long 2yrs    Ht. 5'8"    Wt. 113/6

Social Security No.

DL.No. N/A    St.

### NEAREST RELATIVE AND PERMANENT CONTACTS

Name Kathy Lathrop    Add. Same    Ph.

Name Kenneth Weide Kur    Add. 515 W. 15th St. Austn, Tx    Ph. 474-9451

Name Virginia Weiderkur    Add. 708 W. Avenue Austin, Tx    Ph. 478-5306

Name Cyndi, Brooks    Add. 3308 Stevenson Ave    Ph. 476-0699

Arrest Record Theft By Ck-Wilmson Cty 1994 : Traffic

Probation N/A    Parole N/A    TDC N/A

Attorney David O. Chambers    Add. 1000 West Ave    Ph. 474-1404

Interviewed by    Recommendation    Ph.

by Judge Huston

CARD    1. OF 1    MISD. + FEL.

### CASH DEPOSIT BOND

## CASH DEPOSIT BOND

THE STATE OF TEXAS
COUNTY OF TRAVIS    KNOW ALL BY THESE PRESENTS    CAUSE NO. 275647

THAT I, Lindsay Cathryn Cook _____ charged with the offense of a (Misdemeanor) (Felony); to wit: Assault with Bodily Injury _____ am bound unto the State of Texas in the sum stated below for the payment of said sum and, in addition, all necessary and reasonable expenses incurred in rearresting me in the event the conditions of this bond are violated, and I bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS THAT I swear that I will appear before the Rm 255 _____ at the Travis County Courthouse, Eleventh and Guadalupe Street, Austin, Travis County, Texas, on the 10th day of May, 19 95, at 9:30 A. M. or pay to the Court the principal sum of $ 2500. plus all necessary and reasonable expenses incurred in any arrest for failure to appear. I hereby deposit with the Treasurer of Travis County, Texas, cash as security for my appearance in the amount of $ 350.00.

I further swear that I will appear before any court or magistrate before whom this cause may be pending at any time and place as may be required.

If I shall make my appearance before the said Court or magistrate, and there remain from day to day and term to term of said Court or magistrate, until discharged, to answer the accusation against me, and further shall make my personal appearance in any subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; otherwise, it shall remain in full force and effect.

Lindsay Cook
SIGNATURE OF DEFENDANT

SWORN TO AND SUBSCRIBED BEFORE ME, this _____ day of _____, 19___

_____
NOTARY PUBIC IN AND FOR TRAVIS COUNTY

THIS BOND IS APPROVED AND THE DEFENDANT IS ORDERED RELEASED after completion of all booking processes and deposit of the above sum.

_____
Judge
Travis County, Texas

Date: _____

Received of Lindsay Cook the sum of 350 on this bond.

SHERIFF, TRAVIS COUNTY, TEXAS, by Morales 432 Date: 04-06-95

TRAVIS COUNTY, TEXAS
DANA DEBE AUVOIR
COUNTY CLERK
95 APR 10 PM 1:20

Recpt # 99848    FILED

I CERTIFY I AM THE ATTORNEY
REPRESENTING THIS CLIENT.
_____

SUBSTANCE ABUSE COUNSELING AND ASSESSMENTS (SACA)
OF TRAVIS COUNTY
COUNSELING AGREEMENT

THE STATE OF TEXAS     §        CAUSE NUMBER _275647_

COUNTY OF TRAVIS     §        D.A. NUMBER_____

KNOW ALL BY THESE PRESENTS:

That, I, _Lindsay Cathryn Cook_, having been charged with the (Misdemeanor) (Felony) offense of Driving While Intoxicated (DWI), and/or any alcohol related offense _Assault with bodily Injury_, agree, as an additional condition of being released on Personal Bond, that I will participate in counseling with the Substance Abuse Counseling and Assessments (SACA) of Travis County and cooperate fully in the treatment program designated by SACA; I also agree to abstain from the use of alcohol while I am on bond; and I realize and agree that my participation will be considered if my case reaches the sentencing stage; also my Personal Bond will be revoked if I fail to participate in the SACA program or if I am charged with another alcohol related offense, another DWI or if I appear in a public place under the influence of alcohol.

DATE ___1/16/95___        SIGNATURE OF DEFENDANT _Lindsay Cook_

APPROVED BY JUDGE ___

REPORT TO THE SACA OFFICE LOCATED AT:
1609 Shoal Creek Boulevard, Suite 301 (473-8362) on:

If no appointment is scheduled at the time of your release, you are required to call 473-8362 within 24 hours of your release from jail.

1 copy to county
1 copy to file
1 copy to SACA with copy of bond
1 copy to Defendant

Cost of evaluation is $30.00.  Please bring a money order. No cash or personal checks.  An additional program fee may be assessed depending on level of counseling recommended.

NO.  434,893

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NUMBER THREE OF |
| | § | |
| LINDSAY COOK | § | TRAVIS COUNTY, TEXAS |

## MOTION FOR DISCOVERY, INSPECTION AND NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Defendant, LINDSAY COOK, by and through her attorney in the above-entitled and numbered cause, and moves this Court to order the County Attorney to permit the Defendant, by her attorney, to inspect and copy or photograph the following items, and to reveal the requested information:

1. All diagrams, drawings, plats, and photographs made of the scene of the alleged offense herein.

2. All photographs taken of the Defendant shortly after occurrence of the alleged offense herein; and any booking information obtained at the Travis County Jail/Austin Police Department Booking Desk, including history of Defendant and condition at the time of arrest.

3. The names, addresses, and telephone numbers of all persons the State knows to possess testimonial evidence concerning the alleged offense herein.

4. Any and all items taken from the Defendant or Defendant's residence shortly after the occurrence of the alleged offense herein and which the State intends to introduce into evidence during the trial herein.

5. All written statements purportedly made by the Defendant to any employee, agent, or elected official of the State of Texas or subdivision thereof.

6. A full and complete account of all oral statements purportedly made by the Defendant to any employee, agent, or elected official of the State of Texas, or subdivision thereof, concerning the events of the alleged offense herein and any recording, transcript, or written summary of any such statements.

7. Any search warrants or consent to search forms prepared and executed during the investigation or arrest of the Defendant in this cause.

8. The results, if any, of any chemical analysis or fingerprint comparison performed on any items which the State intends to introduce into evidence.

9. All documents, papers, books, accounts, letters, photographs, objects or tangible things not privileged that the State intends to introduce at trial.

10. Written notice of the State's intention to introduce evidence of any conviction of the Defendant, or of Defendant's witnesses, which are made known to the State and opportunity to copy and inspect any public record of such conviction(s).

11. Written notice of intent to introduce evidence of other crimes, wrongs, or acts of the Defendant that did not arise in the instant transaction.

Each and every one of the above-listed items is needed by the defense counsel in order to properly prepare for trial. Defendant would further show that the items sought and information requested, if existent, are in the possession of agents of the State of Texas and cannot be examined or obtained prior to trial except by Court order. The matters sought herein are discoverable pursuant to Article 39.14 Tex. Code Crim. Proc. and Rules 404(b) and 609 Tex. Rules of Crim. Evid. The materiality of the items and information sought will be further shown at the hearing on this motion.

WHEREFORE, premises considered, Defendant respectfully moves this Court to order the County Attorney to divulge to the attorney for Defendant the information sought and to permit Defendant by her attorney to inspect and to copy or photograph the above-listed items.

Respectfully submitted,

MINTON, BURTON, FOSTER & COLLINS
A Professional Corporation
1100 Guadalupe Street
Austin, Texas  78701
Telephone:  (512) 476-4873
Facsimile:  (512) 479-8315

By: _____
David F. Minton
State Bar No. 14192300

ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing Motion for Discovery, Inspection and Notice has been hand delivered to the office of Ken Oden, Travis County Attorney, 314 W. 11th Street, Suite 300, Austin, Texas on this the 28th day of August, 1995.

NO.  434,893

THE STATE OF TEXAS       §    IN THE COUNTY COURT
                               §
VS.                           §    AT LAW NUMBER THREE OF
                               §
LINDSAY COOK            §    TRAVIS COUNTY, TEXAS

## ORDER

Upon hearing and after careful consideration of this Court, Defendant's Motion for Discovery, Inspection and Notice is hereby:

Granted as to _____.

Denied as to _____.

It is further noted that Defendant's attorney duly and timely objected in open Court to the denial of any item requested in Defendant's motion for discovery and inspection.

It is hereby ORDERED that the State shall make available for copying, inspecting, or photographing the matters which have been ordered discovered no later than two weeks from today's date and any notice required shall be furnished at least one week prior to trial.

SIGNED this _____ day of _____, 19___.

_____

JUDGE PRESIDING

NO. 434,893

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NUMBER THREE OF |
| | § | |
| LINDSAY COOK | § | TRAVIS COUNTY, TEXAS |

## MOTION TO SUPPRESS ORAL STATEMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Defendant, LINDSAY COOK, by and through his attorney of record and pursuant to Texas Code of Criminal Procedure, Article 28.01, moves this Honorable Court to suppress all oral statements obtained from the Defendant, in violation of his rights as secured by the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution, Article I, Section 10 of the Texas Constitution, and Articles 38.22 and 38.23 of the Texas Code of Criminal Procedure.

WHEREFORE, premises considered, Defendant respectfully prays that after hearing hereon all oral statements made by Defendant in violation of his aforementioned rights be ordered suppressed and ruled inadmissible at any trial herein.

Respectfully submitted,

MINTON, BURTON, FOSTER & COLLINS
A Professional Corporation
1100 Guadalupe Street
Austin, Texas 78701
Telephone: (512) 476-4873
Facsimile: (512) 479-8315

By: _____
David F. Minton
State Bar No. 14192300

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing Motion to Suppress Oral Statements has been hand delivered to the office of Ken Oden, Travis County Attorney, 314 W. 11th Street, Suite 300, on this the _28th_ day of August, 1995.

NO.  434,893

| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
|---|---|---|
| | § | |
| VS. | § | AT LAW NUMBER THREE OF |
| | § | |
| LINDSAY COOK | § | TRAVIS COUNTY, TEXAS |

## ORDER

On this the _____ day of _____, 19___, came on to be heard Defendant's Motion to Suppress Oral Statements in the above-styled and numbered cause, and after hearing testimony and argument of counsel, it is the considered opinion of the Court that the Motion should in all things be granted (denied).

It is therefore ORDERED, ADJUDGED, and DECREED that the Motion be granted (denied, and it is hereby overruled and denied, to which action of the Court in overruling said Motion, Defendant duly and timely excepted in open court), and said Motion, together with this ORDER are both here ORDERED filed as a part of the record in this cause.

SIGNED this _____ day of _____, 1995.

_____
JUDGE PRESIDING

NO. 434,893

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NUMBER THREE OF |
| | § | |
| LINDSAY COOK | § | TRAVIS COUNTY, TEXAS |

## MOTION TO SUPPRESS EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Defendant, by and through her attorney of record in the above-styled and numbered cause, and respectfully moves the Court to suppress the following evidence:

1. All tangible evidence seized by law enforcement officers or others in connection with the detention and arrest of the Defendant in this cause or in connection with the investigation of this cause.

2. All written and oral statements made by the Defendant to any law enforcement officers or others in connection with this cause.

3. Testimony of law enforcement officers or others concerning any actions of the Defendant while under detention or arrest in connection with this cause.

4. Testimony of law enforcement officers or others concerning the tangible evidence or statements to which reference was made above.

As grounds for this motion, the Defendant would respectfully show the Court as follows:

I.

Defendant was arrested and detained without probable cause, lawful warrant, or other lawful authority in violation of Defendant's rights as guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution, Article I, Section 9 of the Constitution of the State of Texas, and Article 1.06 and

Chapters 14 and 15 of the Texas Code of Criminal Procedure.

II.

Any tangible evidence in this cause was seized without probable cause, lawful warrant, or other lawful authority in violation of Defendant's rights as guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution, Article I, Section 9 of the Constitution of the State of Texas, and Article 1.06 and Chapters 14 and 18 of the Texas Code of Criminal Procedure.

III.

Any statements, written or oral, of the Defendant were obtained in violation of the Defendant's rights as guaranteed by the Fourth, Fifth, Sixth, and Fourteenth Amendments of the United States Constitution, Article I, Sections 9, 10, and 19 of the Constitution of the State of Texas, and Chapter 14 and Article 38.22 of the Texas Code of Criminal Procedure.

IV.

Any testimony concerning the actions of the Defendant while under arrest or detention would violate the Defendant's rights as guaranteed by the Fourth, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution, Article I, Sections 9, 10, and 19 of the Constitution of the State of Texas, and Chapters 14, 18, and 38 of the Texas Code of Criminal Procedure.

V.

And for such other reasons as may appear upon the hearing of this Motion.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that this Motion to Suppress Evidence be granted.

Respectfully submitted,

MINTON, BURTON, FOSTER & COLLINS
A Professional Corporation
1100 Guadalupe Street
Austin, Texas  78701
Telephone:  (512) 476-4873
Facsimile:  (512) 479-8315

By: _____
David F. Minton
State Bar No. 14192300

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing Motion to Suppress Evidence has been hand delivered to the office of Ken Oden, Travis County Attorney, 314 W. 11th Street, Austin, Texas, on this the _28th_ day of August, 1995.

NO.  434,893

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NUMBER THREE OF |
| | § | |
| LINDSAY COOK | § | TRAVIS COUNTY, TEXAS |

## ORDER

On this _____ day of _____, 19___, came on to be heard the Defendant's Motion to Suppress Evidence in the above-styled and numbered cause, and after hearing testimony and argument of counsel, it is the considered opinion of the Court that the motion should in all things be granted (denied), and it is so ORDERED.


_____
JUDGE PRESIDING

NO.  434,893

| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
|---|---|---|
| | § | |
| VS. | § | AT LAW NUMBER THREE OF |
| | § | |
| LINDSAY COOK | § | TRAVIS COUNTY, TEXAS |

## MOTION TO PRODUCE EXCULPATORY AND MITIGATING EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant in the above-styled and numbered cause, and through her attorney of record moves this Court to direct the State of Texas, by and through its County Attorney, to disclose to the Defendant herein, and to her attorney, any exculpatory and/or mitigating evidence and/or facts within the possession, custody, or control of the County Attorney or any of its agents, including but not limited to the Department of Public Safety, the Austin Police Department, and the Travis County Sheriff's Department, the existence of which is known, or by the exercise of due diligence may become known, to the said County Attorney.

Respectfully submitted,

MINTON, BURTON, FOSTER & COLLINS
A Professional Corporation
1100 Guadalupe Street
Austin, Texas  78701
Telephone:  (512) 476-4873
Facsimile:  (512) 479-8315

By: _____
David F. Minton
State Bar No. 14192300

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing Motion to Produce Exculpatory and Mitigating Evidence has been hand delivered to the office of Ken Oden, Travis County Attorney, 314 W. 11th Street, Austin, Texas, on this the _28th_ day of August, 1995.

NO.  434,893

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NUMBER THREE OF |
| | § | |
| LINDSAY COOK | § | TRAVIS COUNTY, TEXAS |

## ORDER

On this the _____ day of _____, 19___, and prior to the trial of this cause, came on to be heard the motion filed by the Defendant, by and through her attorney of record, and the Court, after hearing the evidence and argument of counsel, is of the opinion that said motion should be granted:

It is therefore ORDERED by the Court that the County Attorney disclose to the Defendant herein, and to her attorney of record, all facts of an exculpatory nature and all facts which might be considered in mitigation which are in the possession, custody, or control of the County Attorney or any of its agents, the existence of which is known, or by the exercise of due diligence may become known, to the said County Attorney.


_____
JUDGE PRESIDING

NO.  434,893

| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NUMBER THREE OF |
| | § | |
| LINDSAY COOK | § | TRAVIS COUNTY, TEXAS |

### MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant LINDSAY COOK, by and through his attorney in the above-entitled and numbered cause, and moves this Court for a continuance.  In support thereof, Defendant would respectfully show the following:

I.

The above cause is set on the trial before the court docket on Tuesday, March 5, 1996 at 9:30 a.m.

II.

Counsel would show that he was hired last week by a minority shareholder in a corporation.  Counsel would further show that the corporation has scheduled a Board of Directors' Meeting to be held in Marble Falls, Texas on Tuesday, March 5, 1996 at 10:00 a.m. and that it is necessary for counsel to appear at that meeting to object to certain matters before the Board.

III.

Counsel would further show that this Motion for Continuance is not made for the purpose of delay but merely so that justice may be done.

WHEREFORE, premises considered, Counsel for Defendant respectfully requests that the above-entitled and numbered cause be postponed on the trial before the court docket to a later date and time.

Respectfully submitted,

MINTON, BURTON, FOSTER & COLLINS
A Professional Corporation
1100 Guadalupe Street
Austin, Texas  78701
Telephone:  (512) 476-4873
Facsimile:  (512) 479-8315

By: _____
David F. Minton
State Bar No. 14192300

ATTORNEYS FOR DEFENDANT

STATE OF TEXAS          §
                        §
COUNTY OF TRAVIS        §

BEFORE ME, the undersigned authority, on this day personally appeared David F. Minton with the law firm of MINTON, BURTON, FOSTER & COLLINS, who, on oath stated that they are attorneys for the Defendant in the above-styled and numbered cause, and that they are fully qualified and authorized to make this affidavit, and that the foregoing statements in the Motion for Continuance are true and correct.



David F. Minton

SUBSCRIBED AND SWORN TO BEFORE ME on this the 4th day of March, 1996, to certify which witness my hand and seal of office.

SANDRA O. YOUNG
Notary Public, State of Texas
My Commission Expires
JAN. 10, 1999

_Sandra O. Young_
Notary Public in and for
State of Texas

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing document has been hand delivered to Ken Oden, Travis County Attorney, Travis County Administration Building, 314 W. 11th Street, Third Floor, Austin, Texas 78701 on this the 4th day of March, 1996.

David F. Minton

NO. 434,893

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NUMBER THREE OF |
| | § | |
| LINDSAY COOK | § | TRAVIS COUNTY, TEXAS |

### ORDER GRANTING MOTION FOR CONTINUANCE

On this the _____ day of March, 1996, came on to be heard Defendant's Motion for Continuance in the above-entitled and numbered cause, requesting that this case be continued, and the Court being of the opinion that such motion should be granted. It is, therefore, ORDERED, that this cause be and the same is hereby continued.

SIGNED on this the _____ day of March, 1996.

_____
JUDGE PRESIDING

NO. 734,873

THE STATE OF TEXAS
VS

Lindsey C. Cook

IN THE COUNTY COURT AT LAW
NO.

TRAVIS COUNTY, TEXAS

## DEFENDANT'S PLEA OF GUILTY, NOLO CONTENDRE, WAIVER & STIPULATION

Now comes the defendant in open Court in the above entitled and numbered cause represented by his attorney with whom he has previously consulted and makes the following voluntary statement:

1. That I am sane and that I understand the nature of the charges contained in the information in this cause.
2. That the court has advised me orally or in writing of the consequences of a plea of guilty.
3. That I have the right to a trial by jury whether I plead "guilty," "not guilty," or "nolo contendre."
4. That I have the right to remain silent but if I choose not to remain silent, anything I say can be used against me.
5. That I have the right to be confronted by the witnesses against me whether I have a trial before the Court or the jury.

However, I desire to waive and do waive the following rights:

1. Waive the reading of the information.
2. Waive the right to be arraigned.
3. Waive the right of trial by jury and request the consent and approval of the Court and of the attorney for the State to such waiver.
4. Waive my right to remain silent.
5. Waive the right to be confronted with the witnesses against me and request the approval of the Court to the stipulation of evidence by waiving the appearance, confrontation and cross-examination of witnesses, or by my further consenting to the introduction of testimony and evidence by stipulation into the record by the attorney for the State by oral stipulation, or by affidavit, or by written statements of witnesses and any other documentary evidence.
6. Waive the ten-day period for preparation after appointment of counsel and the ten-day period in which to file written pleadings after arrest.
7. Waive the right to a pre-sentence report and request that none be made.

I further understand that any recommendation of the prosecuting attorney as to punishment is not binding on the Court. That where there is a plea bargain agreement and the punishment assessed by the Court does not exceed the agreed recommendation, I do not have the right to appeal without permission of the Court except for those matters raised by written motions filed prior to trial.

-------------------------------------------------------------------------------------

## FOR DEFERRED ADJUDICATION ONLY

I am aware that at any time during this period of probation, the Court may issue a warrant for violation of any of the conditions of this probation and cause me to be arrested. I may be arrested by any probation officer, police officer, or other officer with power of arrest with or without a warrant upon the order of the judge of such court to be noted on the docket of the court. I may be detained in the county jail or other appropriate place of detention until I can be taken before the court. The officer shall report such arrest to the court immediately.

I am aware that upon violation of a condition of this probation, I am entitled to a hearing limited to the determination by the court of whether it proceeds with an adjudication of guilt on the original charge. No appeal may be taken from this determination. After an adjudication of guilt, all proceedings, including assessment of punishment, pronouncement of sentence, granting of probation and my appeal continue as if the adjudication of guilt had not been deferred.

-------------------------------------------------------------------------------------

I request the Court to consider probation any sentence imposed, on the issue of punishment agree that the pre-sentence investigation report of Community Supervision & Corrections may be considered by the Court.

I understand that if I am not a citizen of the United States that my plea may result in deportation, the exclusion of admission to this country, or denial of naturalization under federal law. There have been no promises made to me by my defense attorney, the prosecutor or the Court concerning any stay in the United States.

I have not been committed to a mental institution nor do I presently have mental or emotional problems, and I believe that I am competent to stand trial and the attorney for the defendant herein acknowledges that counsel believes the defendant is competent and able to assist counsel in the preparation of the defense and that defendant appears to be sane and competent.

I further acknowledge and understand the following admonitions which have been explained to the defendant by the defense attorney prior to an oral plea of guilty or nolo contendre.

That the defendant is charged with a Class _____ misdemeanor which has a punishment range of:

    a. by confinement in the Travis County jail for a period of not less than _____
    or more than ___1 year___ and a fine not to exceed $4000.00

    b. Other -

I further understand the admonitions of the Court and I am aware of the consequences of my plea. I herein admit/do not contest that I committed the acts alleged in the information in this cause. I plead guilty/no contest to the offense of Assault . My plea is given freely and voluntarily.

___6-4-96___
DATE

_Lindsay Cook_
DEFENDANT

I have consulted with the defendant; advised him of his rights; believe him to be mentally competent; and approve his signing of this plea of guilty or nolo contendre, waiver of a jury, and stipulations.

___6-4-96___
DATE

_____
ATTORNEY FOR DEFENDANT

Before the entry of the defendant's plea of guilty or nolo contendre herein, the above requests, waivers and stipulations are hereby consented to and approved by me, the attorney representing the State.

___6-4-96___
DATE

_____
ATTORNEY FOR THE STATE

It clearly appearing to the Court that the defendant is mentally competent and is represented by competent counsel and that said defendant understands the nature of the charge against him and that he has been by the court warned of the consequences of a plea of guilty or nolo contendre including the minimum and maximum punishment provided by law, that the attorney for the defendant and the State consent and approve the waiver of a trial by jury and stipulations in this case, the Court, therefore, finds such plea of guilty or nolo contendre, waiver, and consent to be freely and voluntarily made and accepts the plea of guilty or nolo contendre and approves the waiver of a jury herein and stipulations.

___6-4-96___
DATE

_____
JUDGE PRESIDING

*Page #1*

*9008255448 A001*
*OFFNOCK DATE 4-6-95*

NO. *434893*

| THE STATE OF TEXAS | IN THE COUNTY COURT AT |
|---|---|
| vs | LAW NO. *3* |
| *LINDSAY CATHRYN Cook* | OF TRAVIS CO., TEXAS |

## DEFERRAL OF ADJUDICATION OF GUILT AND SUPERVISION ORDER

On the *4th* day of *June*, A.D., 19*96*, the Defendant having been charged in the above cause for the misdemeanor offense of: *ASSAULT w/ bodily injury* and this cause being this day called for trial, the State appeared by her County Attorney and the Defendant appeared in person and by counsel, *DAVID MINTON* and both parties announced ready for trial. The said Defendant elected to proceed under Article 42:12 3d(a) of the Texas Code of Criminal Procedure and in open court, no jury having been demanded, the Defendant waived arraignment and formal reading of the information and pleaded "nolo contendere" to the said charge.

On the *4th* day of *June*, A.D., 19*96*, and after considering said plea and arguments of counsel, the Court finds that the best interests of society and of the Defendant would be served by deferring proceedings without entering an adjudication of guilt and by placing the Defendant on supervision in this cause.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that no judgment be rendered thereon, and that Defendant be and is hereby placed on supervision in this cause for a period of *ONE YEAR* from this date, on the following terms and conditions, to-wit:

(1) Commit no offense against the laws of this or any other State or the United States.
(2) Avoid injurious or vicious habits.
(3) Drink no alcoholic beverages and use no controlled substances or dangerous drugs during supervision period.
(4) Avoid persons or places of disreputable or harmful character.
(5) Report to your Community Supervision Officer on the second Wednesday of each month at 9:00 a.m. and at any subsequent time as instructed by your Community Supervision Officer.
(6) Permit the supervision officer to visit you at your home or elsewhere.
(7) Work faithfully at suitable employment as far as possible and, if unemployed, participate in the Community Supervision and Corrections Department's Pre-Employment Program as directed by the Court and/or Community supervision Officer.
(8) Register with and remain registered with the Texas Employment Commission during periods of unemployment.
(9) Remain within Travis County, Texas, unless permitted to depart by the Court or the Community Supervision Officer.
(10) Do not change place of residence without the permission of the Community Supervision Officer and report within five days of any change in employment or marital status.
(11) Register with and remain registered with the Travis County Domestic Relations Office, if ordered by the Court and/or your Community Supervision Officer.
(12) Support your dependents.
(13) All Court ordered monies to be paid in full 60 days prior to expiration of the supervision period.
(14) Refrain from disorderly conduct, abusive language, or disturbing the peace while present at the office of the Department.
(15) Submit a blood, breath, or urine specimen as requested by community supervision officer or any peace officer.
(16) 
(17) *$ 300.00 FINE*

STATE OF TEXAS - TRAVIS COUNTY, TEXAS
COUNTY CLERK
DANA DeBEAUVOIR

**PAGE 1**

96 JUN -4  AM 11:56

FILED

102-A

NAME: _Lindsay Cathryn Cook_                    CAUSE NO: _434 893_

## ADDITIONAL CONDITIONS OF COMMUNITY SUPERVISION

**(18) SPECIAL CONDITIONS:**
Report to:
a. _____ Travis County Counseling Center _____ _(PACS)_
b. __X__ SACA _Preace_ screening and follow all recommendations
c. _____ 12 hour education DWI Intervention
d. _____ Supportive Outpatient treatment
e. _____ TCADA licensed intensive outpatient treatment
f. _____ Inpatient Treatment
g. _____ Any counseling treatment designated by your Community
          Supervision and Corrections Officer.
h. _____ SMART/SMART Aftercare treatment – Pay a treatment fee of _____,
          starting on _____ and on the _____ day of each month.
i. __X__ Austin Stress Clinic Assault Level I or Level II (circle one)
j. _____ Domestic Violence Prevention Program
k. _____ Family Violence Diversion Network
l. _____ AWARE
m. _____ Attend Alcoholics/Narcotics/Cocaine Anonymous meetings _____ per
          week for _____ and provide proper documentation to your Community
          Supervision Officer.
on the date designated by your Community Supervision Officer, cooperate and participate
while you are a client thereof, pay all costs of treatment, and remain until
successfully discharged by the proper authorities.

**(19)** Pay $40.00 a month supervision fee to the Department starting on _6-4-96_
and on the _4th_ day of each month thereafter.

**(20)** Pay a Personal Bond Fee of $20.00 (or) _____ within 30 days to the Personal
Bond Office. _B_

**(21)** Pay your fine of _300.00_, at the rate of $_50.00_ per month starting on _____
_7-4-96_ and on the _4th_ day of each month thereafter until total is paid.

**(22)** Pay Court Costs _with in 90 days_

**(23)** Reimburse the County for compensation paid to appointed counsel totaling $_____
in payments of $_____ each month starting on _____ and on the
_____ day of each month thereafter until total is paid.

**(24)** Pay $_____ restitution to _____ through the Department
in payments of $_____ each month starting on _____ and on the
_____ day of each month thereafter until total is paid.

**(25)** Complete _____ hours of Community Service Restitution at a place approved by the
Court and designated by the Community Supervision and Corrections Department.

**(26)** While on community supervision, you must have on your person at all times a current,
valid Texas Department of Public Safety photo identification card or a valid Texas
Department of Public photo driver's license. You must obtain this photo identification
within thirty (30) days of the date of your community supervision.

**(27)** Do not operate a motor vehicle in Texas without a valid driver's license and proof of
a valid policy of automobile liability insurance as required by law.

**(28)** Report to the Day Resource Center for orientation and any subsequent program
designated, i.e. Pre-Employment Program, if unemployed, adult education classes, or
counseling classes as needed.

**(29)** Other conditions: _____

**(30)** _____

**(31)** _____

101-B

NAME: *Lindsay Cathryn Cook*        CAUSE NO: ~~434 893~~ *434 893*

## ADDITIONAL CONDITIONS OF COMMUNITY SUPERVISION

*June 4, 1996*
_____
Date of Sentence

_____
Judge of the County Court At
Law No. *3*
Travis County, Texas

_____
Community Supervision Officer

### Defendant's Receipt

Receipt is hereby acknowledged on the date of entry thereof, of one certified copy of the above order.

*Lindsay Cook*
_____
Defendant's Signature

Signed this ___*4th*___ day of
___*June*___, 19_*96*_



RIGHT THUMB

FILED
96 JUN -4 AM 11:56
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

PAGE  3

100-C

| | | |
|---|---|---|
| __X__ Deferred Adjudication | _____ State Jail | **FILE** #:137815101 |
| _____ Regular | _____ In Jail | **C.S.O.** #:194 |
| _____ Amended | _____ Absconded | **C.M.** #:019 |

## TRAVIS COUNTY COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT

### VIOLATION NOTICE

NAME: Lindsay Cathryn Cook     CAUSE #:434893     DATE: 12-3-96

AKA:_____     COURT #:___3____     JUDGE: David Crain

PROBATED OFFENSE: Assault with Bodily Injury_____
DATE OF                                              DATE OF
SUPERVISION: 6-4-96     SENTENCE: 1 year     DISCHARGE: 6-4-97

DEFENSE ATTORNEY ON DAY OF SUPERVISION: David Minton_____

C.S.O.: Deborah Olson_____     UNIT: East I_____

SUBSEQUENT OFFENSE: NA_____

DATE OF OFFENSE:_____NA_____     ARRESTING AGENCY:___NA_____

PLACE OF OFFENSE:__NA_____

WEAPONS/VIOLENCE:___NA_____

ADMINISTRATIVE CONDITIONS VIOLATED: (BY #):_____
05) Failure to report as directed: 6-13-96, 7-2-96, 8-13-96, 9-4-96, 11-5-96
____ and 11-27-96.
07) Failure to work at suitable employment._____
18b)Failure to attend Pre Trial Assessment and Counseling Services.
19) Failure to pay Supervision Fees: $205.63 delinquent.____
21) Failure to pay Fine: $215.64 delinquent.____
22) Failure to pay Court Costs: $150.73 delinquent.

COURT ACTION REQUESTED:  WARRANT ___XXX_____  SUMMONS _____

DATE DELIVERED TO COUNTY/DISTRICT ATTORNEY:_____

D.O.B.: 6-30-76_____  SEX: Female   RACE : Anglo____  APD #: 275647____

S.S.#: 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_____  DPS #: 05369895_____

TDL #: 16754354_____  FBI #: Unknown_____

HOME ADDRESS: 2303 McCullough Austin, TX. 78703_____

WORK ADDRESS: Unemployed_____

HOME PHONE:  476-7030_____  WORK PHONE: NA_____

COOK, LINDSAY
DECEMBER 3, 1996
PAGE 2

## SUMMARY OF PROBATED OFFENSE:

On April 4, 1996, Austin Police Officer, Timothy Ritzenthaler while doing a walk through at Massimos observed a subject he believed to be under the age of twenty-one drinking a mixed alcoholic beverage. When the Officer requested identification from the subject, she stated that she had none. Ms Cook stated that she was twenty-two and that she had her California drivers license in her car. The Officer went with Ms. Cook to her vehicle, at this time the Officer asked for her full name and date of birth. She identified herself as Lindsay Cokee, date of birth June 30, 1973. The Officer stated he felt she was lying. Ms. Cook advised the Officer to call her mother, her mother stated that Ms. Cook was eighteen. At this time the Officer placed her under arrest for Minor in Possession and Failure to Identify. Once Ms. Cook was in handcuffs she spun toward the Officer and cursed and kicked the Officer in the shin with her foot. Ms. Cook was also arrested for Assault with Injury.

## PRIOR RECORD:

| 10-26-94 | SO, Georgetown, TX | Theft By Check | Disposition Unknown |
| 4-6-95 | PD, Austin, TX | Assault with Bodily Injury Failure to Identify Theft | One year Community Supervision |
| 4-6-96 | SO, Georgetown, TX | Theft by Check | Disposition Unknown |

## PENDING CASES:

None Known.

## COMMUNITY SUPERVISION HISTORY:

On June 13, 1996, the defendant was scheduled for her initial visit with this Officer, but failed to report. A certified letter was sent to the defendant to report on July 2, 1996. The defendant missed this appointment and the certified letter was returned to sender unclaimed. This Officer started calling the defendant's references and was given the number to the defendant's mother. The defendant's mother was called with a message left on her answering machine. The defendant called this Officer on July 25, 1996, and she was advised to report on July 26, 1996. The defendant reported as scheduled, but missed her next scheduled appointment on August

COOK, LINDSAY
DECEMBER 3, 1996
PAGE 3

**COMMUNITY SUPERVISION HISTORY: Continued**

13, 1996. The defendant called this Officer on August 15, 1996, and she was advised to report on September 4, 1996, the defendant missed this appointment also. On September 6, 1996 the defendant called this Officer and she was informed to report on September 9, 1996, the defendant missed this appointment also. On September 13, 1996, the defendant was sent a letter to report to a Supervisor's Hearing on September 23, 1996, but the letter was returned to sender. A letter was sent to the defendant to report on October 7, 1996, the defendant did report and she was referred to Pre Trial Assessment and Counseling Services(PACS). The defendant has failed the attend PACS and has also missed her scheduled appointment on November 27, 1996.

The defendant is unemployed and is delinquent a total of $572.00 in her court assessed fees. The defendant's response to Community Supervision has been extremely poor.

**RECOMMENDATION:**

This Department respectfully recommends that the Order Deferring Adjudication be set aside, a judgement of guilt be entered and sentence pronounced.

**APPROVED:**

_Gerald Henderson_ 8350
GERALD HENDERSON
CASEWORK MANAGER

_Deborah Olson_
DEBORAH OLSON
COMMUNITY SUPERVISION OFFICER
TRAVIS COUNTY, TEXAS

CASE ID: 13785101
CSO#: 194
UNIT#: East 1

**CAUSE 434893**

| | |
|---|---|
| THE STATE OF TEXAS | IN THE COUNTY COURT |
| VS | AT LAW # 3 OF |
| Lindsay Cathryn Cook | TRAVIS COUNTY, TEXAS |

## MOTION TO PROCEED WITH AN ADJUDICATION OF GUILT

**TO THE HONORABLE JUDGE OF SAID COURT:**

The State of Texas moves that the Court proceed with an adjudication of guilt in the above titled and numbered cause, because the defendant has violated the terms and conditions of the Community Supervision as follows: Specifically the state will show that the defendant:

Has not paid court cost and is delinquent $ 150.73.

Has not paid fine and is delinquent $ 215.64.

Has not paid supervision fee and is delinquent $ 205.63.

Did not report to the probation officer on 6-13-96, 7-2-96, 8-13-96, 9-4-96, and 11-27-96.

Failed to work at suitable employment.

Failed to attend SACA screening and follow recommendations.

The State requests that a _warrant_ be issued

Respectfully submitted,
Ken Oden, County Attorney

By: _____
Assistant County Attorney

## ORDER

On _12/13, 19 96_, came to be heard the application of the State of setting and notice herein; and it appearing that the State is entitled to the relief sought: It is therefore, ordered that the Clerk of this Court issue notice to the defendant commanding him to appear in this Court to show cause why the Community Supervision in this cause should not be set aside and sentence imposed; and it is further ordered that a:

(Warrant issue for the arrest of the defendant herein.)
(Summons issue for the defendant herein.)

Bond is set at $ _2500 - c/f_

_____
Judge Presiding

CAPIAS

JAN 2 2 1997

THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are hereby commanded to **ARREST**

**LINDSAY CATHRYN COOK  AKA: LINDSAY COOK  AKA: LINDSAY C. COOK  AKA: CATHRYN COOK**

and **HER** safely keep so that you have **HER** before the Honorable County Court at Law No. **3** of Travis County, Texas at the Court House of said County, in the City of Austin instanter then and there to answer the State of Texas upon a charge by complaint and information pending in said court, wherein said defendant is charged with the offense of

**ASSAULT B-I\*\*\***                                        Date of Offense: **4-06-95**

Bond fixed in the sum of $ **2500.  CASH/SURETY**        ~~***MOTION TO SET ASIDE DEFERRED ADJUDICATION***~~

COOK,LINDSAY CATHRYN

THE STATE OF TEXAS                                         CAUSE NO. **434893**
           VS.
**LINDSAY CATHRYN COOK**                           APD# 275647
**2303 MCCULLOUGH**                                   DPS# TX0534895
**AUSTIN, TX 78703**

D/L: ~~16754584~~              **SEX/RACE: F/CA**        DOB: **6-30-76**        SSN: **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**
DL# Not Currently Issued
WITNESS: DANA DeBEAUVOIR, COUNTY CLERK, TRAVIS COUNTY, TEXAS
ISSUED and given under my hand and seal of said Court, at office in the City of Austin, this the December 18, 1996.

1996 DEC 18 PM 5:05

                                              DANA DeBEAUVOIR
                                              County Clerk, Travis County, Texas

                                              BY: P Smith                    , Deputy

SHERIFF'S RETURN

Came to hand the ___18___ day of ___Dec___, A.D. 19_96_ at _____ o'clock ___ M., and executed on the
___ day of ___May___ A. D. 19_97_ at o'clock ___ M., by arresting the within named
_Lindsay Cathryn Cook_ ___ at
_Austin_ in _Travis_ ___ County, Texas and taking _____
bond, which is herewith returned, placing _him_ in the County jail of Travis County, Texas.

I actually and necessarily traveled _____ miles in service of this Writ, in addition to any other mileage I may have traveled in the
service of other process in this cause during the same trip.

FEES: Making Arrest          $_____        _Margo L. Frasier_  Sheriff
      Mileage _____ Miles   $_____
      Taking Bond            $_____        Travis County, Texas
      Commitment             $_____
      Release                $_____        By: _N. Bartlett #825_
              Total          $_____            Deputy

**CUSTODIAN OF RECORDS**

| | | |
|---|---|---|
| X Deferred Adjudication | ____ State Jail | FILE #:137815101 |
| ____ Regular | ____ In Jail | C.S.O. #:194 |
| ____ Amended | ____ Absconded | C.M. #:019 |

## TRAVIS COUNTY COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT

### VIOLATION NOTICE

**NAME:** Lindsay Cathryn Cook    **CAUSE #:** 434893    **DATE:** 12-3-96

**AKA:**_____    **COURT #:** 3    **JUDGE:** David Crain

**PROBATED OFFENSE:** Assault with Bodily Injury

**DATE OF SUPERVISION:** 6-4-96    **SENTENCE:** 1 year    **DATE OF DISCHARGE:** 6-4-97

**DEFENSE ATTORNEY ON DAY OF SUPERVISION:** David Minton

**C.S.O.:** Deborah Olson    **UNIT:** East I

**SUBSEQUENT OFFENSE:** NA

**DATE OF OFFENSE:** NA    **ARRESTING AGENCY:** NA

**PLACE OF OFFENSE:** NA

**WEAPONS/VIOLENCE:** NA

**ADMINISTRATIVE CONDITIONS VIOLATED: (BY #):**
05) Failure to report as directed: 6-13-96, 7-2-96, 8-13-96, 9-4-96, 11-5-96 and 11-27-96.
07) Failure to work at suitable employment.
18b)Failure to attend Pre Trial Assessment and Counseling Services.
19) Failure to pay Supervision Fees: $205.63 delinquent.
21) Failure to pay Fine: $215.64 delinquent.
22) Failure to pay Court Costs: $150.73 delinquent.

**COURT ACTION REQUESTED: WARRANT** XXX    **SUMMONS**_____

**DATE DELIVERED TO COUNTY/DISTRICT ATTORNEY:**_____

**D.O.B.:** 6-30-76    **SEX:** Female    **RACE :** Anglo    **APD #:** 275647

**S.S.#:** 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    **DPS #:** 05369895

**TDL #:** 16754354    DL# Not Currently Issued    **FBI #:** Unknown

**HOME ADDRESS:** 2303 McCullough Austin, TX.  78703

**WORK ADDRESS:** Unemployed

**HOME PHONE:** 476-7030    **WORK PHONE:** NA

06/96    55a

**CASH BOND**

THE STATE OF TEXAS    97 MAY -1  PM 5:37    §    RECEIPT / ~~CHECK / M.O.~~ # *562664*

COUNTY OF *TRAVIS*      §      CAUSE # *434893*

**KNOW ALL MEN BY THESE PRESENTS**    §      ISSUING COURT *CC#3*

APPEARANCE COURT *CC#3*

On this the *1* day of *MAY*, 19*97* came the defendant *Lindsey Cook* and deposited with the Sheriff of *TRAVIS* County, Texas the sum of $ *2500 °°* dollars in cash, in lieu of sureties, to insure the said defendant's personal appearance instanter before the Honorable *County* Court in *TRAVIS* County on the ____ day of *instanter*, 19___, at ___ : ___ ___M and there remain from day to day and from term to term of said Court to answer to the State of Texas upon a charge by **complaint** / **indictment** / **information** wherein the said defendant is charged with a **felony** / **misdemeanor**, to-wit:

*Assault with Bodily Injury    Motion to Set Aside Def Adj*

and to personally appear before any court to which the **complaint** / **indictment** / **information** may be transferred and for any and all subsequent proceedings had relative to such charge.

When the said defendant has fully complied with the conditions of this bond, and upon order of the Court to which this bond is returnable, the cash funds deposited shall be refunded to the said defendant.

In the event the said defendant does not comply with the conditions of this bond, the cash funds so deposited shall be transferred to the General Fund of the State of Texas, and the said defendant agrees to be further bound for the payment of all fees and expenses that may be incurred by peace officers in re-arresting said defendant in the event the conditions of this bond are violated.

*W*    *F*    *6/30/76*

RACE   SEX    DOB      X *Lindsey Cook*

                     SIGNATURE OF DEFENDANT

*NONE NOTED*

DL#       STATE      *2303 McCullough*

                     ADDRESS

*5 20-74-4873 °SS#*

OTHER ID #      *Austin, TX 78703*

                   CITY *512-476-7030* STATE   ZIP

Received of the said *Lindsey Cook* the sum of $ *2500 °°* dollars on this bond on this the ___ day of *MAY*, 19 *97*, to be deposited with the Treasurer of *TRAVIS* County, Texas to await the order of the Court.

*MARGO FRASIER*, Sheriff of *TRAVIS* County, Texas    By: _____ Deputy

**THE TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 17.02, STIPULATES THE DEFENDANT IS THE ONLY PERSON ENTITLED TO RECEIVE THE CASH BOND REFUND UPON DISPOSITION OF THE INVOLVED CASE.**

FOR REFUNDS ON TRAVIS COUNTY CHARGES ONLY:

REFUND OF CASH BONDS (EXCEPT FOR CLASS "C" MISDEMEANORS) MUST BE OBTAINED FROM THE COUNTY TREASURER'S OFFICE LOCATED AT 314 WEST 11TH STREET (IN THE STOKES BUILDING) ROOM #160, MONDAY - FRIDAY  8:00AM-5:00PM, PHONE: 473-9365

COMPLETE THIS BOX FOR OUT-OF-COUNTY BONDS ONLY:

Received $_____ on this bond

                   Sheriff of Travis County, Texas

this ____ day of _____, 19____      By: _____, Deputy

REV 5/95

WHITE = COURT      YELLOW = DEFENDANT      PINK = BOOKING FILE      GOLDENROD = PAYEE

F. #
P.O. #
U.M. #

No. 434-893

THE STATE OF TEXAS                    IN THE COUNTY COURT AT LAW

          VS                          No. 3

Lindsay Cathryn Cook              TRAVIS COUNTY, TEXAS

ORDER CONTINUING DEFENDANT ON PROBATION

          On this  8-26-97                           came to
                   DATE

to be heard the matter of determining whether or not the probation
in the above entitled and numbered cause should be revoked and the
sentence imposed, and the defendant appeared in person and by their
attorney and the State appeared by her County Attorney and the
Probation Officer of this Court, and the Court, after hearing the
evidence submitted, is of the opinion, and so finds, that the
defendant's probation should not be revoked at this particular time.

          It is THEREFORE ORDERED, ADJUDGED AND DECREED by the Court
that the order suspending the execution of the sentence, and placing
the defendant on probation, heretofore entered in this cause be, and
the same is hereby continued in full force and effect, and the above
named defendant is ordered released from custody of the Sheriff of
Travis County and returned to the Supervision of the said probation,
subject to the terms and conditions as heretofore set out in the
judgement and sentence in this cause, and subject further to the
following conditions, viz:

Continued and Discharged

FILED
97 AUG 26 PM 3:35
DANA DeBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

                              JUDGE, COUNTY COURT AT LAW# 3
                              TRAVIS COUNTY, TEXAS

ASSISTANT COUNTY ATTORNEY
Travis County, of Texas
Representing the State of Texas

12/85

FILE #
P.O. #
U.M. #

NO. *434-893*

THE STATE OF TEXAS

vs.

*Lindsay Cathryn Cook*

IN THE   COUNTY COURT AT LAW

NO. *3*

OF TRAVIS COUNTY, TEXAS

## DEFERRED ADJUDICATION

## ORDER RELEASING DEFENDANT FROM PROBATION

On this day, the Court having reviewed all proceedings in the above cause in which the Defendant, *Lindsay Cathryn Cook* was placed on a Deferred Adjudication pursuant to Sec. 3d (a), Art. 42.12 Texas Code of Criminal Procedure.

It appearing to the Court that said Defendant has complied wite the terms and conditions of said Deferred Adjudication; and it further appearing that the period of probation has expired and that the defendant herein should be discharged.

It is therefore ordered that the information against the defendant is hereby dismissed and the defendant is released from all penalties and disabilities resulting from the charge and Deferred Adjudication heretofore entered.

Signed this *26th* day of *August*         19 *97*.

_____
JUDGE, PRESIDING

TRAVIS COUNTY, TEXAS

97 AUG 26 PM 3: 35

FILED

Collier County Sheriff's Office
3319 Tamiami Trail East, Naples, FL 34112-4901

# SWORN STATEMENT

**STATE OF FLORIDA**

-VS-

Report No. ~~22-6460~~
22- 6463 0

Name X _John Espinoza_____, Date of Birth _____

Home Address X _____ Telephone _____

Work Address _____ Telephone _____

E-Mail Address _____

who, being duly sworn, deposes and says that on the _16_ day of _Feb_____, A.D., 20 _22_

in ____~~CA~~____ County, State of Florida, that _____

I Asked Lindsay Cook to leave my Apt
She Became physical Agressive Not
wi us - to leave —

STATE OF FLORIDA,
COUNTY OF _Collier_____, Sworn to and subscribed before me this _16_ day of

_FEB_____, 20 _22_, by    X _John Espinoza_____
Name of person making statement

My Commission Expires:    X _____
Signature of person making statement

☐ Personally Known OR    _____
☑ Produced Identification, Type of Identification_____    Signature of Notary Public "Per F.S.S. 117.10" - State of Florida

Form # P164 - REV. 09/10

**Incident Report**

**Report Number:** 2200064630



**NARRATIVE**

---

Narrative:

While en-route to Naples Jail center Lindsay advised she was having trouble breathing.

On arrival to the Naples Jail Sally Port Lindsay said she might be seizing. I called for EMS at the scene and was transported To NCH Downtown.

Lindsay made Suicidal statements to EMS and hospital staff in front of me at which time Lindsay was  Baker acted.

Baker act form was prepared

Nothing further.

---

**Incident Report**

**Report Number: 2200064630**



**NARRATIVE**

---

Narrative:

In reference to this report,          victim (John Thomas Espinoza) will be known as JTE.


On 02-16-2022 at approximately 2257 hours, I responded to          Bedzel Circle          in reference to a disturbance which a female is intoxicated.

On arrival, I knocked at the door and there was no answer. On call back, victim/JTE was downs stairs by the front office. I went down stairs and met JTE on the ground floor. He advised Subject/Lindsay Cook has been staying at his apartment as a guest. He said he let her stay with him for two days at the end of December 2021 because Lindsay was going to D.L.C. for detox but wouldn't take her because she was intoxicated.

JTE had taken her back to his apartment for approximately a week or two until the first week of January when Lindsay admitted herself to D.L.C. for detox. Lindsay was staying at D.L.C. for treatment and was released on 02-15-2022.

Lindsay returned back to JTE apartment until she can get a place to stay. Lindsay began to drink alcoholic beverages tonight and became angry at JTE and physically began kicking the bedroom door. JTE was afraid of staying in the apartment and went down stairs

JTE advised he did have sex with her on occasions but he never told her she can stay in the apartment to live. He told her to leave the apartment and she refused to leave.

I went upstairs and made contact with Lindsay who was in the master bedroom. Lindsay walked out of the bathroom and had troubled walking. While talking to Lindsay she was slurring her words.

Lindsay went outside the apartment and spoke with D/S Hernandez #4379. I continued to speak with JTE and received further information about Lindsay.

I had Lindsay come back in the apartment and advised her that JTE wants you to leave his apartment because you are intoxicated and causing a disturbance by kicking the bedroom door. She was in the Bedroom packing up her Black duffle bag which was on the bed. While packing up her items she kept saying I have nowhere to go. I gave her options of a motel, shelter or a friends. She continued to be belligerent and yelling. I advised her to pack up her bag.

Lindsay had another suitcase on the bedroom floor where her clothes were. She was living out of the suitcase. I told her she can come back tomorrow and get her other belongings. Lindsay became belligerent and was yelling that I don't care. She advised she was going to take her other property.

Lindsay was getting mad and picked up her Black Duffle bag off the bed and stepped back and turned towards me and threw her duffle bag towards me. The bag landed approx. 4 feet away from me. Lindsay then turned towards her other suitcase at which time I went over to her to cuff her for my safety and herself. I was afraid she was going to grab something else to throw or use something against me.

I took out my handcuff and advised her she was being handcuffed. I took her left arm to cuff her and she was trying to pull away and turn her body from getting rear hand cuffed. She advised, she didn't do anything wrong. D/S Hernandez assisted me in rear cuffing Lindsay. Handcuff were properly spaced and double locked.

Lindsay Florida Identification card showed her address as DLC on 12-17-2021. She advised she used the address because she was going to be staying there. she was going through the Cross Roads.

Lindsay was being arrested for Resisting without Violence.

Lindsay was transported to Naples Jail Center for processing.

---

Officer/ID:   **PULIZZOTTO,STEVEN / 2527**          Case #:   **22-64630**    Date:   **02-17-2022 16:24**    Page:   **7**

**Incident Report**

**Report Number: 2200064630**



**PERSONS - SUSPECT**

---

**SUSPECT:**

Offenses:
**#2: SO-95017 DISTURBANCE ALL OTHERS**

| Name (Last, First Middle): | Height: | Weight: | Hair: | Eyes: | Ethnic Origin: |
|---|---|---|---|---|---|
| **COOK,LINDSEY** | **508** | **125** | **BRO** | **GRN** | **NOT-HISPANIC** |

| Race: | Sex: | Date of Birth: | Age: | SSN: | Drivers License No: | St: | Expires: |
|---|---|---|---|---|---|---|---|
| **W** | **F** | **06-30-1976** | **45** | | **C200523767300** | **FL** | **06-30-2027** |

Place of Birth:
**CHEYENN, WYOMING**

Citizenship:
**UNITED STATES**

Residence Status:
**FULL YEAR**

Residence Type:
**LOCAL**

Alien #:

Address:
**BEDZEL CI**
**NAPLES, FL 34104**

Employer/School:

Home Phone:    **(000) 000-0000**        Work Phone:
Cell Phone:
Email:
Sworn Statement Obtained:        **NO**

---

Aliases/AKA:
Scars/Marks/Tattoos:
Clothing:
**WHITE LONG SLEEVE SHIRT, BLUE JEANS**

Age Range:
Hair Length:        **OTHER/DESCRIBE**        Skin Tone:        **MEDIUM**
Hair Style:        **STRAIGHT**        Complexion:
Facial Hair:        Build:        **MEDIUM**
Teeth:        **DIRTY/DECAYED**        Appearance:        **NEAT/CLEAN**
Speech:        **OTHER/DESCRIBE**        R/L Handed:
Amputee:        Treatment Received:
Behaviors:
Injury:
Injury Type #1: **NONE**        Injury Type #2:
Photos Of Injuries Taken:        Photo Type:
Last Seen:

Additional Data:

---

**Incident Report**

**Report Number: 2200064630**



**PERSONS - ARREST**

---

**ARRESTED:**

Offenses:
**#1: 843.02 RESIST LEO WITHOUT VIOLENCE RAWOV**

| | | | | | | |
|---|---|---|---|---|---|---|
| Name (Last, First Middle): | | Height: | Weight: | Hair: | Eyes: | Ethnic Origin: |
| **COOK,LINDSEY** | | **508** | **125** | **BRO** | **GRN** | **NOT-HISPANIC** |
| Race: Sex: Date of Birth: Age: | SSN: | Drivers License No: | | | St: | Expires: |
| **W    F    06-30-1976    45** | | **C200523767300** | | | **FL** | **06-30-2027** |

Place of Birth:                                     Citizenship:
**CHEYENN, WYOMING**                    **UNITED STATES**

Residence Status:             Residence Type:        Alien #:
**FULL YEAR**                    **LOCAL**

Address:                          Employer/School:
    **BEDZEL CI**
**NAPLES, FL 34104**

Home Phone:    **(000) 000-0000**          Work Phone:
Cell Phone:
Email:
Sworn Statement Obtained:          **NO**

---

Aliases/AKA:
Scars/Marks/Tattoos:
Clothing:
    **WHITE LONG SLEEVE SHIRT, BLUE JEANS**

| | | |
|---|---|---|
| Age Range: | | |
| Hair Length: | **OTHER/DESCRIBE** | Skin Tone:          **MEDIUM** |
| Hair Style: | **STRAIGHT** | Complexion: |
| Facial Hair: | | Build:              **MEDIUM** |
| Teeth: | **DIRTY/DECAYED** | Appearance:         **NEAT/CLEAN** |
| Speech: | **OTHER/DESCRIBE** | R/L Handed: |
| Amputee: | | Treatment Received: |
| Behaviors: | | |
| Injury: | | |
| Injury Type #1: | **NONE** | Injury Type #2: |
| Photos Of Injuries Taken: | | Photo Type: |
| Last Seen: | | |

Additional Data:

---

**Incident Report**

**Report Number: 2200064630**



**PERSONS - MISSING**

---

**MISSING & RECOVERED:**

Offenses:
**#1: 843.02 RESIST LEO WITHOUT VIOLENCE RAWOV**

| Name (Last, First Middle): | Height: | Weight: | Hair: | Eyes: | Ethnic Origin: |
|---|---|---|---|---|---|
| **COOK,LINDSEY** | **508** | **125** | **BRO** | **GRN** | **NOT-HISPANIC** |

Race:  Sex:  Date of Birth: Age:      SSN:        Drivers License No:        St:        Expires:
**W        F      06-30-1976    45**                **C200523767300**                **FL        06-30-2027**

Place of Birth:                                    Citizenship:
**CHEYENN, WYOMING**                                **UNITED STATES**

Residence Status:                  Residence Type:        Alien #:
**FULL YEAR**                        **LOCAL**

Address:                            Employer/School:
**BEDZEL CI**
**NAPLES, FL 34104**

Home Phone:    **(000) 000-0000**              Work Phone:
Cell Phone:
Email:
Sworn Statement Obtained:          **NO**

---

Teletype Submitted:                          Teletype Cancellation:
Photo:                                       Prints:
Hangouts:
Clothing:
   **WHITE LONG SLEEVE SHIRT, BLUE JEANS**

Additional Comments:


Last Seen Date/Time:
Last Seen By:
Phone:
Last Seen Location:
In Company of:


Parent/Guardian Name:
Phone:
Address:


Special Identifiers:
Dentist Name:
Dentist Phone:


| Hair Length: | **OTHER/DESCRIBE** | Skin Tone: | **MEDIUM** |
|---|---|---|---|
| Hair Style: | **STRAIGHT** | Complexion: | |
| Facial Hair: | | Build: | **MEDIUM** |
| Teeth: | **DIRTY/DECAYED** | Appearance: | **NEAT/CLEAN** |
| Speech: | **OTHER/DESCRIBE** | R/L Handed: | |
| Amputee: | | Treatment Received: | |
| Behaviors: | | | |
| Additional Desc: | | | |

---

Officer/ID:    **PULIZZOTTO,STEVEN / 2527**        Case #:    **22-64630**      Date:    **02-17-2022 16:24**      Page:    **4**

**Incident Report**

**Report Number: 2200064630**



**BUSINESS**

**VICTIM:**

Offenses:
**#1: 843.02 RESIST LEO WITHOUT VIOLENCE RAWOV**

Name:
 **STATE OF FLORIDA**
Address:

Bus Phone:     **(239) 252-9300**          Contact Name:
Cell Phone:                                Contact Phone:
Email:
Additional Address and Phone#:

Additional Comments:

Photos Taken?                              Type of Photo:

**Incident Report**

**Report Number: 2200064630**



**PERSONS - REPORTER**

---

**REPORTER:**

Offenses:
**#1: 843.02 RESIST LEO WITHOUT VIOLENCE RAWOV**

Name (Last, First Middle):          Height:  Weight: Hair:   Eyes:   Ethnic Origin:

Race:  Sex:  Date of Birth: Age:    SSN:    Drivers License No:          St:     Expires:

Place of Birth:                                    Citizenship:

Residence Status:                 Residence Type:    Alien #:

Address:                          Employer/School:


Home Phone:                       Work Phone:
Cell Phone:
Email:
Sworn Statement Obtained:

---

**REPORTER:**

Offenses:
**#2: SO-95017 DISTURBANCE ALL OTHERS**

Name (Last, First Middle):          Height:  Weight: Hair:   Eyes:   Ethnic Origin:

Race:  Sex:  Date of Birth: Age:    SSN:    Drivers License No:          St:     Expires:

Place of Birth:                                    Citizenship:

Residence Status:                 Residence Type:    Alien #:

Address:                          Employer/School:


Home Phone:                       Work Phone:
Cell Phone:
Email:
Sworn Statement Obtained:

---

**OFFENSE INCIDENT REPORT**

Agency ORI Number: FL 0110000



**SHERIFF'S OFFICE
COLLIER COUNTY
NAPLES, FLORIDA**

**WinGS**

**Report Number: 2200064630**

Date and Time of Incident:
    FROM: **02/16/2022 22:30 Wed**
    TO: **02/16/2022 23:47 Wed**

Date of Report:   Related Incident:
**02/16/2022**
Dispatch Date:
**02/16/2022**

Dispatched:          Arrival:
**22:57**          **23:07**

In-Service:     Case Suspended?   **YES**
**05:45**

Location of Incident:
    **BEDZEL CI**

Grid:    District:
       **02 DISTRICT 2**

Business Name:

Location Type:

Domestic Rights Given?  **NO**
DCF Contacted?
Children Present?

Weapon Type:

Forced Entry?
Number of Premises:
Car Camera Footage Available:  **YES**

Digital Media Available:  **NO**

Crime Scene:    **N/A (PROCESSING NOT REQUIRED)**

Special Circumstances:
Investigator - Name/ID:

Notified:     Referred To:
Responded:   Assigned To:

**OFFENSES**

| Statute: | Clearance: | | Commit/Attempt: | Fel/Misd: | Inc Code: | UCR: |
|---|---|---|---|---|---|---|
| #1: **843.02** | **1 - SUSPECT ARRESTED** | | **C** | **M** | **03402** | **9000** |
| | **RESIST LEO WITHOUT VIOLENCE RAWOV** | | | | | |
| #2: **SO-95017** | **9- N/A** | | **N** | **N** | **95029** | **9800** |
| | **DISTURBANCE ALL OTHERS** | | | | | |

| Summary: | Reporters: | **2** | Victims: | **0** | Suspects/Arrested: | **2** | Others: | **0** |
|---|---|---|---|---|---|---|---|---|
| | Witnesses: | **0** | Missing: | **0** | Property/Drug Items: | **0** | Vehicles: | **0** |

Reporting Officer:
**PULIZZOTTO,STEVEN**

ID:    District/Section:      Unit:
**2527**    **District 02**      **D2**
**Collier County Sheriff's Office, Naples, FL**
**Approved By Supervisor**        **Initials**

"I certify that, to the best of my knowledge, the above information is correct and by entering my username and password, I have electronically affixed my signature to this document in accordance with FSS 668."

Case #:  **22-64630**

Date:  **02-17-2022 16:24**    Page:   **1**

20220217162440





Date:          October 17, 2024

Reference:      COOK, LINDSAY

Also known as:    COOK, LINDSAY CATHRYN; COOK, LINDSEY

Date of birth:     June 30, 1976

Except as may be entered below, as of this date, the Collier County Sheriff's Office has no record of arrest on the above named individual for the past 25 years. Sealed, expunged and juvenile records were not searched.

A records check by our agency provides only local, Collier County arrest information. Affidavit is accurate for the date of inquiry only.  No other representation is made.

Unless this is an original document with Sheriff's Office letterhead, do not accept. Copies are not authorized.

The list below contains 3 charges, and a signature section follows the list.

| DATE ARRESTED | CHARGE |
| --- | --- |
| 04-17-2024 | VIOLATION OF STATE PROBATION: BATTERY ACTUAL INTENTIONAL TOUCH STRIKE ON PERSON 65 YEARS OF AGE OR OLDER |
| 05-23-2022 | BATTERY: DOMESTIC FELONY (1 OR MORE PREVIOUS CONVICTIONS) |
| 02-16-2022 | RESIST LAW ENFORCEMENT OFFICER WITHOUT VIOLENCE |

By:     *Stephanie Perugorria-Paz*

       STEPHANIE PERUGORRIA PAZ , Central Records Deputy

For:    Kevin Rambosk, Sheriff

       Collier County Sheriff's Office

EXHIBIT C

| SID | 05369895 |
|---|---|
| DATE LAST UPDATED | 6/4/2023 |
| SEX | FEMALE |
| RACE | WHITE |
| ETHNICITY | NON-HISPANIC |
| HEIGHT | 5'9" |
| WEIGHT | 115 LBS |
| EYES | GREEN |
| HAIR | BROWN |
| PLACE OF BIRTH | WYOMING |



| NAME(S) | AKA,DOB |
|---|---|
| | COKEE,LINSEY |
| | COOK,CATHRYN |
| | COOK,LIDSEY KATHRINE |
| | COOK,LINDSAY |
| | COOK,LINDSAY C |
| | COOK,LINDSAY CATARYN |
| | COOK,LINDSAY CATHRYN **(PRIMARY)** |
| | COOK,LINDSAY LCATHRYN |
| | COOK,LINDSEY |
| | COOK,LINDSEY CATHERYN |
| | COOK,LINDSEY CATHRYN |
| | COOK,LINDSEY CATRYN |
| | COOK,LINDSEY KATHRINE |
| | COOKS,LIDSAY CATHRYN |
| | COOKS,LINDSAY |
| | COOKS,LINDSAY CATHRYN |
| BIRTH DATE(S) | 6/1/1976 |
| | 6/28/1976 |
| | 6/30/1976 **(PRIMARY)** |

## ARREST SUMMARY

| DATE OF ARREST | SEQUENCE CODE | TRACKING NUMBER | AGENCY DESCRIPTION |
|---|---|---|---|
| 4/6/1995 | A | 9008255448 | AUSTIN PD |
| 4/6/1995 | B | 9014672306 | WILLIAMSON CO SO GEORGETOWN |
| 9/1/2002 | A | 9071032647 | AUSTIN PD |
| 10/6/2002 | A | 9071062058 | AUSTIN PD |

*Searches based on names, date of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint identification. It is your responsibility to make sure the records you access through this site pertain to the person about whom you are seeking information. Extreme care should be exercised in using any information obtained from this Web site. DPS and the State of Texas shall not be responsible for any errors or omissions produced by secondary dissemination of this data.*

## ARREST DATE 4/6/1995 (1 CHARGES)

| **ARREST DETAIL** | |
|---|---|
| ARREST DATE | 4/6/1995 |
| SEQUENCE CODE | A |

| | |
|---|---|
| TRACKING NUMBER | 9008255448 |
| ARRESTING AGENCY | AUSTIN PD (TX2270100) |

# ARREST DATE 4/6/1995 (CHARGE A001)

### OFFENSE RECORD

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 280692 |
| INTERNAL AGENCY CASE NUMBER | 275647 |
| ARREST OFFENSE | ASSAULT CAUSES BODILY INJ (13990001) |
| ARREST OFFENSE CITATION | 22.01(A)(1) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS A (MA) |
| DATE OF OFFENSE | 4/6/1995 |
| ARREST DISPOSITION DATE | 4/6/1995 |
| ARREST DISPOSITION | BAIL/RELEASED ON OWN RECOGNIZANCE (206) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |

### PROSECUTION DETAIL

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR HAS CHANGED THE CHARGE (C) |
| PROSECUTOR OFFENSE CITATION | 22.01(A)(1) |
| PROSECUTOR OFFENSE | ASSAULT CAUSES BODILY INJURY (13000007) |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS A (MA) |

### COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | COUNTY COURT AT LAW NO 3 AUSTIN (TX227123J) |
| COURT OFFENSE | ASSAULT CAUSES BODILY INJURY (13000007) |
| COURT OFFENSE CITATION | 22.01(A)(1) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | DEFERRED (312) |
| COURT DISPOSITION DATE | 6/4/1996 |
| DATE OF SENTENCE/STATUS | 6/4/1996 |
| CAUSE NUMBER | CAU:0434893 |
| FINAL PLEADING | NO CONTEST OR NOLO CONTENDERE (C) |
| COURT PROBATION | 12M |
| COURT FINE | 300 |
| COURT COSTS | 180 |
| AGENCY RECEIVING CUSTODY | COUNTY COURT AT LAW NO 3 AUSTIN (TX227025G) |
| COURT PROVISION | DEFERRED ADJUDICATION (378) |
| COURT PROVISION LITERAL | 999)6-4-96 PNC 12MOS DEFERRED ADJUDICATION+COSTS+P |

### COURT STATUS B

| | |
|---|---|
| AGENCY DESCRIPTION | COUNTY COURT AT LAW NO 3 AUSTIN (TX227123J) |
| COURT OFFENSE | ASSAULT CAUSES BODILY INJURY (13000007) |
| COURT OFFENSE CITATION | 22.01(A)(1) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |

| | |
|---|---|
| COURT DISPOSITION | DISMISSED (305) |
| COURT DISPOSITION DATE | 8/26/1997 |
| DATE OF SENTENCE/STATUS | 8/26/1997 |
| CAUSE NUMBER | CAU:0434893 |
| FINAL PLEADING | UNREPORTED/OR UNKNOWN (U) |
| AGENCY RECEIVING CUSTODY | COUNTY COURT AT LAW NO 3 AUSTIN () |
| COURT PROVISION LITERAL | 997)8-26-97 DEF RELEASED FROM DEFD ADJ//JUDGE CRA |

## ARREST DATE 4/6/1995 (1 CHARGES)

**ARREST DETAIL**

| | |
|---|---|
| ARREST DATE | 4/6/1995 |
| SEQUENCE CODE | B |
| TRACKING NUMBER | 9014672306 |
| ARRESTING AGENCY | WILLIAMSON CO SO GEORGETOWN (TX2460000) |

## ARREST DATE 4/6/1995 (CHARGE A001)

**OFFENSE RECORD**

| | |
|---|---|
| INTERNAL AGENCY CASE NUMBER | 9432272 |
| ARREST OFFENSE | THEFT >= $20 BUT < $200 BY CHECK (23000019) |
| ARREST OFFENSE CITATION | 31.03(A) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS B (MB) |
| DATE OF OFFENSE | 3/5/1994 |
| ARREST DISPOSITION DATE | 4/6/1995 |
| ARREST DISPOSITION | DISPOSITION UNKNOWN (215) |
| PROSECUTOR ORI REFERRED TO | WILLIAMSON COUNTY ATTORNEY (TX246013A) |

**PROSECUTION DETAIL**

| | |
|---|---|
| AGENCY | WILLIAMSON COUNTY ATTORNEY (TX246013A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 31.03(A) |
| PROSECUTOR OFFENSE | THEFT >= $20 BUT < $200 BY CHECK (23000019) |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS B (MB) |

**COURT STATUS A**

| | |
|---|---|
| AGENCY DESCRIPTION | COUNTY COURT AT LAW 1 GEORGETOWN (TX246093J) |
| COURT OFFENSE | THEFT >= $20 BUT < $200 BY CHECK (23000019) |
| COURT OFFENSE CITATION | 31.03(A) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | CONVICTED - LESSER CHARGE (311) |
| COURT DISPOSITION DATE | 6/3/1996 |
| DATE OF SENTENCE/STATUS | 6/3/1996 |
| CAUSE NUMBER | CAU:9432271 |

| | |
|---|---|
| FINAL PLEADING | NOT GUILTY (N) |
| COURT FINE | 10 |
| COURT COSTS | 223 |
| AGENCY RECEIVING CUSTODY | COUNTY COURT AT LAW 1 GEORGETOWN () |

# ARREST DATE 9/1/2002 (1 CHARGES)

**ARREST DETAIL**

| | |
|---|---|
| ARREST DATE | 9/1/2002 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9071032647 |
| ARRESTING AGENCY | AUSTIN PD (TX2270100) |

## ARREST DATE 9/1/2002 (CHARGE A001)

**OFFENSE RECORD**

| | |
|---|---|
| INTERNAL AGENCY CASE NUMBER | 0236999 |
| ARREST OFFENSE | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (13990031) |
| ARREST OFFENSE LITERAL | ASSLT CAUSES BODILY |
| ARREST OFFENSE CITATION | 22.01(A)(1) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS UNKNOWN (M*) |
| DATE OF OFFENSE | 9/1/2002 |
| ARREST DISPOSITION DATE | 9/1/2002 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE AUSTIN (TX227013A) |

**COURT STATUS A**

| | |
|---|---|
| AGENCY DESCRIPTION | TRAVIS COUNTY COURT AT LAW COURT 5 (TX227133J) |
| COURT OFFENSE | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (13990031) |
| COURT OFFENSE LITERAL | ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE |
| COURT OFFENSE CITATION | 22.01(A)(1) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 1/6/2003 |
| DATE OF SENTENCE/STATUS | 1/6/2003 |
| CAUSE NUMBER | CAU:C-1-CR-02-620016 |
| FINAL PLEADING | NO CONTEST OR NOLO CONTENDERE (C) |
| COURT CONFINEMENT | 0Y 0M250D |
| AGENCY RECEIVING CUSTODY | TRAVIS COUNTY COURT AT LAW COURT 5 (TX2270000) |

**COURT STATUS B**

| | |
|---|---|
| AGENCY DESCRIPTION | TRAVIS COUNTY COURT AT LAW COURT 5 (TX227133J) |
| COURT OFFENSE | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (13990031) |
| COURT OFFENSE LITERAL | ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE |

| | |
|---|---|
| COURT OFFENSE CITATION | 22.01(A)(1) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 8/27/2010 |
| DATE OF SENTENCE/STATUS | 8/27/2010 |
| CAUSE NUMBER | CAU:C-1-CR-02-620016 |
| FINAL PLEADING | NO CONTEST OR NOLO CONTENDERE (C) |
| COURT CONFINEMENT | 0Y 0M250D |
| AGENCY RECEIVING CUSTODY | TRAVIS COUNTY COURT AT LAW COURT 5 (TX2270000) |

## ARREST DATE 10/6/2002 (1 CHARGES)

**ARREST DETAIL**

| | |
|---|---|
| ARREST DATE | 10/6/2002 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9071062058 |
| ARRESTING AGENCY | AUSTIN PD (TX2270100) |

## ARREST DATE 10/6/2002 (CHARGE A001)

**OFFENSE RECORD**

| | |
|---|---|
| INTERNAL AGENCY CASE NUMBER | 0241816 |
| ARREST OFFENSE | MAN/DEL/SELL/POSS CONTROLLED SUBSTANCE (35003333) |
| ARREST OFFENSE LITERAL | MAN/DEL/SELL/POSS CO |
| ARREST OFFENSE CITATION | GENERAL TEXT |
| LEVEL AND DEGREE OF OFFENSE | FELONY - UNCLASSIFIED DEGREE (F*) |
| DATE OF OFFENSE | 10/6/2002 |
| ARREST DISPOSITION DATE | 10/7/2002 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | DISTRICT ATTORNEYS OFFICE AUSTIN (TX227035A) |

**COURT STATUS A**

| | |
|---|---|
| AGENCY DESCRIPTION | 390TH CRIMINAL DISTRICT COURT (TX227175J) |
| COURT OFFENSE | POSS CS PG 1 < 1G (35990014) |
| COURT OFFENSE LITERAL | POSS CS PG 1 <1G |
| COURT OFFENSE CITATION | 481.115(B) |
| LEVEL AND DEGREE OFFENSE | FELONY - STATE JAIL FELONY (FS) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 4/21/2010 |
| DATE OF SENTENCE/STATUS | 4/21/2010 |
| CAUSE NUMBER | CAU:D-1-DC-02-203966 |
| FINAL PLEADING | UNREPORTED/OR UNKNOWN (U) |
| COURT CONFINEMENT | 0Y 12M 0D |
| COURT PROBATION | 3Y 0M 0D |
| AGENCY RECEIVING CUSTODY | 390TH CRIMINAL DISTRICT COURT (TX227025C) |

# CUSTODY RECORDS

### Custody

| | |
|---|---|
| DATE OF OFFENSE | 10/6/2002 |
| CUSTODIAL AGENCY/ORI | DEPT OF CRIMINAL JUSTICE HUNTSVILLE (TX236065C) |
| PERSONAL ID NUMBER | 01638634 |
| SENTENCE EXPIRATION DATE | 12/4/2010 |
| COUNTY OF COMMITMENT | TRAVIS (227) |
| STATUS STARTING DATE | 12/3/2010 |
| STATUS SUPERVISION | DISCHARGED (409) |
| STATUS SUPERVISION LITERAL | TX236065C 01638634 |

### Custody

| | |
|---|---|
| DATE OF OFFENSE | 5/14/2010 |
| CUSTODIAL AGENCY/ORI | DEPT OF CRIMINAL JUSTICE HUNTSVILLE (TX236065C) |
| PERSONAL ID NUMBER | 01638634 |
| SENTENCE EXPIRATION DATE | 12/4/2010 |
| COUNTY OF COMMITMENT | TRAVIS (227) |
| STATUS STARTING DATE | 5/14/2010 |
| STATUS SUPERVISION | RECEIVED STATE JAIL (445) |
| STATUS SUPERVISION LITERAL | TX236065C 01638634 |

# PHOTO POSTED 1/15/2020



# PHOTO POSTED 10/19/2019



PHOTO POSTED 2/15/2019



PHOTO POSTED 1/15/2019



PHOTO POSTED 5/14/2010



Copyright © Texas Department of Public Safety. All rights reserved.

Privacy Policy · dps.texas.gov · texas.gov

## ORDER OF COMMITMENT
## TO THE SHERIFF OF TRAVIS COUNTY, GREETINGS:

LINDSAY CATHRYN COOKS  who having been brought before me 09/01/2002 at _____ 9\10 p.M.
charged with the offense:

02 SEP

ASSLT CAUSES BODILY INJ:FAMILY MEMBER    Class A Misdemeanor

is COMMITTED to the CUSTODY of the SHERIFF of Travis County, Texas, to be detained unless she
complies with the conditions of bond set on this date or any amendment or modification thereof.

PM 9: 22

1. Defendant is ordered to appear in:

   Court Administration Office, Room 1.300

   BLACKWELL-THURMAN CRIMINAL JUSTICE CENTER, 509 W. 11th Street

   on  10/01/2002  at 9:30 A.M.

2.   If defendant is in custody on the above date, the SHERIFF is hereby ordered to present said defendant in
the above Court on said appearance date and at all times said charge(s) or accusation(s) are called before said
Court.
3.   Bail is hereby set as follows: _____ 1,500.00 _____

4.   The magistrate informed the person of the person's right to request appointment of counsel; asked the
person whether the person wants to request appointment of counsel; and the person
(requested) (did not request) appointment of counsel.
5.   Defendant _____ is/ _____ is not ordered to install a vehicle ignition interlock within 30 days of release on
bond. Report to Interlock office within 3 working-days of release. (For location call 512-854-9381)
6.   Bond is acceptable if in compliance with Articles 17.03, 17.031, 17.04, and/or 17.08 of the Texas Code of
Criminal Procedure.
The undersigned hereby certifies that the defendant has been warned of her rights under Art. 15.17 of the Texas
Code of Criminal Procedure.
HEREIN FAIL NOT but of this ORDER make due return showing how you have executed same.

2002 SEP -3
FILED FOR
8833

Attorney  _____

Retained _____  Appointed _____  _____ Judge of the ( Municipal / JP / _____ )
Court of ( City of Austin / Travis County / _____ ), Texas  (Acting as Magistrate)

_____

| | |
|---|---|
| Warrant: _____ TRN: 9071032647  TRS: A001 | Cause No.: _____ |

The State of Texas  vs.
Name:    LINDSAY CATHRYN COOKS
Address:   2303 MCCULLOUGH
City: _____  AUSTIN              State:  TX    Zip:  78703
DOB: 06/30/1976    Sex: F    Race: W    Ethnic: _____    MNI: 1041759    Booking #: 0236999

# 620016

**SHERIFF'S RETURN**
CAME TO HAND THIS _____ day of SEP 0 1 2002, 20 _____, at  9:22 o'clock ___ .M.

and executed this _____ day of SEP 0 1 2002, 20 _____, at  9:22 o'clock ___ .M.,
by placing the accused in jail in Travis County, Texas.

   Margo L. Frasier _____ by _____ M. Rodriguez #968
SHERIFF OF TRAVIS COUNTY, TEXAS            by Deputy

CAUSE NUMBER: _____

THE STATE OF TEXAS          §          **620016**          THE MUNICIPAL COURT
                            §                               CITY OF AUSTIN
COUNTY OF TRAVIS            §                               IN TRAVIS COUNTY, TEXAS

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

The undersigned Affiant, who after being duly sworn by me, on oath, makes the following statement:

I have good reason to believe and do believe that

(Suspect) **Lindsay Cathryn Cook**, (Race) **W**, (Sex) **F**, (DOB) **06/30/76**

On or about the **1st** day of **September**, 20**02**,

in the incorporated limits of the City of Austin, County of **X** TRAVIS ~~WILLIAMSON~~
and State of Texas, did then and there commit the offense of

## ASSAULT WITH INJURY

Class A Misdemeanor / ~~3rd Degree Felony / (Enhanced)~~
**(Mark out Classification not used)**

My belief of the foregoing statement is based upon information provided to me by **Kathryn J. Goodnight**, who personally observed such offense.

On **Sept. 1st**, 20**02** at approximately **3:37** ~~AM~~ **X** PM an incident was reported to the Austin Police Department by **David Cook** (_____ victim **X** witness _____ other **David Cook** ).

On **Sept 1st**, 20**02** at approximately _____ AM **3:37** PM an assault was committed against (Victim) **Kathryn Jean Goodnight** by (Defendant) **Lindsay Cathryn Cook**.
Are the victim and suspect related? **(Yes)** [No] (strike one)
Relationship: **Mother / Daughter**

The incident occurred at the following location: **2303 McCullough St**
in the city of Austin, **(Travis)** Williamson County, Texas (strike one)
( **X** defendant's residence **X** victim's residence _____ other _____ )
**(pick all that apply)**

Describe the assault **in detail** including events leading up to the assault: **Lindsay came into the house and started causing a disturbance. Lindsay first started yelling and screaming at her mother. Her brother told her not to talk to her mother like she was doing. Lindsay started yelling at him and intentionally spit in his face, challenging him to see what he was going to do. He called the police and told her to leave. Lindsay then came towards her mother. Lindsay kicked her mother (Kathryn in the stomache). Kathryn tryed to stop Lindsay who was out of control by holding her. It did not work as Lindsay went into Kathryns bedroom and kicked ~~the~~ and damaged the drywall. Kathryn in pain from the kick in the stomache tried to stay out of Lindsay's Path. Lindsay made a telephone call to a friend to come pick her up as she knew her brother David called the police. I**

_____

_____

_____

_____ **(con't)**

FILED FOR RECORD    2002 SEP -3   AM 8:33   TRAVIS COUNTY CLERK DANA DeBEAUVOIR

in the stomache. I caused p a complaint of pai . There was a
bruise on Kathryn right tricep but she was not sure when this happened.
weather it was when she was assaulted by Lindsay the other day
when they had a non-police reported incident.

Describe any injury or injuries sustained by the victim and suspect **in detail**:

Did the suspect make any threats of violence or to continue the assault/violence? **[Yes]** [No] (strike one)
If yes describe the threats in detail:

*As per Section 22.01 of the Texas Penal Code, this charge is enhanced to a 3rd Degree Felony as the defendant
was found to have the following conviction(s) for Assault Family Violence:*

*Note: List Charge, Court, Disposition, Cause Number, and Date for each conviction* Verified By:_____

**Affiant**  (legible signature)
**Austin Police Incident Number:** 02-2441114    **Officer:** Joe L. Cepeda

Sworn and subscribed to before me by the said Affiant on this
1st day of September, 2002

APD Det E Ball 8.33
Peace Officer in and for the State of Texas.

On this, the 1 day of September, 2002 I hereby acknowledge that I have examined the
foregoing affidavit and have determined that probable cause exists for the issuance of an arrest warrant for the
individual accused therein.

Magistrate, (Municipal) (Justice) (County) Court
(City of Austin) (PCT of CG at LAW #____) Travis County, Texas



IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant County Attorney of Travis County, Texas, this day appeared the undersigned affiant, who being duly sworn does state upon his oath that he has good reason to believe and does believe that heretofore, before the making and filing of this complaint, in Travis County, Texas

Lindsay Cook, the Defendant, on or about the 1st day of September, A.D. 2002, did then and there intentionally, knowingly, and recklessly cause bodily injury to Kathryn Goodnight by kicking Kathryn Goodnight on and about the torso with the Defendant's leg,

And Further, the Defendant, on or about the 1st day of September, A.D. 2002, did then and there intentionally, knowingly, and recklessly cause bodily injury to Kathryn Goodnight, a family or household member, by kicking Kathryn Goodnight on and about the torso with the Defendant's leg,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Sworn to and subscribed before me on** 09.03.02

_____          _____
Affiant                               Assistant County Attorney of
                                      Travis County, Texas

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant County Attorney of Travis County, Texas, on behalf of the State of Texas, and presents in and to the County Criminal Court at Law No. _____ of Travis county, Texas, that in Travis County, Texas, and anterior to the filing of this information

Lindsay Cook, the Defendant, on or about the 1st day of September, A.D. 2002, did then and there intentionally, knowingly, and recklessly cause bodily injury to Kathryn Goodnight by kicking Kathryn Goodnight on and about the torso with the Defendant's leg,

And Further, the Defendant, on or about the 1st day of September, A.D. 2002, did then and there intentionally, knowingly, and recklessly cause bodily injury to Kathryn Goodnight, a family or household member, by kicking Kathryn Goodnight on and about the torso with the Defendant's leg,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
Assistant County Attorney of
Travis County, Texas

FILED FOR RECORD
2002 SEP 14  AM 8:06

INFORMATION (ORIGINAL)

THE STATE OF TEXAS                          HE COUNTY COURT AT LAW

VS                                          NO.

*Lindsay Cook*                              TRAVIS COUNTY, TEXAS

## DEFENDANT'S PLEA OF GUILTY, NOLO CONTENDERE, WAIVER & STIPULATION

Now comes the defendant in open Court in the above entitled and numbered cause represented by his attorney with whom he has previously consulted and makes the following voluntary statement:

1. That I am sane and that I understand the nature of the charges contained in the information in this cause.
2. That the court has advised me orally or in writing of the consequences of a plea of guilty.
3. That I have the right to a trial by jury whether I plead "guilty," "not guilty," or "nolo contendere."
4. That I have the right to remain silent but if I choose not to remain silent, anything I say can be used against me.
5. That I have the right to be confronted by the witnesses against me whether I have a trial before the Court or the jury.

However, I desire to waive and do waive the following rights:

1. Waive the reading of the information.
2. Waive the right to be arraigned.
3. Waive the right of trial by jury and request the consent and approval of the Court and of the attorney for the State to such waiver.
4. Waive my right to remain silent.
5. Waive the right to be confronted with the witnesses against me and request the approval of the Court to the stipulation of evidence by waiving the appearance, confrontation and cross-examination of witnesses, or by my further consenting to the introduction of testimony and evidence by stipulation into the record by the attorney for the State by oral stipulation, or by affidavit, or by written statements of witnesses and any other documentary evidence.
6. Waive the ten-day period for preparation after appointment of counsel and the ten-day period in which to file written pleadings after arrest.
7. Waive the right to a pre-sentence report and request that none be made.

I further understand that any recommendation of the prosecuting attorney as to punishment is not binding on the Court. That where there is a plea bargain agreement and the punishment assessed by the Court does not exceed the agreed recommendation, I do not have the right to appeal without permission of the Court except for those matters raised by written motions filed prior to trial.

-----------------------------------------------------------------

### FOR DEFERRED ADJUDICATION ONLY

I am aware that at any time during this period of probation, the Court may issue a warrant for violation of any of the conditions of this probation and cause me to be arrested. I may be arrested by any probation officer, police officer, or other officer with power of arrest with or without a warrant upon the order of the judge of such court to be noted on the docket of the court. I may be detained in the county jail or other appropriate place of detention until I can be taken before the court. The officer shall report such arrest to the court immediately.

I am aware that upon violation of a condition of this probation, I am entitled to a hearing limited to the determination by the court of Whether it proceeds with an adjudication of guilt on the original charge. No appeal may be taken from this determination. After an adjudication of guilt, all proceedings, including assessment of punishment, pronouncement of sentence, granting of probation and my appeal continue as if the adjudication of guilt had not been deferred.

I request the Court to consider probation any sentence imposed, on the issue of punishment agree that the pre-sentence investigation report of Community Supervision & Corrections may be considered by the Court.

I understand that if I am not a citizen of the United States that my plea may result in deportation, the exclusion of admission to this country, or denial of naturalization under federal law. There have been no promises made to me by the attorney, the prosecutor or the Court concerning any stay in the United States.

I have (not) been committed to a mental institution (nor do I) (but I do not) presently have mental or emotional problems, and I believe that I am competent to stand trial and the attorney for the defendant herein acknowledges that counsel believes the defendant is competent and able to assist counsel in the preparation of the defense and that defendant appears to be sane and competent.

I further acknowledge and understand the following admonitions which have been explained to the defendant by the defense attorney prior to an oral plea of guilty or nolo contendere.

That the defendant is charged with a Class ____A____ misdemeanor which has a punishment range of:

    a. by confinement in the Travis County jail for a period of not less than _____0_____
    or more than ____365____ and a fine not to exceed ____4000____

    b. Other -

I further understand the admonitions of the Court and I am aware of the consequences of my plea. I herein admit/ do not contest that I committed the acts alleged in the information in this cause. I plead guilty/no contest to the offense of _____ *assault FV* _____
My plea is given freely and voluntarily.

____9-4-07____                    *Lindsay Cook*
DATE                              DEFENDANT

I have consulted with the defendant; advised him of his rights, believe him to be mentally competent; and approve his signing of this plea of guilty or nolo contendere, waiver of a jury, and stipulations.

____9-4-07____                    _____
DATE                              ATTORNEY FOR DEFENDANT

Before the entry of the defendant's plea of guilty or nolo contendere herein, the above requests, waivers and stipulations are hereby consented to and approved by me, the attorney representing the State.

____9-4-07____                    _____
DATE                              ATTORNEY FOR THE STATE

It clearly appearing to the Court that the defendant is mentally competent and is represented by competent counsel and that said defendant understands the nature of the charge against him and that he has been by the court warned of the consequences of a plea of guilty or nolo contendere including the minimum and maximum punishment provided by law, that the attorney for the defendant and the State consent and approve the waiver of a trial by jury and stipulations in this case, the Court, therefore, finds such plea of guilty or nolo contendere, waiver, and consent to be freely and voluntarily made and accepts the plea of guilty or nolo contendere and approves the waiver of a jury herein and stipulations.

____9-4-07____                    _____
DATE                              JUDGE PRESIDING

FILED FOR RECORD 2007 SEP 9 AM 8:26

No. 620016

THE STATE OF TEXAS

VS

Lindsay Cathryn Cook.

IN THE COUNTY COURT

AT LAW No. 5

TRAVIS COUNTY, TEXAS

## JUDGMENT AND SENTENCE

On this the 4 day of September, 2002, this cause was called for trial. The Travis County Attorney, the above named Defendant, and the Defendant's attorney, P. Fagenberg, appeared and announced ready for trial. The Defendant was arraigned and entered a plea of **GUILTY / NOLO CONTENDERE / NOT GUILTY** to the charge set forth below and waived trial by jury. The Court admonished the Defendant as required, heard the Defendant's plea and all evidence admitted thereon, and found the Defendant **GUILTY / NOT GUILTY / NOT GUILTY BY DIRECTED VERDICT** of the offense of Assault Family Violence that occurred on 9-1-2002 and directed that the bond BE/NOT Be discharged.

The Court finds family violence was committed by the Defendant against Kathryn Goodnight.

The Court finds that Kathryn Goodnight is a family member of the Defendant.

_____
Judge

*********************************************************************************************************

_____ (Date) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the court assesses punishment as follows: SEE SENTENCE

*********************************************************************************************************

1-6-2003 (Date) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant having voluntarily absented himself/herself from the Court's jurisdiction after proceedings had begun, did not appear and gave no reason why sentence should not be pronounced, whereupon the Court proceeded to pronounce sentence in the absence of said Defendant as follows: SEE SENTENCE

*********************************************************************************************************

_____ (Date) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Defendant's Motion for New Trial having been granted as to sentence only, the Court assessed punishment as follows: SEE SENTENCE

*********************************************************************************************************

## SENTENCE

Confinement in the Travis County Jail for a period of 250 Days and a fine of $ 0 together with all costs of Court incurred in this cause.

☐ Driver's License Suspended for _____
☒ The Clerk shall issue a Capias Pro Fine
☐ _____

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that at the time of the issuance of the commitment, the Defendant be remanded to the custody of the Sheriff of Travis County, Texas, who shall commit him/her forthwith to the Jail of said county until said period of imprisonment has expired and thereafter until said fine and costs are fully paid or otherwise discharged.

Date of Birth 6-30-16

Thumbprint

_____
Judge

P# 1675665
P1 297692
mwi

THE STATE OF TEXAS
COUNTY OF TRAVIS

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

THE UNDERSIGNED AFFIANT, WHO AFTER BEING DULY SWORN BY ME, ON OATH MAKES THE FOLLOWING STATEMENT:

I HAVE REASON TO BELIEVE, AND DO BELIEVE, THAT *. LINDSAY COOK HEREINAFTER REFERRED TO AS THE "ACCUSED", WHOSE DRIVER'S LICENSE NUMBER IS _____ OR TEXAS ID __23852576__ DID COMMIT THE OFFENSE OF THEFT BY PASSING A CHECK. MY BELIEF IS BASED UPON THE FOLLOWING FACTS:

ON __12/23/06__ IN THE CITY OF AUSTIN, TRAVIS COUNTY, TEXAS, THE ACCUSED PASSED A CHECK IN THE AMOUNT OF _____85.41 IN EXCHANGE FOR (SELECT ONE):

PROPERTY (SPECIFY) : GROCERIES/CASH
SERVICES (SPECIFY) : _____
U.S. CURRENCY, TO: _____

X 246 _Jennith Vargas_ AN EMPLOYEE OF AUSTIN #8 2-045 , WHO RECEIVED SUCH CHECK IN THE REGULAR COURSE OF SUCH BUSINESS, AND WHO PERSONALLY TOLD ME OF THE FOREGOING FACTS; OR

_____ AN EMPLOYEE OF _____ RECEIVED SUCH CHECK IN THE REGULAR COURSE OF SUCH BUSINESS AS SHOWN BY ITS BUSINESS RECORDS AND BY THE SAID CHECK, BOTH OF WHICH I HAVE PERSONALLY EXAMINED.

I HAVE PERSONALLY EXAMINED SUCH CHECK THAT WAS NOT HONORED BY THE BANK, AND ON ITS FACE SUCH CHECK, THROUGH MARKINGS PLACED ON THE CHECK BY THE BANK, SHOWS THAT:

_X_ THE ACCUSED DID NOT HAVE SUFFICIENT FUNDS ON DEPOSIT WITH THE BANK FOR PAYMENT IN FULL OF SAID CHECK; OR

_____ THE ACCUSED DID NOT HAVE AN ACCOUNT WITH THE BANK AT THE TIME THE ACCUSED ISSUED THE CHECK.

I HAVE PERSONALLY LEARNED THE NAME AND TEXAS DRIVER'S LICENSE OF THE ACCUSED:

_X_ BY PERSONALLY EXAMINING THE SAID CHECK UPON WHICH SUCH INFORMATION WAS WRITTEN BY THE SAID RECIPIENT OF THE CHECK; OR

_____ BY PERSONALLY EXAMINING THE BUSINESS RECORDS THAT WERE PREPARED BY THE SAID RECIPIENT OF THE CHECK WHEN THE CHECK WAS PASSED; AND

FURTHERMORE, AS AN EMPLOYEE OF SUCH BUSINESS, I PERSONALLY KNOW THAT SUCH BUSINESS, IN ITS COURSE OF BUSINESS, REQUIRES THAT EVERY PASSER OF A CHECK PRODUCE VALID IDENTIFICATION (INCLUDING THE PASSER'S NAME AND DRIVER'S LICENSE NUMBER), AND THAT SUCH INFORMATION IS ROUTINELY PLACED ON THE FOREGOING ITEM BY THE RECIPIENT (EMPLOYEE OF THE BUSINESS).

I AM A RESIDENT OF TRAVIS COUNTY, TEXAS, AND I AM EMPLOYED AT HEB GROCERY COMPANY , AUSTIN, TEXAS.

WHEREFORE AFFIANT REQUESTS THE ISSUANCE OF A WARRANT OF ARREST AND DETENTION FOR THE ACCUSED IN ACCORDANCE WITH THE LAW.

MERCHANT NUMBER __157007__        AFFIANT _____

MANAGER'S NAME   DAVID ORTIZ

SUBSCRIBED AND SWORN TO BEFORE ME BY THE SAID AFFIANT ON THIS DAY APRIL 13, 2007

C BARNETT
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-22-2010

NOTARY PUBLIC IN AND FOR TRAVIS COUNTY

ON THIS THE ____ DAY OF _____, 2008, I HEREBY ACKNOWLEDGE THAT I HAVE EXAMINE THE FOREGOING AFFIDAVIT AND PREDETERMINED THAT PROBABLE CAUSE EXISTS FOR THE ISSUANCE OF AN ARREST WARRANT FOR THE INDIVIDUAL ACCUSED HEREIN.

_____        _____
JUSTICE OF THE PEACE, PCT. ___   JUDGE, COUNTY COURT-AT-LAW NO. 7
TRAVIS COUNTY, TEXAS             TRAVIS COUNTY, TEXAS

301847

VS.                                    COUNTY COURT AT LAW NUMBER: HCS

COOK LINDSAY CATHRYN                   CHARGE: THEFT-CHECK $20 TO $500
                                       PID NUMBER: 1675665  OLD PID:
1201-B W 6TH ST                        MNI: 297692  DOB: 06/30/1976
AUSTIN, TX 78703                       SEX: F  RACE: W
                                       EYES: GREEN  HAIR: BROWN
                                       HGT:  WGT:

HCID: 301847    SSN:    TDL:
                TXID: 23852576    2012

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant County Attorney of Travis County, Texas, this day appeared the undersigned affiant, who being duly sworn does state upon his oath that he has good reason to believe and does believe that heretofore, before the making and filing of this complaint, in Travis County, Texas

COOK LINDSAY CATHRYN, THE DEFENDANT, ON OR ABOUT 12/23/2006, DID THEN AND THERE KNOWINGLY ACQUIRE AND OTHERWISE EXERCISE CONTROL OVER PROPERTY, TO WIT: UNITED STATES CURRENCY OF THE VALUE OF $20.00 OR MORE BUT LESS THAN $500 WITHOUT THE EFFECTIVE CONSENT OF THE OWNER, DAVID ORTIZ AND WITH THE INTENT TO DEPRIVE THE SAID OWNER OF THE SAID PROPERTY.

FILED FOR RECORD
2009 JUL -6  AM 10: 29
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Sworn to and subscribed before me on** 4-10-08

_____              _____
Affiant                              Assistant County Attorney of
                                     Travis County, Texas

COMPLAINT (ORIGINAL)

# SUMMONS

### THE STATE OF TEXAS

TO ANY SHERIFF OF THE STATE OF TEXAS – GREETINGS:

YOU ARE HEREBY COMMANDED TO SUMMON–TO APPEAR IN PERSON          CAUSE# **C-1-CR-08-300572**

**LINDSAY CATHRYN COOK**
**1201-B WEST 6TH STREET**
**AUSTIN, TX. 78703**

Before the Honorable **COUNTY COURT AT LAW #7** of Travis County, Texas at the Criminal Justice Center of said County in the City of Austin, Texas at 8:30 A.M., on the day of **8-5-08** then and there to answer THE STATE OF TEXAS upon a charge by complaint and information pending in said Court, charge **HER** with the offense of:

### THEFT BY CHECK $20 TO $500

FAILURE TO APPEAR before this Court in answer to this SUMMONS will cause the Court to immediately issue a **WARRANT** for the **ARREST** of the said accused.

Witness my signature and official seal, this day **June 17, 2008**.



DANA DeBEAUVOIR, COUNTY CLERK
TRAVIS COUNTY, TEXAS

BY: _____, DEPUTY

**It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime.**

**Es una ofensa criminal que una personal trate de influir o caoccionar intencionalmente a un testigo para que testifique falsamente o para que eluda al proceso legal. Tambien es una felonia danar o amenazar con hacerle dano a un testigo, o a uno que se espera sera testigo, como venganza o por razon del servicio de la persona como testigo, o previnir o restraar el servicio de la persona como testigo a un crimen.**

---

### CONSTABLE'S RETURN OF SUMMONS

Came to hand the _____ day of _____, A.D. 20___ at _____o'clock ____.M., and executed on the _____ day of _____, A.D. 20___ at _____o'clock ____.M., by mailing to the above named Defendant at the above stated address a copy of the summons.

FEES........................$5.00

**RECEIVED**

2008 JUN 27 PM 3: 56

CONSTABLE PRECINCT 5
TRAVIS COUNTY, TEXAS

BRUCE ELFANT, CONSTABLE PCT #5
TRAVIS COUNTY, TEXAS

BY: _____, DEPUTY

SUM

04946

Summons (6/17/2008)

# SUMMONS

THE STATE OF TEXAS

**CONTACT THE HOT CHECK DIVISION AT 854-9574**

TO ANY SHERIFF OF THE STATE OF TEXAS – GREETINGS:

YOU ARE HEREBY COMMANDED TO SUMMON–TO APPEAR IN PERSON      CAUSE# **C-1-CR-08-300572**

**LINDSAY CATHRYN COOK**
**1201-B WEST 6TH STREET**
**AUSTIN, TX. 78703**

Before the Honorable **COUNTY COURT AT LAW #7** of Travis County, Texas at the Criminal Justice Center of said County in the City of Austin, Texas at 8:30 A.M., on the day of **8-5-08** then and there to answer THE STATE OF TEXAS upon a charge by complaint and information pending in said Court, charge **HER** with the offense of:

### THEFT BY CHECK $20 TO $500

FAILURE TO APPEAR before this Court in answer to this SUMMONS will cause the Court to immediately issue a **WARRANT** for the **ARREST** of the said accused.

Witness my signature and official seal, this day **June 17, 2008.**

DANA DeBEAUVOIR, COUNTY CLERK
TRAVIS COUNTY, TEXAS

BY: _____, DEPUTY

**It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime.**

**Es una ofensa criminal que una personal trate de influir o caoccionar intencionalmente a un testigo para que testifique falsamente o para que eluda al proceso legal. Tambien es una felonia danar o amenazar con hacerle dano a un testigo, o a uno que se espera sera testigo, como vengenza o por razon del servicio de la persona como testigo, o previnir o restraar el servicio de la persona como testigo a un crimen.**

CONSTABLE'S RETURN OF SUMMONS

Came to hand the _____ day of _____, A.D. 20___ at _____o'clock ____.M., and executed on the _____ day of _____, A.D. 20___ at _____o'clock ___.M., by mailing to the above named Defendant at the above stated address a copy of the summons.

FEES.............................$5.00

BRUCE ELFANT, CONSTABLE PCT #5
TRAVIS COUNTY, TEXAS

BY: _____, DEPUTY

SUM

04946

TRAVIS COUNTY, TEXAS
COUNTY CLERK
DANA DEBEAUVOIR

2008 JUL 21  AM 8: 32

FILED FOR RECORD

Summons (6/17/2008)



**BRUCE ELFANT**
Travis County Constable, Precinct Five
Travis County Courthouse
1003 Guadalupe Street
Austin, Texas 78701

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004360385        $ 00.39⁴
                JUL 07 2008
MAILED FROM ZIP CODE 78701

Constable5.com

— No one here by that name    Return to Sender

RECEIVED

2008 JUL 10

CONSTABLE PRECINCT 5
TRAVIS COUNTY, TEXAS

NIXIE        787    8C  1        77  08/1...
            RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 78701                *0793-10917-13-20

# CAPIAS

COPY

THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are hereby commanded to **ARREST**

TRN:
TRS:

**LINDSAY CATHRYN COOK**
AKA: *LINSEY COKEE; CATHRYN COOK; LINDSAY COOK; LINDSAY C COOK; LINDSAY CATHRYN COOKS;*

and **HER** safely keep so that you have **HER** before the Honorable **COUNTY COURT AT LAW #7** of Travis County, Texas at the Court House of said County, in the City of Austin instanter then and there to answer the State of Texas upon a charge by complaint and information pending in said court, wherein said defendant is charge with the offense of

## THEFT BY CHECK $20 TO $500

Bond fixed in the sum of **$2000**

Date of Offense: **December 23, 2006**

NO BOND IN FILE-SUMMONS

---

THE STATE OF TEXAS
                  VS.
**LINDSAY CATHRYN COOK**
**1201-B WEST 6TH STREET**
**AUSTIN TX  78703**

CAUSE NO. **C-1-CR-08-300572**

D/L: **23852576**     SEX/RACE: **F/W**     DOB: **June 30, 1976**     SSN: **520744873**

WITNESS: DANA DeBEAUVOIR, COUNTY CLERK, TRAVIS COUNTY, TEXAS
ISSUED and given under my hand and seal of said Court, at office in the City of Austin, this the **September 11, 2008.**

DANA DeBEAUVOIR
County Clerk, Travis County, Texas

BY:_____, Deputy

### SHERIFF'S RETURN

Came to hand the _____ day of _____, A.D. 20____ at _____ o'clock ___ M., and executed on the _____ day of _____, A.D. 20___ at _____ o'clock ___M., by arresting the within named _____ at _____ in _____ County, Texas and a taking _____ bond, which is herewith returned, placing _____ in the County jail of Travis County, Texas.

I actually and necessarily traveled _____ miles in service of this Writ, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

FEES:   Making Arrest          $_____
        Mileage _____ Miles   $_____
        Taking Bond           $_____          _____Sheriff
        Commitment            $_____              Travis County, Texas
        Release               $_____   By: _____
                    Total     $_____              Deputy

CAP - 10231

CRIMINAL CAUSE NO. _08 - 300572_

| | | |
|---|---|---|
| STATE OF TEXAS,<br>Plaintiff | §<br>§<br>§ | IN THE _____<br>JUDICIAL DISTRICT COURT |
| VS. | §<br>§ | IN THE COUNTY COURT AT LAW<br>NO. ___7___ |
| _LINDSEY C. COOK_<br>Defendant | §<br>§ | TRAVIS COUNTY, TEXAS |

## MOTION TO SET ASIDE BOND FORFEITURE PRIOR TO CIVIL SUIT

COMES NOW the defendant in the above-styled and numbered cause, regarding the bond forfeiture entered in said cause on ___Sep. 11, 2008___, and moves the Court to set aside said bond forfeiture for the reason that: _attorney neglected to reset case after speaking with county attorney. The checks and fees have all been paid._

Amount of forfeited bond: $ _2000_____

Date of Bond: _____

Bond type: Personal _____ Cash _✓_ Surety _____

Number of previous forfeitures in this proceeding: _Ø_____

**No civil bond forfeiture suit has been filed as of:** _9/11/2008_

_12 / 18 / 08_
Date

Attorney for Defendant
SBN: _2405____30_

## ORDER OF THE COURT

On this date the Court heard the Defendant's motion to set aside the above-referenced bond forfeiture. After considering the evidence, the Court finds:

☑ The motion should be GRANTED.

☐ The motion should be DENIED.

It is therefore ORDERED that:

☑ The motion is GRANTED, the bond forfeiture is set aside, the defendant and his/her sureties (if any) shall remain bound under the same bond, and this cause is reset for _1/20/09_ at _8:30_ a.m.

☐ The motion is DENIED, the bond forfeiture shall remain, and a new bond is set at $ _____.

SIGNED this _____ day of _____, 200__

_____
JUDGE PRESIDING

NBIF

Revised 10/05

TO THE SHERIFF OF TRAVIS COUNTY

Cause # C-1-CR- 08-300572

Date of Birth_____

You are hereby authorized and directed to release/ recall

Cooks, Lindsay

charged with _____ Theft by Check _____

for the reason _____ BFSA _____

Reset 1-20-09

Dana DeBeauvoir, County Clerk
County Court at Law Travis County

Date: 12/19/08        By: _____ Deputy

THE STATE

TO ANY PE

You are he

LINDSA
AKA: LINS

and HER                                                                     Travis County, Texas
at the Cou                                                               as upon a charge by
complaint

THEFT B

Bond fixed in the sum of **$2000**

NO BOND IN FILE-SUMMONS

---

THE STATE OF TEXAS                          CAUSE NO. **C-1-CR-08-300572**
VS.
**LINDSAY CATHRYN COOK**
**1201-B WEST 6TH STREET**
**AUSTIN TX 78703**

**RECALLED**
DEC 19 2008
Central Warrants

**RECALLED**
DEC 19 2008
Central Warrants

D/L: **23852576**    SEX/RACE: **F/W**    DOB: **June 30, 1976**    SSN: **520744873**

WITNESS: DANA DeBEAUVOIR, COUNTY CLERK, TRAVIS COUNTY, TEXAS
ISSUED and given under my hand and seal of said Court, at office in the City of Austin, this the **September 11, 2008.**

DANA DeBEAUVOIR
County Clerk, Travis County, Texas

BY: _____ , Deputy

SHERIFF'S RETURN

Came to hand the _____ day of _____, A.D. 20___ at _____o'clock ___ M., and executed on the
_____ day of _____, A.D. 20___ at _____ o'clock ___M., by arresting the within named
_____ at _____ in _____ County, Texas and a
taking _____ bond, which is herewith returned, placing _____ in the County jail of Travis County, Texas.

I actually and necessarily traveled _____ miles in service of this Writ, in addition to any other mileage I may have traveled in
the service of other process in this cause during the same trip.

FEES:   Making Arrest         $_____
                                                        _____Sheriff
        Mileage _____ Miles  $_____          Travis County, Texas
        Taking Bond           $_____
        Commitment            $_____
        Release               $_____     By: _____ ,
                    Total     $_____              Deputy

CAP - 10231

COUNTY CLERK
TRAVIS COUNTY, TEXAS

2008 DEC 23 PM 11: 24

FILED FOR RECORD

Caplas (9/

# CAPIAS

THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are hereby commanded to **ARREST**

TRN:
TRS:

**LINDSAY CATHRYN COOK**
AKA: *LINSEY COKEE; CATHRYN COOK; LINDSAY COOK; LINDSAY C COOK; LINDSAY CATHRYN COOKS;*

and **HER** safely keep so that you have **HER** before the Honorable **COUNTY COURT AT LAW #7** of Travis County, Texas at the Court House of said County, in the City of Austin instanter then and there to answer the State of Texas upon a charge by complaint and information pending in said court, wherein said defendant is charge with the offense of

**23990001  THEFT BY CHECK $20 TO $500**         Date of Offense: **December 23, 2006**

Bond fixed in the sum of  **$8,000 - NO BOND IN FILE - SUMMONS**

THE STATE OF TEXAS                                CAUSE NO. **C-1-CR-08-300572**
     VS.
**LINDSAY CATHRYN COOK**
**1201-B WEST 6TH STREET**
**AUSTIN, TX 78703**

D/L: **23852576**     SEX/RACE: **F/W**     DOB: **June 30, 1976**     SSN: **520744873**

WITNESS: DANA DeBEAUVOIR, COUNTY CLERK, TRAVIS COUNTY, TEXAS
ISSUED and given under my hand and seal of said Court, at office in the City of Austin, this the **April 21, 2009.**

DANA DeBEAUVOIR
County Clerk, Travis County, Texas

BY: _____, Deputy

SHERIFF'S RETURN

Came to hand the _____ day of _____, A.D. 20___ at _____ o'clock ___ M., and executed on the _____ day of _____ A.D. 20___ at _____ o'clock ___ M., by arresting the within named _____ in _____ County, Texas and a taking _____ bond, which is herewith returned, placing _____ in the County jail of Travis County, Texas.

I actually and necessarily traveled _____ miles in service of this Writ, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

FEES:   Making Arrest          $_____

     Mileage _____ Miles   $_____
     Taking Bond            $_____               _____ Sheriff
     Commitment             $_____               Travis County, Texas
     Release                $_____
            Total           $_____       By: _____
                                                    Deputy

                                          CUSTODIAN OF RECORDS

CAP - 13932

REFERENCE # 0900 29993

CUSTODIAN OF RECORDS

2009 APR 23 PM 3: 42

DANA DeBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS
2009 MAY 12 AM 10: 32
FILED FOR RECORD

## ORDER OF COMMITMENT
## TO THE SHERIFF OF TRAVIS COUNTY, GREETINGS:

LINDSAY CATHRYN COOK  who having been brought before me 5/11/2009 at _U 25P_ M.
charged with the offense:

THEFT BY CHECK $20 TO $500   Class B Misdemeanor

is COMMITTED to the CUSTODY of the SHERIFF of Travis County, Texas, to be detained unless she
complies with the conditions of bond set on this date or any amendment or modification thereof.

1. Defendant is ordered to appear in:

   Court Administration Office, Room 2.700

   BLACKWELL-THURMAN CRIMINAL JUSTICE CENTER, 509 W. 11th Street

   Instanter

2. If defendant is in custody on the above date, the SHERIFF is hereby ordered to present said defendant in
the above Court on said appearance date and at all times said charge(s) or accusation(s) are called before said
Court.
3. Bail is hereby set as follows:   8,000.00 _____

4. The magistrate informed the person of the person's right to request appointment of counsel; asked the
person whether the person wants to request appointment of counsel; and the person
(requested) (did not request) appointment of counsel.
5. Defendant   is / is not ordered to install a vehicle ignition interlock within 30 days of release on
bond.  Report to Interlock office within 3 working-days of release. (For location call 512-854-9381)
6. Bond is acceptable if in compliance with Articles 17.03, 17.031, 17.04, and/or 17.08 of the Texas Code of
Criminal Procedure.
The undersigned hereby certifies that the defendant has been warned of her rights under Art. 15.17 of the Texas
Code of Criminal Procedure.

HEREIN FAIL NOT but of this ORDER make due return showing how you have executed same.

_____

Attorney

Retained____   Appointed____

Judge of the ( Municipal / JP /  _____ )
Court of ( City of Austin  /  Travis County  /

_____ ), Texas  (Acting as Magistrate)

Warrant: C1CR08300572   TRN: 9073287650   TRS: A001       Cause No.: C1CR08300572
The State of Texas  vs.
Name:    LINDSAY CATHRYN COOK
Address:  7017 CROSSWOOD
City:    AUSTIN          State:  TX   Zip:
DOB: 6/30/1976   Sex: F   Race: W   Ethnic:   MNI: 297692   Booking #: 0923301

**SHERIFF'S RETURN**       MAY 1 1 2009
CAME TO HAND THIS _____ day of _____, 20____, at _1C4 9_ o'clock __M.

and executed this _____ day of _MAY 1 1 2009_, 20____, at _1649_ o'clock __M.
by placing the accused in jail in Travis County, Texas.
   Greg Hamilton
_____
SHERIFF OF TRAVIS COUNTY, TEXAS          by Deputy

92330 /

FEL.    = F
MISD.    7 (M)

NAME Cook    Lindsay    Catheryn    Date 5-14-09

| | | |
|---|---|---|
| | Last    First    Middle | Cause No. C1-CR-08-300572 |
| Address 3504 S. First St., Austin, TX Zip 78745 | Charge Theft by Check $20-$500 |
| Phone 288-4113    No. Dep. | Bond $8000.00 |
| Who With Phil Miller | DOB 6/30/76  Pl. |
| How Long? 3+ years    County Travis | Race W  Sex F  Age 32 |
| Employer | Color Hair BR    Eyes GR |
| Address    Phone | Ht. 5'9"    Wt. |
| Position    How Long | Social Security No. 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 |
| | DL No.    St. |

## NEAREST RELATIVE AND PERMANENT CONTACTS

Name Phillip Miller (fiance)    Add. 3504 S. First, Austin, TX    Ph. 597-0270
Name Katheryn Goodnight (mom) Add. Wimberley, TX    Ph. 228-4113
Name    Add.    Ph.
Name    Add.    Ph.

Arrest Record

| | | |
|---|---|---|
| Probation | Parole | TDC |
| Attorney of Record Steve Toland | Add. 819 W 10ᵗʰ Austin, TX 18701 | Ph. 460-3090 |
| Interviewed by | Recommendation | Ph. |
| Bond Fee Set at $20.00 | by Judge | |
| CARD 2 OF 2 | MISD ÷ FEL. | |

*Pay personal bond fee in the amount of $20.00 to the Travis County Pretrial Services Office at the Travis County Criminal Justice Center.
(854-9381)

## PERSONAL BOND

THE STATE OF TEXAS
COUNTY OF TRAVIS    KNOWN ALL MEN BY THESE PRESENTS    CAUSE NO. 300572

THAT I, Lindsay Catheryn Cook    charged with the offense of a
(Misdemeanor) (Felony), to wit. Theft By Check $20-$500
am held and firmly bound unto the State of Texas in the penal sum stated below for the payment of which sum well and truly be made, and in addition all necessary and reasonable fees and expenses that may be incurred by peace officers in rearresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS THAT I swear that I will appear before the _____ CCJ at the Travis County Criminal Justice Center, 509 W. 11ᵗʰ Street, Austin, Travis County, Texas, on the 2nd day of June, 20 09, at 1:30 PM. or pay to the Court the principal sum of $ 8,000.00 plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

I further swear that I will appear before any court or magistrate before whom this cause may hereinafter be pending at any time and place as may be required.

Now if I shall well and truly make said appearance before the said Court, and there remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; Otherwise to remain in full force and effect.

Lindsay Cook
SIGNATURE OF DEFENDANT

SWORN TO AND SUBSCRIBED BEFORE ME, This _____ day of _____, 20 ___

County Cause                                                                                              CR-0052

                                                                    **BDPR**    05/14/2009

Defendant's Name: COOK, LINDSAY          **Date:**    05/11/2009        **Cause #**    C-1-CR-08-300572

DOB:          06/30/1976                                                **Special Needs:**    None

Booking No:      0923301                    **Indigence Form**

### To determine eligibility for Court Appointed Attorney, you must complete this form.

*I will retain my own attorney:* _____    **Date:**    05/11/2009
                                    *Signature of Defendant*

Do not continue filling out form if Defendant to retain own attorney

| Size of family unit (Members of immediate family that you support financially)    Total Number of Dependants (inc self): 1 | | |
|---|---|---|
| **Name:** | **Age:** | **Relationship:** |
| | | |

| Monthly Income | | Necessary Mo. Living Expenses | |
|---|---|---|---|
| Your Salary | $0.00 | Rent/Mortgage | $0.00 |
| Spouse's Salary | $0.00 | Utilities (gas, electric, etc.) | $0.00 |
| SSI/SSDI | $0.00 | Transportation: Make: Model: Year: | $0.00 |
| TANF | $0.00 | Clothes/Food | $0.00 |
| Social Security Check | | Child Care/Day Care | $0.00 |
| Child Support | $0.00 | Medical Expenses | $0.00 |
| Other Government Check | | Credit Cards | $0.00 |
| Other Income | $0.00 | Court-Ordered Monies | $0.00 |
| | | Child Support | $0.00 |
| **TOTAL INCOME*** | $0.00 | **TOTAL NECESSARY EXPENSES*** | $0.00 |

Comments: Defendant will retain own attorney  Attorney Name:

| TOTAL MONTHLY INCOME: | $0.00 |
|---|---|
| TOTAL MONTHLY EXPENSES: | $0.00 |
| DIFFERENCE (net income): | $0.00 |

**DEFENDANT MEETS ELIGIBILITY REQUIREMENTS**

_____YES        _____NO

_____ UNDETERMINED

*I have been advised of my right to representation by counsel in the trial of the charge pending against me. I certify that I am without means to employ counsel of my own choosing and I hereby request the court to appoint counsel for me. I swear that the above information is true and correct. The information I listed is accurate and I will immediately notify the court of any changes in my financial situation.*

***All information is subject to verification. Falsification of information is a criminal offense.***

_____                    _____
*Signature of Defendant*                                *Date*

FILED FOR RECORD
2009 MAY 28  AM 10: 14
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

No: **C-1-CR-08-300572**

| | |
|---|---|
| THE STATE OF TEXAS | IN THE |
| VS | OF |
| LINDSAY COOK | TRAVIS COUNTY, TEXAS |
| DOB: 06/30/1976 | |

## ORDER APPOINTING ATTORNEY

In the above numbered and entitled cause the Court finds the following:

1) The defendant has been determined to be indigent and in need of legal services pursuant to the Code of Criminal Procedure, Chapter 26.

2) The attorney hereby appointed is duly qualified to represent the defendant.

3) The attorney is appointed in compliance with the procedures adopted by the Criminal Courts of Travis County or is appointed in a manner which deviates from the general appointment procedures, but with good cause; to wit:

4) Defendant is incarcerated/on bond at the time of appointment.

**THEREFORE, IT IS ORDERED** that _____, an attorney found by the Court to be competent to represent the defendant in this cause, is hereby appointed to represent the defendant in this cause until the case is concluded, including appeals, if any, or until released by order of the Court.

_____
Judge Presiding

Date:
Appt ID:

Cause No. CVR08 300572

| THE STATE OF TEXAS | IN THE COUNTY COURT |
|---|---|
| VS. | AT LAW NO. 7 OF |
| Cook, Lindsay | TRAVIS COUNTY, TEXAS |

### MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through her Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action in which the defendant is charged with the offense of

Theft By Check

, for the reason:

- ☐ The evidence is insufficient;
- ☐ The defendant was convicted in another case;
- ☐ The complaining witness has requested dismissal;
- ☐ The case has been refiled;
- ☐ The defendant is unapprehended;
- ☐ The defendant is deceased;
- ☐ The defendant has been granted immunity in light of his testimony;
- ☒ Restitution made;
- ☐ Other;

and for cause would show the Court the following:

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

Respectfully submitted

_____ Attorney

6-30-09 Date Signed

### ORDER

The foregoing motion having been presented to me on this the 30TH day of JUNE,

A.D. 20 09, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED

that said above entitled and numbered cause be and the same is hereby dismissed.

_____
Judge of the County Court At Law
No. 7 of Travis County, Texas

**1624 124**

THE STATE OF TEXAS                              IN THE MAGISTRATE COURT

§                                              CITY OF AUSTIN

COUNTY OF TRAVIS                    §          IN TRAVIS COUNTY, TEXAS

# AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

The undersigned Affiant, who after being duly sworn by me, on oath, makes the following statement:
I have good reason to believe and do believe that:

## Lindsay Cathryn Cook  W/F  06/30/1976

**Filed In The District Court**

On or about the 13th day of November, 2016, in the incorporated limits of the City of Austin, **of Travis County, Texas**
County of Travis, Texas, did then and there commit the offense of:

NOV 16 2016

# Assault with Bodily Injury-FV-Felony 3 (enhanced)

At

**Velva L. Price, District Clerk**

On November 13, 2016 at approximately 10:56 a.m., your Affiant was on duty as an Austin Police Officer wearing the uniform of my position with shoulder patches and badge on my chest. I was also driving a clearly marked Austin Police Department patrol unit equipped with emergency lights and the word "Police" on the vehicle.

I responded to a Disturbance call, at [redacted] Upon arrival, I made contact with the complaining victim, identified as Daniel McGarrigle, a 57 year old, white male. I immediately noticed McGarrigle had an injury to his upper lip, left side. It was swollen and bleeding, with dried blood around the edges. There was dried blood on his T-shirt and also an injury to his lower left leg, a scrape that was raw and bleeding and also had dried blood around the edges.

I asked McGarrigle about the injuries and how he sustained them. He explained that the woman inside his house, later identified as

Cook, Lindsay Cathryn
w/f 06/30/1976,

is currently staying with him and has been for approximately 3 weeks. He has known Cook for approximately 22 years. Approximately 10 years ago, McGarrigle and Cook had a romantic relationship. Cook is in the process of leaving a physically abusive relationship with another man. She has been staying with McGarrigle for that reason. In the early morning hours of this date, 11/13/2106, at approximately 3:30 a.m., Cook was involved in a telephone conversation with her estranged boyfriend. McGarrigle stated he intervened and tried to talk with Cook and get her to stop conversing with the estranged boyfriend. An argument ensued. During that argument, McGarrigle says Cook struck him, in the mouth, with a closed fist, causing the injury to his upper lip. The argument continued and Cook threw something at McGarrigle, he is unsure what was thrown. The object struck his lower, left leg, causing the injury there. McGarrigle stated that the injuries did cause him pain. During my interview with McGarrigle, I noted his left knee, is very distorted and he had difficulty walking and standing.

When I spoke with Cook, I noted she had several injuries, which appeared to be over a week old. She corroborated that, stating they had been caused by her estranged boyfriend. She had one bruise below her left lip, which was bright blue, indicating to me, it was probably a day or 2 old. This one Cook says was caused by the altercation with McGarrigle. Initially, Cook said that McGarrigle was upset she was on the phone with her estranged boyfriend. She says they were both standing in the living room, face to face and McGarrigle kicked her in the chest but she didn't remember striking him. She would only say she defended herself. She says she then laid down on the couch and went to sleep. Her version of events had gaps and did not account for the totality of the situation. She later said, McGarrigle threw her out of the house and she was trying to get back in but she didn't hit him. Then she said she tried to leave the house and McGarrilge wouldn't let her. Cook was unsure of the time of the altercation, but stated it was during the night.

Lindsay Cathryn Cook was placed under arrest for Assault causes Bodily Injury-Family Violence. Cook has a prior conviction for Assault causes Bodily Injury-Family Violence, in Travis County Court at Law, Court 5. The date of conviction is 01/06/2003, Cause number C-1-CR-02-620016.

**Affiant**

I, VELVA L. PRICE, District [...] Texas, do hereby certify tha[...] correct copy as same appear[...] office. Witness my hand and seal [...]

On 10/07/2024 12:28:07

Sworn and subscribed to before me by the said Affiant on this 13th day of November, 2016.

**Peace Officer in the State of Texas**

NOV 14 2016

On this, the ___ day of ___, 2016, I hereby acknowledge that I have examined the foregoing affidavit and have determined that probable cause exists for the issuance of an arrest warrant for the individual accused therein.

VELVA PRICE

Magistrate, Magistrate Court, Austin, Travis County, Texas
By Deputy: _____

$ 10,000 + EPO
**Bond**

**Austin Police Incident #:16-3180701        Officer: D. Easley #5626        Call Sign: DR307**

___ VICTIM REQUESTED ●    OFFICER FEELS IT'S NECESSARY ___ FELONY (MANDATORY)

NUMBER: _____

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | § | IN THE_____COURT | |
| VS. | § | | |
| Lindsay Cathryn Cook, | § | IN TRAVIS COUNTY, TEXAS | |
| Defendant | | | |

# **MOTION FOR EMERGENCY PROTECTION ORDER**

COMES NOW, Officer David W. Easley #56626, peace officer, according to Art. 17.292, Texas Code of Criminal Procedure, and on behalf of the following persons:

Daniel McGarrigle, a white male, 03/30/1959.

and requests entry of an Emergency Protection Order.

**Filed In The District Court of Travis County, Texas**

**NOV 1 6 2016**

At_____ /³⁰ ᵘ M.

**Velva L. Price, District Clerk**

### I.

The defendant, Lindsay Cathryn Cook, DOB: 06/30/1976, Texas Driver's License No. ▮▮▮▮ described as a white female, 5'09" tall, with brown hair and green eyes, weighing 120 pounds, has been arrested for an offense involving family violence or an offense under Sec. 42.07(a)(7), of the Texas Penal Code (Stalking), to wit: **Assault with Bodily Injury (felony 3-enhanced)**

___X___: A copy of the arrest warrant and complaint are attached and incorporated herein for all purposes.

Furthermore, applicant alleges that the Defendant is a further danger to the victim(s) upon his release from jail for the reasons set out in the affidavit and as more specifically set out as follows (explanation if necessary):

_____
_____
_____
_____
_____
_____
_____

### II.

Applicant requests the Court enter an Emergency Protection Order with the following provisions prohibiting the defendant from:

    <u>  X  </u>  :    Committing family violence or an act in furtherance of an offense under Sec. 42.07(a)(7) of the Texas Penal Code (Stalking);

    <u>  X  </u>  :    Communicating:

1.    directly with the applicant or with a member of the family or household in a threatening or harassing manner; and/or

2.    a threat through any person to the applicant or a member of the family or household; and/or

3.    going to or near, within a minimum of 200 yards, the applicant or members of the applicant's household:

    (a)    residence, located at:
1201 Summit ST
Austin, TX 78741;
or any other subsequent residence to which the applicant moves to;

    (b)    place of employment, located at:

    (c)    business, located at

4.    going to or near, within a minimum of 200 yards, the applicant's child(ren):

    (a)    residence located at:

or any other subsequent residence to which the child(ren) move(s) to;

    (b)    child care facility, located at:

    (c)    school(s), located at:

## III.

    <u>      </u>  :    Applicant further requests that the addresses and specific locations of the person or persons protected by the Order remain CONFIDENTIAL and be omitted from the Order for the protected person(s)'s safety.

    Respectfully submitted,

THE STATE OF TEXAS                              §              IN THE MUNICIPAL COURT
V.                                              §
  Cook, Lindsay Cathryn                         §              CITY OF AUSTIN, TEXAS

## EMERGENCY PROTECTION ORDER

On this day the Defendant appeared before the Court after an arrest for an offense involving:

- ☑ family violence, and/or
- ☐ sexual assault under Section 22.011 or Section 22.021, Texas Penal Code, and/or
- ☐ stalking under Section 42.072, Texas Penal Code, and/or
- ☐ trafficking under Section 20A.02 or 20A.03, Texas Penal Code.

At a post-arrest hearing as provided by law, the Court considered entering an Order for Emergency Protection.

Based on the information presented, this Court enters this Emergency Protection Order on behalf of the following persons:

       McGarrigle, Daniel                03/30/1959      Whi Filed in The District Court
                                                    of Travis County, Texas

                                              **NOV 1 8 2016**

                             At_____7:3<span> </span>___M.
                             Velva L. Price, District Clerk

**IT IS THEREFORE ORDERED** that effective immediately and for the existence of this order, the Defendant, **Cook, Lindsay Cathryn**

D.O.B   **06/30/1976**

D.L. No.   █████████

Is physically described as follows:

Race: **White**     Sex: **Female**     Hair: **Brown**     Eyes: **Green**     Height: **5'9"** Weight: **120**

Is prohibited from:

  **X**   Committing family violence, an assault on the person protected in this order, or an act in furtherance of an offense under 20A.02 or 42.072, Texas Penal Code as these terms are defined in this order.

  **X**   Communicating directly with a member of the family or household or with the person or persons protected under the order, in a threatening or harassing manner, or communicating a threat through any person to a member of the family or household of the person or persons protected under the order.

  ☐   The Magistrate, having found good cause, prohibits Defendant from communicating in any manner with a person protected under this Order or a member of the family or household of a protected person under this Order, except through the party's attorney or a person appointed by the Court.

__X__  Going within _____200_____yards of;

      1.     The protected person's or member of the protected person's family residence:
           **1201 Summit St., Austin, Texas 78741**

      2.     The protected person's or member of the protected person's family's place of employment or business at:

      3.     The residence, child care facility, or school where a child or children protected under this order reside or attend:

**IT IS FURTHER ORDERED** that the Defendant is prohibited from possessing a firearm, unless the Defendant is a peace officer, as defined by Section 1.07, Penal Code, actively engaged in employment as a sworn, full-time paid employee of a state agency or political subdivision.

**IT IS FURTHER ORDERED** that any license to carry a handgun issued under Section 411.177, Texas Government Code, that is held by the Defendant is hereby SUSPENDED.

☐ Based on the facts presented, the Court further finds that for the safety of the person or persons protected under this order, the specific descriptions of the locations the defendant is ordered to not go near should remain CONFIDENTIAL.

**IT IS FURTHER ORDERED** that the Defendant shall be served a copy of this order in open court.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order:

__X__  To the Chief of Police in the municipality where the member of the family or household or individual protected by the Order resides or to the Sheriff of the county where the member of the family or household or individual protected by the Order resides, if any of these persons do not reside in a municipality;

_____  To the Principal or person in charge of the school or child care facility attended by a person protected by this Order and named herein; and

__X__  To the appropriate division of the Department of Public Safety at its Austin headquarters.

<div align="center"><strong>WARNING</strong></div>

**A VIOLATION OF THIS ORDER BY COMMISSION OF AN ACT PROHIBITED BY THE ORDER MAY BE PUNISHABLE BY A FINE OF AS MUCH AS $4,000 OR BY CONFINEMENT IN JAIL FOR AS LONG AS ONE YEAR OR BY BOTH. AN ACT THAT RESULTS IN FAMILY VIOLENCE OR A STALKING OR TRAFFICKING OFFENSE MAY BE PROSECUTED AS A SEPARATE MISDEMEANOR OR FELONY OFFENSE, AS APPLICABLE. IF THE ACT IS PROSECUTED AS A SEPARATE FELONY OFFENSE, IT IS PUNISHABLE BY CONFINEMENT IN PRISON FOR AT LEAST TWO YEARS. THE POSSESSION OF A FIREARM BY A PERSON, OTHER THAN A PEACE OFFICER, AS DEFINED BY SECTION 1.07, PENAL CODE, ACTIVELY ENGAGED IN EMPLOYMENT AS A SWORN, FULL-TIME PAID EMPLOYEE OF A STATE AGENCY OR POLITICAL SUBDIVISION, WHO IS SUBJECT TO THIS ORDER MAY BE PROSECUTED AS A SEPARATE OFFENSE PUNISHABLE BY CONFINEMENT OR IMPRISONMENT.**

The conditions imposed by this Order shall prevail over any existing order granting possession of or access to a child named herein for the duration of this Order.

**THIS ORDER SHALL REMAIN IN EFFECT UNTIL**
**MIDNIGHT,** _____January_____ 14 , 20 17 .
**SIGNED this** _____November_____ 14 , 20 16 .

_____
Judge
Municipal Court,
City of Austin, Texas

### DEFENDANT'S ACKNOWLEDGMENT

I, **Cook, Lindsay Cathryn** , Defendant in this case, was presented with a copy of the Magistrate's Order For Emergency Protection attached hereto at _0455_ a.m./p.m.
_____NOV 15 2016_____ 20_____ .

_____
Defendant

### STATEMENT OF SERVICE

I, the undersigned hereby state that I gave a copy of the Magistrate's Order For Emergency Protection to the Defendant named above at _0455_ a.m./p.m. _____NOV 15 2016_____ 20_____ .

5

427

# ORDER OF COMMITMENT
## TO THE SHERIFF OF TRAVIS COUNTY. GREETINGS:

LINDSAY CATHRYN COOK  who having been brought before me ~~11/14/2016~~ 11/15/2016 at _4:45 A_'M. charged with the offense:

3rd Felony ASSLT FAMILY/HOUSE M

is COMMITTED to the CUSTODY of the SHERIFF of Travis County, Texas, to be detained unless she complies with the conditions of bond set on this date or any amendment or modification thereof.

1. Defendant is ordered to appear in:

Court Administration Office, Room 2.700

BLACKWELL-THURMAN CRIMINAL JUSTICE CENTER, 509 W. 11th Street
Instanter

Filed In The District Court
of Travis County, Texas

NOV 16 2016

At_____730_____M.
Velva L. Price, District Clerk

2. If defendant is in custody on the above date, the SHERIFF is hereby ordered to present said defendant in the above Court on said appearance date and at all times said charge(s) or accusation(s) are called before said Court.

3. Bail is hereby set as follows: $10,000 EPO

4. The magistrate informed the person of the person's right to request appointment of counsel; asked the person whether the person wants to request appointment of counsel; and the person (requested) (did not request) appointment of counsel.

5. Defendant_____is/__✓__is not ordered to install a vehicle ignition interlock within 21 days of release on bond. Defendant is not to operate any motor vehicle unless the vehicle is equipped with that device.  Report to the Interlock office within 3 working days of release (for location call 512-854-9381).

6. Bond is acceptable if in compliance with Articles 17.03, 17.031, 17.04, and/or 17.08 of the Texas Code of Criminal Procedure.

The undersigned hereby certifies that the defendant has been warned of her rights under Art. 15.17 of the Texas Code of Criminal Procedure.

HEREIN FAIL NOT but of this ORDER make due return showing how you have executed same.

_____
Attorney
      Retained_____ Appointed_____

Judge of the ( Municipal /  JP (_____)
Court of ( City of Austin  /  Travis County /

_____ ), Texas (Acting as Magistrate)

Warrant: _____    TRN: 9237130856    TRS: A001    Cause No.:    **D1DC16207135**

The State of Texas vs.
Name:  LINDSAY CATHRYN COOK  24779
Address: 1201 SUMMIT
City:  AUSTIN    TX  78741
DOB:  6/30/1976   Sex: F    Race: W    Ethnic: N    MNI: 0297692    Booking #: 1641273

**SHERIFF'S RETURN**
CAME TO HAND THIS _____ day of NOV 15 2016 , 20____, at 0454 o'clock A . M.
                                      NOV 15 2016

and executed this  _____ day of _____, 20____, at 0454 o'clock A . M.,
by placing the accused in jail in Travis County, Texas.

Greg Hamilton
_____
SHERIFF OF TRAVIS COUNTY, TEXAS

_____
by Deputy

No: **D-1-DC-16-207135**

| | |
|---|---|
| THE STATE OF TEXAS | IN THE |
| VS | OF |
| **COOK, LINDSAY CATHRYN** | TRAVIS COUNTY, TEXAS |

DOB: 6/30/1976

## FINDING OF INDIGENCY

In the above styled and numbered cause the Court finds the Defendant is indigent and in need of legal services pursuant to the Code of Criminal Procedure, Article 26, to wit:

1) The Defendant is presumed indigent, as defined in the Travis County Fair Defense Act Program Standards and Procedures; or

2) The Defendant is otherwise unable to retain private counsel without substantial hardship to the Defendant or the Defendant's dependents.

It is therefore ORDERED that the Program Administrator, the Capital Area Private Defender Service, shall assign a qualified attorney to represent this defendant as authorized in Article 26.047 of the Texas Code of Criminal Procedure.

Date:  11/15/2016                              Judge Presiding

Appt ID: 1056039

## ASSIGNMENT OF COUNSEL

The Court having found this Defendant indigent, the Capital Area Private Defender Service, assigns **Raphael Hernandez** to represent the defendant in this cause.  Assignment of said attorney complies with the Travis County Fair Defense Act Program Standards and Procedures and all written policies of the Capital Area Private Defender Service.

Master#_____ PT16030881 _____ MNI# 297692 _____ Booking# 1641273 _____ (F) M

| | | | | |
|---|---|---|---|---|
| Name | COOK | LINDSAY | CATHRYN | Date **November 13, 2016** |

Last ___ First ___ Middle

Addres 1701 B Mathews City/State/Zip AUSTIN, TX 78741

Cause DC16204435
Chge ST ASSLT FV enhance

How Long Will Live Travis - 10+ years   Bond NO. $1000

| Phone ? | | Type | Phone 2 | | Type | DOB **6/30/76** POB WY CZ US Cheyanne |
|---|---|---|---|---|---|---|

Email Lindsay c goodnight @ gmail. com    Race **W** Sex **F** Age **40**

Mailing Address SAME ___ City/State/Zip    Hair **RED** Eyes **GRN**

Nearest Relative Mattie Dixon Relationship friend Phone 512773.9721    Height **509** Weight **116**

Address ___ City/State/Zip    DL No. / St.

Employer **UNEMPLOYED** Position **TEMP LABOR** How Long 10y    Record No _____

Address — City/State/Zip    Bkg Date **11/13/16**

Phone — Cellular    Other Charges

Interviewed by MVO Recommendation NO mvo

Attorney of Record AA / Richard Jones Phone 512-495-1813

## TRAVIS COUNTY PRETRIAL SERVICES
P.O.BOX 1748
AUSTIN, TX 78767
(512)854-9381

**POSTED**
V00236

THE STATE OF TEXAS
COUNTY OF TRAVIS

**PERSONAL BOND** CAUSE NO. D1DC16204435

KNOWN ALL MEN BY THESE PRESENTS.

THAT I, **LINDSAY CATHRYN COOK** _____ charged with the offense of a (Misdemeanor)(Felony), to wit,

Assault with Injury Family Violence enhanced

am held and firmly bound unto the State of Texas in the penal sum stated below for the payment of which sum well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by peace officers in rearresting me in the event the conditions of this bond are violated, I do bind myself, executors and administrators, jointly and severally by these presents.

The condition of the above obligation is that I swear that I will appear before the County Court # 9 at the

Blackwell - Thurman Criminal Justice Center, 509 W. 11th Street, Austin, Travis County, Texas, on the 18 day of November

20 16, at 8:30 A M, or pay the Court the principal sum of $ 10,000 plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

I further swear that I will appear before any court or magistrate court before whom this cause may hereinafter be pending at any time and place as may be required.

Now if I shall well and truly make said appearance before the said Court, and there remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charges, this obligation shall become void; Otherwise to remain in full force and effect.

I further understand that all or part of the information collected in the Pretrial Services Report is available to persons associated with law enforcement, criminal justice, and other agencies including, but not limited to, the Judge or Magistrate hearing the case, the District Attorney's Office, and the defense attorney of record in this case.

Personal Bond Fee $20 if Bond Amount is < $1334.00
Personal Bond Fee $40 if Bond Amount is ≥ $1334.00
Personal Bond with Ignition Interlock Fee Equals (3% of bond amount) $_____

X _____
Signature of Defendant

☒ See attached Conditions Order form

**Filed in The District Court of Travis County, Texas**

**NOV 16 2016**
At 11:30 A M.

THIS PERSONAL BOND IS APPROVED, effective only after completing Travis L. Prince District Clerk booking process, and the defendant at such time is ordered released on the conditions of this bond.

SWORN TO AND SUBSCRIBED BEFORE ME,

this _____ day of _____, 20____.

_____
NOTARY PUBLIC IN AND FOR
TRAVIS COUNTY TEXAS

APPROVED this 15 day of November, 20 16

I certify that I am the attorney of record representing this defendant in this matter.

_____ 00284356
Signature / Print ___ SBN

_____
Magistrate/Judge

Richard Jones

| District Cause | | BDPR 11/15/2016    CR_0052 |
|---|---|---|
| **Defendant Name:** | COOK,LINDSAY CATHRYN | **Date:** 11/13/2016    **Cause #:** D1DC16207135 |
| **DOB:** 06/30/1976 | **Address:** 1201 SUMMIT ST  AUSTIN TX  78741 | **Special Needs:** |
| **Booking No:** | 1641273 | |

## Indigence Form

**To determine eligibility for Court Appointed Attorney, you must complete this form**

*I will retain my own attorney:*                                    *Date:*

_____          _____

*Signature of Defendant*

*Do not continue filling out form if Defendant to retain own attorney*

---

**Size of family unit:** (Members of immediate family that you support financially)    Total Number of Dependents (incl self):  1

| Name: | Age: | Relationship: |
|---|---|---|
| | | |

| Monthly Income | | Necessary Mo. Living Expenses | |
|---|---|---|---|
| Employer: | | Mortgage: | $0 |
| Position/How Long: | | Rent: | $0 |
| Your Salary: | $0 | Utilities (gas, electric, etc.) | $0 |
| Spouse's Salary: | $0 | Transportation: | $0 |
| SSI/SSDI: | $0 | Clothes/Food: | $0 |
| TANF: | $0 | Day Care/Child Care: | $0 |
| Social Security Check: | | Medical Expenses: | $0 |
| Child Support: | $0 | Court-Ordered Monies: | $0 |
| Other Government Check: | | Child Support: | $0 |
| Other Monthly Income: | $0 | | |
| **TOTAL INCOME*** | $0 | **TOTAL NECESSARY EXPENSES*** | $0 |
| Savings/401K Balance: | | | |

**Comments:** ; Receives food stamps  /  Recibe estampas de comida

| | | |
|---|---|---|
| TOTAL MONTHLY INCOME: | $0 | |
| TOTAL MONTHLY EXPENSES: | $0 | |
| DIFFERENCE (net income): | $0 | |

**DEFENDANT MEETS ELIGIBILITY REQUIREMENTS**

____X____YES            _____NO

_____UNDETERMINED

*I have been advised of my right to representation by counsel in connection with the charge pending against me.  I certify that I am without means to employ counsel of my own choosing and I hereby request the court to appoint counsel for me.  I swear that the above information is true and correct.  The information listed is accurate and I will immediately notify the court of any changes in my financial situation.*

***All information is subject to verification.  Falsification of information is a criminal offense.**

_____      11/13/2016      (Signature on paper form)

*Signature of Defendant*                          *Date*

_____

Filed on 11/16/2016 3:03:07 AM Travis County District Clerk, Velva Price

# In the Criminal District Courts
# Of Travis County Texas

**Invoice #: 1119346**

State vs.    **COOK, LINDSAY CATHRYN**

**427th District Court**

Cause No(s).    **D1DC16207135 /**

Offense(s)    ASSAULT FAMILY/HOUSEHOLD MEMBER W/PREV CONV /

## Request for Payment for Services Rendered as Assigned Counsel

In the numbered and entitled cause(s) contained in this voucher, I represent to the court the following are true and correct:

1) The defendant has been determined to be indigent and in need of legal services pursuant to the Code of Criminal Procedure Chapter 26.
2) I am duly qualified and assigned by the Program Administrator to represent the defendant in this cause according to the Travis County Fair Defense Plan.
3) All services claimed in this voucher were rendered to the defendant in the disposition of this cause, and were reasonable and necessary.

| Fee Type | Quantity | Unit Cost | Extended Total |
|---|---|---|---|
| Attorney Released | 1.0 | $100.00 | $100.00 |

Vouchers shall be submitted at the time the case is disposed of, except for trials. In the case of trials, vouchers should be submitted within 30 days of the conclusion of the case. Failure to comply may result in suspension from the court appointment list.

**I RESPECTFULLY REQUEST PAYMENT IN THE TOTAL AMOUNT OF:**    **$100.00**    **FOR SERVICES**

**PROVIDED FROM 11/15/2016 TO 12/02/2016.**

**Pay To:  RAPHAEL  HERNANDEZ**    **Vendor #:  1000003748**

Payment will be sent to the Attorney's Address currently on file with the Travis County Auditor's Department. Updates to the remittance address are only accepted by the Travis County Auditor's Department. Should you need to change your address or other payment-related information, please contact the Auditor's Office at (512) 854-0125.

By submitting this voucher, I swear or affirm this voucher accurately represents services performed, and I have not received any money or anything of value except as approved by CAPDS. I am requesting compensation pursuant to the guidelines of the Travis County Fair Defense Plan and subject to the Policies of CAPDS.

Attorney submitting voucher, indicating
verification of claim accuracy:    RAPHAEL  HERNANDEZ    Date Submitted:    12/02/2016

## Payment Authorization

Having reviewed the foregoing request, and considering the facts of this case and the local guidelines for payment of counsel, CAPDS finds that   **$100.00**   is proper, and authorize the payment be made in that amount.

## Authorized by the Capital Area Private Defender Service

DateTime: **12/09/2016 03:17 PM**

Filed in The District Court
of Travis County, Texas

DEC 1 4 2016

At_____9:41A____M. RF
Amalia Rodriguez-Mendoza, Clerk

D.A. #D1DC16207135 MNI # 297692 TRN: 9237130856  DPS: 13990075 Court: 427th

No. *01DC16207135*    The State of Texas v. LINDSAY CATHRYN COOK

## INDICTMENT

## ASSAULT FAMILY/HOUSEHOLD MEMBER W/PREV CONV - PC 22.01(b)(2)(A) - F3

Bond $

Filed on
1/26/2017 5:00 PM
Travis County District Clerk
Velva L. Price

In The 390TH Judicial District Court of Travis County, Texas

js

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

**THE GRAND JURY**, for the County of Travis, State of Texas, duly selected, empanelled, sworn, charged, and organized as such at the JANUARY Term, 2017, of the 390TH Judicial District Court for said County, upon its oath presents in and to said Court at said term, that LINDSAY CATHRYN COOK, on or about the 13th day of November, 2016, and before the presentment of this Indictment, in the County of Travis, and State of Texas, did then and there intentionally, knowingly or recklessly cause bodily injury to Daniel McGarrigle, a member of Defendant's family and household and with whom the Defendant had a dating relationship, by striking Daniel McGarrigle with her hand and by striking Daniel McGarrigle with an unknown object,

The Grand Jury further presents that the Defendant had previously been convicted of an offense under Chapter 22, Penal Code, against a member of the Defendant's family and household and with whom the Defendant had a dating relationship: Assault Bodily Injury on or about the 6th day of January, 2003, in the County Court at Law No. 5 of Travis County, Texas, in Cause Number 620016,

# CAPIAS

**DISTRICT COURT CAUSE NO. D-1-DC-16-207135**

**BOND SET AT: $ NONE**

JP NO.
DA NO.
MU NO.
MNI NO. 297692
TRN: 9237130856

## THE STATE OF TEXAS

**TO ANY SHERIFF OR PEACE OFFICER OF THE STATE OF TEXAS; GREETINGS:**
YOU ARE HEREBY COMMANDED TO ARREST:

**LINDSAY CATHRYN COOK**
**ALIASES:**     LINSEY COKEE;
                 LINDSAY COOKS;
                 CATHRYN COOK;
                 LINDSAY COOK;
                 LINDSAY COOK;

**RACE: W**                     **DOB:  June 30, 1976**

**SEX: F**                      **ETHNICITY:**

**SSN#:** ████4873     **SID#:** ████████     **DL#:**

**ADDRESS:    1201 SUMMIT ST**
             **AUSTIN, TX 78741**

and him/her safely keep, so that you have him/her before the **427TH JUDICIAL DISTRICT COURT** of Travis County, Texas, at the courthouse of said county, in the City of Austin, forthwith, then and there to answer The State of Texas upon an indictment pending in said court charging him/her with the offense of **13990075/// ASSAULT FAMILY/HOUSEHOLD MEMBER W/PREV CONV   / ENHANCED**
HEREIN FAIL NOT, but due return make hereof to this court as the law directs.

WITNESS MY SIGNATURE AND OFFICIAL SEAL on this the **May 4, 2017**

VELVA L. PRICE
District Clerk, Travis County, Texas

By_____

____NO RETURN ON WARRANT                    ____DEFENDANT FUGITIVE IN DISTRICT COURT CAUSE
____NO BOND IN FILE                         ____DEFENDANT IN JAIL
____DEFENDANT NOT IN JAIL                   ____CAPIAS ORDERED BY THE COURT
____BOND ORDERED REVOKED                    ____DEFENDANT REMANDED TO CUSTODY
____BOND INCREASED BY COURT
__X_BOND FORFEITED IN DISTRICT COURT CAUSE
____SURETY MOTIONED OFF BOND

**BONDSMAN:**
DATE OF BOND: 11/15/2016
**COMMENTS:**

## OFFICER'S RETURN

Came to hand on the _____ day of _____ , _____ ,A.D., and executed on the
_____ day  of _____ ,  _____ A.D., by arresting the within
named     **LINDSAY     CATHRYN     COOK,**     at _____ in
_____ County, Texas, by:
        (1)  Placing him/her in the County Jail of _____ County, Texas.
        (2)  Taking his/her bond, which is returned herewith.
        (3)  _____ .

Returned this the _____ day of _____ , _____ A.D.

FEES:          $_____             SALLY HERNANDEZ, Sheriff
MILEAGE:  $_____                  Travis County, Texas
TOTAL:        $_____
                                    By: _____ , **Deputy**

C05 - 000011455

1

**To the Sheriff of Travis County:**    D-1-DC- 16- 207135

You are hereby authorized and directed to release/recall/set bond/other for

Name: _Lindsay Cook_

DOB: _6/30/76_    _Assault FV_

charged with : _____

Judicial Action:

☐ Bond Forfeiture Set Aside/Bond Reinstated
☐ Released to Appear
☐ Change Condition(s): _____

☐ Bond Set (amount): $ _____
☑ Other: _Dism_

_____
Associate Judge/District Judge
427TH District

Date: _3/2/18_

Attorney Name: _____    Travis County, Texas

**Filed in The District Court**
**of Travis County, Texas**
on_____ _3/2/18_
at_____ _9:51_ A.M.
**Velva L. Price, District Clerk**

# CAPIAS

**DISTRICT COURT CAUSE NO. D-1-DC-16-207135**

JP NO.
DA NO.
MU NO.
MNI NO. **297692**
TRN: **9237130856**

BOND SET AT: $ NONE



## THE STATE OF TEXAS
## TO ANY SHERIFF OR PEACE OFFICER OF THE STATE OF TEXAS; GREETINGS:
YOU ARE HEREBY COMMANDED TO ARREST:

**LINDSAY CATHRYN COOK**

ALIASES:    LINSEY COKEE;
            LINDSAY COOKS;
            CATHRYN COOK;
            LINDSAY COOK;
            LINDSAY COOK;

**RACE: W**                                   DOB: June

**SEX: F**                                    ETHNICIT

**SSN#:** █████873        **SID#:** ████       **DL#:**

**ADDRESS:    1201 SUMMIT ST
            AUSTIN, TX 78741**

**COOK, LINDSAY CATHRYN** , so that you have him/her before the **427TH JUDICIAL DISTRICT COURT** of Travis County, Texas, at the courthouse of said county, in the City of Austin, forthwith, then and there to answer The State of Texas upon an indictment pending in said court charging him/her with the offense of **13990075/// ASSAULT FAMILY/HOUSEHOLD MEMBER W/PREV CONV  / ENHANCED** HEREIN FAIL NOT, but due return make hereof to this court as the law directs.

WITNESS MY SIGNATURE AND OFFICIAL SEAL on this the **May 4, 2017**

**VELVA L. PRICE**
District Clerk, Travis County, Texas

By

**REFERENCE # 17-00/5-007**

____ NO RETURN ON WARRANT              ____ DEFENDANT FUGITIVE IN DISTRICT COURT CAUSE
____ NO BOND IN FILE                   ____ DEFENDANT IN JAIL
____ DEFENDANT NOT IN JAIL             ____ CAPIAS ORDERED BY THE COURT
____ BOND ORDERED REVOKED             ____ DEFENDANT REMANDED TO CUSTODY
____ BOND INCREASED BY COURT
__X__ **BOND FORFEITED IN DISTRICT COURT CAUSE**
____ SURETY MOTIONED OFF BOND

**BONDSMAN:**
DATE OF BOND: 11/15/2016
**COMMENTS:**

## OFFICER'S RETURN

Came to hand on the _____ day of _____ , _____ , A.D., and executed on the _____ day of _____ , _____ , A.D., by arresting the within named **LINDSAY    CATHRYN    COOK,** at _____ in _____ County, Texas, by:
    (1)  Placing him/her in the County Jail of _____ County, Texas.
    (2)  Taking his/her bond, which is returned herewith.
    (3)  _____ .

Returned this the _____ day of _____ , _____ A.D.

FEES:       $_____              SALLY HERNANDEZ, Sheriff
MILEAGE: $_____                 Travis County, Texas
TOTAL:      $_____

By: _____ , **Deputy**

Filed on
3/5/2018 9:26 AM
Travis County District Clerk
Velva L. Price
RF

- 000011455

1

Cause No. _D-1-DC-16-207135_

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 427th JUDICIAL DISTRICT |
| VS. | COURT |
| _Lindsay Cook_ | TRAVIS COUNTY, TEXAS |

### MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through her District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action in which the defendant is charged with the offense of _Assault Family / w/ Prev. Convictions_ for the reason:

- [ ] The evidence is insufficient;
- [ ] The defendant was convicted in another case;
- [ ] The complaining witness has requested dismissal;
- [ ] The case has been refiled;
- [ ] The defendant is unapprehended;
- [ ] The defendant is deceased;
- [ ] The defendant has been granted immunity in light of his testimony;
- [X] Other;

and for cause would show the Court the following: _△ is victim in another case – Interest of Justice_

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

Respectfully submitted

_[signature]_

Assistant District Attorney

Filed In The District Court
of Travis County, Texas

MAR - 2 2018

At _9:57_ _A._ M.
Velva L. Price, District Clerk

### ORDER

The foregoing motion having been presented to me on this the _2_ day of _March_, A.D. 20_18_ and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

I, VELVA L. PRICE, District Clerk Travis County,
~~correct copy as same appears of record in my~~
office. Witness my hand and seal of office

On 10/07/2024 12:12:13

_[seal]_ VELVA L. PRICE
DISTRICT CLERK
By Deputy: _[signature]_

_[signature]_

Judge of the 427th Judicial District Court
of Travis County, Texas

Original-White; Defendant's Copy-Yellow; State's Copy-Pink



DC   BK10123 PG786

Filed in The District Court
of Travis County, Texas

APR 2 2 2010

At____1:15____ P. M.
Amalia Rodriguez-Mendoza, Clerk

CASE NO. 2023966          COUNT 1
INCIDENT NO./TRN: 9071062058

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 390TH DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| LINDSEY COOK | § | TRAVIS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX05369895 | § | |

# JUDGMENT ADJUDICATING GUILT

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. JULIE H. KOCUREK | Date Judgment Entered: | 4/21/2010 |
| Attorney for State: | CRAIG MOORE | Attorney for Defendant: | JASON MCMINN |

| | |
|---|---|
| Date of Original Community Supervision Order: **11/2/2005** | Statute for Offense: **481.115.1 Health and Safety Code** |

Offense for which Defendant Convicted:
**POSSESSION OF A CONTROLLED SUBSTANCE, NAMELY: COCAINE LESS THAN ONE GRAM**

Date of Offense:
**10/6/2002**

| Degree: | Plea to Motion to Adjudicate: | Findings on Deadly Weapon: |
|---|---|---|
| **STATE JAIL FELONY** | **TRUE** | **N/A** |

Terms of Plea Bargain:
**THREE (3) YEARS DEFERRED ADJUDICATION**

| Date Sentence Imposed: **4/21/2010** | Date Sentence to Commence: **4/21/2010** |
|---|---|

| Punishment and Place of Confinement: | **TWELVE (12) MONTHS STATE JAIL DIVISION, TDCJ** |
|---|---|

### THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ | $ 120.00 | $ | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From 10/6/2002 to 10/8/2002    From 7/14/2005 to 11/14/2005    From 5/11/2009 to 5/14/2009 |
| | From 4/12/2010 to 4/21/2010    From    to    From    to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |

**N/A DAYS  NOTES: N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

The Court previously deferred adjudication of guilt in this case. Subsequently, the Court heard the matter of Defendant's compliance with and obedience to the terms and conditions of the Court's Order of Deferred Adjudication of Guilt. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

After hearing and considering the evidence presented by both sides, the Court **FINDS THE FO**~~...~~ found the Defendant to be qualified for community supervision; (2) The Court **DEFERRED** further proc~~...~~ and rendered no judgment; (3) The Court issued an order placing Defendant on community supervisio~~...~~ **YEARS**;
(4) The Court assessed a fine of $    ; (5) While on community supervision, Defendant violated the t~~...~~ supervision as set out in the State's **ORIGINAL** Motion to Adjudicate Guilt as follows:

I, VELMA L. PRICE, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office

10/8/2024 at 11:50 AM

VELVA L. PRICE
DISTRICT CLERK
By Deputy

## DC   BK10123 PG787

\* FAILED TO AVOID ALL ALCOHOLIC BEVERAGES ON DECEMBER 8, 2009.

\* FAILED TO REPORT TO SUPERVISION OFFICER ON AUGUST 14, 2009, AUGUST 21, 2009, AUGUST 27, 2009 AND DECEMBER 4, 2009.

\* FAILED TO ALLOW SUPERVISION OFFICER TO VISIT AT HOME OR ELSEWHERE.

\* FAILED TO NOT CHANGE PLACE OF RESIDENCE WITHOUT PERMISSION OF SUPERVISION OFFICER.

\* FAILED TO PAY SUPERVISION FEE: DELINQUENT $645.00.

\* FAILED TO PAY COURT COSTS: DELINQUENT $50.00.

\* COMMITTED THE SUBSEQUENT CRIMINAL OFFENSE IN THAT ON OR ABOUT THE 8TH DAY OF DECEMBER, 2009, IN THE COUNTY OF TRAVIS, STATE OF TEXAS, LINDSEY COOK, DID THEN AND THERE APPEAR IN A PUBLIC PLACE, TO-WIT: THE SAXON PUB, WHILE INTOXICATED TO THE DEGREE THAT LINDSEY COOK, MIGHT ENDANGER HERSELF AND OTHERS.

Accordingly, the Court GRANTS the State's Motion to Adjudicate the Defendant's Guilt in the above cause. FINDING the Defendant committed the offense on the date as noted above, the Court ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, State Jail Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the TRAVIS COUNTY DISTRICT CLERK'S OFFICE, 509 WEST 11TH ST. SUITE 1.400. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of **Travis** County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Travis** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the TRAVIS COUNTY SHERIFF'S BONDING OFFICE, 509 WEST 11TH ST, SUITE 1.600. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Travis** County **District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Signed and entered on April 22, 2010

X _Julie H. Kocurek_

**390TH DISTRICT COURT**
JUDGE PRESIDING

I, VELVA L. PRICE, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office

On 10/8/2024 at 11:50 AM

VELVA L. PRICE
DISTRICT CLERK
By Deputy

Clerk: GOO

2023966.doc

CASE NUMBER: _____

THE STATE OF TEXAS

**2-02-3966**

COUNTY OF TRAVIS

IN THE MUNICIPAL COURT
CITY OF AUSTIN
IN TRAVIS COUNTY, TEXAS

# AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

The undersigned Affiant, who after being duly sworn by me, on oath, makes the following statement:
I have good reason to believe and do believe that

## Cook, Lindsey Kathrine  WF  06/30/76

On or about the 06 day of October, 2002,
in the incorporated limits of the City of Austin, County of    XX   TRAVIS _____ WILLIAMSON
and State of Texas, did then and there commit the offense of

## Possession of Controlled Substance, State Jail Felony

My belief of the foregoing statement is based upon the following facts:
On October 06, 2002 I, Dave Walker 4571 along with Officer A. Adams 4582 were dispatched to a
"person down" call at [redacted] Upon arrival at the above location I found a hispanic male, later
identified as Jimmy Hernandez lying on the ground semi-conscious. While waiting on EMS to arrive, the
manager at 213 W. 4th street advised me that the Hernandez was with a white female and the white
female, may have possibly put something into Hernandez' drink. The manager advised that Hernandez
was fine approximately 15 mintues ago. Officer Adams was then told by William Schwell, a paramedic
that we needed to talk with the girlfriend. Officer Adams and I went inside the bar. The manager pointed
out the girl Hernandez was with. Officer Adams approached the girl and asked her to step outside, so that
we could talk. The girl was later identified as Lindsey Cook. Cook complied and began walking toward
the front door with us. Cook got approximately 15 feet away from where she was sitting at the bar and
asked Officer Adams if she could get her purse. Officer Adams told her yes. Cook returned to the bar and
retrieved a gray and black purse from under the bar, where she was sitting. We stopped in the entrance
way to the bar, approximately 20 feet from the door. Officer Adams began talking to Cook. Officer
Adams then went outside the bar. I then had Cook step outside of the bar. Officer Adams then came over
to us. Officer Adams had been given 28 bags of a white powder substance found on Hernandez by a
paramedic. Officer Adams asked Cook if he could search her purse. Cook stated "yeah", and went to
hand Officer Adams her purse. Officer Adams began to step away and asked me to look in the purse. I
asked Cook if I could see her purse. Cook handed me her purse. Inside Cooks purse I found a small
plastic bag containing a white powder substance, which I believed from my 13 years of experience and
training to be cocaine. Cook was then arrested.

Affiant has tested the <u>white powder substance</u> which was seized as evidence. The substance tested
positive for cocaine. The substance has a net weight of .1 grams.

_____    4571
**Affiant**

Detective Jack Hinkle # 391
Austin Police Department

CITY OF AUSTIN

Sworn and subscribed to before me by the said Affiant on this
7th day of October, 2002

_____ #391
**Peace Officer in and for the State of Texas.**

On this, the 7 day of Oct , 20 02 . I hereby acknowledge that I have examined the
foregoing affidavit and have determined that probable cause exists for the issuance of an arrest warrant for the
individual accused therein.

_____

Magistrate, Municipal Court, Austin, Travis County, Texas        Bond

**Austin Police Incident Number: 02-2791790**

**Officer: D. Walker 4571**

I, VELVA L. PRICE, District Clerk, Travis County,
Texas, do hereby certify that this is a true and
correct copy as same appears of record in my
office. Witness my hand and seal of office

10/8/2024 at 11:50 AM

VELVA L. PRICE
DISTRICT CLERK
By Deputy: _____

D-1-DC-05-301067    390TH JUDICIAL DISTRICT COURT    ~~THE~~ OF TEXAS
COOK,LINDSAY CATHRYN                                 **F3**                                  Vs.
CNT-1        PART. ID: 24779        MNI: 297692
13990037  **ASSAULT CAUSES BODILY INJ FAMILY VIOLEN**
**INDICTMENT DATE: 6/15/2005    OFF. DATE: 4/12/2005**
INDICTMENT  299TH GRAND JURY

Docket Sheet 1 of _____

IN THE DISTRICT COURT OF
TRAVIS COUNTY, TEXAS
_____ JUDICIAL DISTRICT

States Attorney:_____

Defense Attorney:_____

~~Date of Birth~~
Bond Amount  $  7,000  /X/

## CASE STATUS

Indicted Offense: AGG Asslt w/INJULY FAM VoL.  Degree  3ᴿᴰ  Offense Date 4/12/05

Adjudicated Offense: _____  Degree_____

States Recommendation:_____

## DISPOSITION

Plea:   Guilty/Not Guilty          Enhanced/Habitual        Terms: Negotiated/Unnegotiated

Trial:  Court/Jury                 Punishment: Court/Jury            Dismissal/12:45/12:44a

PSI Reset Date:_____          PSI Waived_____

Judge Presiding_____  Plea Date_____

## JUDGMENT – COMMUNITY SUPERVISION
### Deferred Adjudication/Probation

Term: _____ years Probated for_____ years             _____ years Deferred Adjudication

Fine: _____ CSR: _____ Restitution: _____ DL Suspension: _____

Other Conditions:_____

Special Terms: _____days Shock/SAIP/SAFP/TCJ          Continued/Discharged

Revocation/Adjudication:  _____ probated for _____ and/or _____Fine; or

Plea: True/Not True        Sentence: _____Years/Months/Days

Judge Presiding_____  Revocation Date_____

## FINAL CONVICTION

_____Years/Months/Days            TDC /SJ/TCJ

$_____Fine  _____Family Violence Finding  _____Deadly Weapon Finding

Credit for B.T._____

DEFENDANT PRINT
RIGHT THUMB   OTHER:_____

_____
**Judge Presiding**                            **Date**

**Date Copy D/S to Prob**_____  **Judgment Date &Prepared by:**_____

β02'

## WARRANT OF ARREST

THE STATE OF TEXAS
VS.



CAUSE NO: **D1DC05301067**

NAME: LINDSAY CATHRYN COOK
ADDRESS: 2303 MCCULLOUGH ST.
CITY: AUSTIN      ST: TX
DOB: 6/30/1976
RACE: W      SEX: F

OFFENSE NO: 05-1021957
OFFENSE DATE: 4/12/2005
PEACE OFFICER: **Det. C. K. Smith #2286**

### THE STATE OF TEXAS
### TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:
### YOU ARE HEREBY COMMANDED TO ARREST:
### **LINDSAY CATHRYN COOK**

If to be found in your county and bring him before me, Judge at the municipal court, Travis
County, Texas, at my office in Austin, in the said county, Instanter, then and there to answer the
State of Texas for an offense against the laws of said state, to-wit:

### **Assault With Injury (Family Violence) -3rd Degree Felony**

of which offense he is accused by the written complaint, under oath of Det. C. K. Smith #2286 filed
before me.

**HEREIN FAIL NOT** but of this writ make due return, showing how you have executed the
same.

Witness my official signature on this ___5 / 3 /05___.

BOND $ _7,000 ⁰⁰_
EPO

Magistrate (Municipal) (Justice) (County) Court
(City of Austin) (PCT. Or CC at LAW #_____)
Travis County Texas

### PEACE OFFICER'S RETURN

Came at hand the ___03___ day of ___May___ A.D. 2005, at ___9:40___ o'clock
A m. and executed on the ___18___ day of ___July___ A.D., 2005,
at ___12___ o'clock ___P___ m., by arresting the within named ___Lindsay Cathryn Cook___
in ___TRAVIS___ County, Texas, and taking his bond, placing him in jail at
TCCB

I actually and necessarily traveled _____ miles in the service of this writ, in addition to
any other mileage that I may have traveled in the service of other process in this cause in the
same
trip.

| FEES-MILEAGE | $ |
|---|---|
| Making arrest | $ |
| Taking bond | $ |
| Commitment | $ |
| Release | $ |
| Total | $ |

FILED #
2005 JUL 21  AM 4: 52

By ___S. Tandus #425___
PEACE OFFICER

# Need for Emergency Protective Order

**Respondent:  LINDSAY CATHRYN COOK**

**A PROTECTIVE ORDER IS REQUESTED IN THIS CASE INVOLVING ASSAULT FAMILY VIOLENCE FELONY 3$^{RD}$ DEGREE.**
**THE RESPONDENT HAS A HISTORY OF ASSAULT FAMILY VIOLENCE.**

**DET. C.K. SMITH 2286**
**APD FVPT**

# CAPIAS

**DISTRICT COURT CAUSE NO. D-1-DC-05-301067**

JP NO.
DA NO.
MU. NO.
MNI NO. **297692**

~~ENTERED~~ **CANCELLED**

BOND SET AT: $7,000.00

## THE STATE OF TEXAS

## TO ANY SHERIFF OR PEACE OFFICER OF THE STATE OF TEXAS; GREETINGS:
YOU ARE HEREBY COMMANDED TO ARREST:

**LINDSAY CATHRYN COOK**

**ALIASES:** ** MISSING DIVERSION SEGMENT ??

**RACE:** U                                  **DOB:** June 30, 1976

**SEX:** F                                   **ETHNICITY:**

**SSN#:** ▇873    **SID#:** ▇▇▇▇    **DL#:**

**ADDRESS:** 2303 LANCCVLLOUGHST        *APD 280692*
AUSTIN, 78703

and him safely keep, so that you have him before the **390TH JUDICIAL DISTRICT COURT** of Travis County, Texas, at the courthouse of said county, in the City of Austin, forthwith, then and there to answer The State of Texas upon an indictment pending in said court charging him with the offense of

## ** MISSING CITATION SEGMENT ?? / ASSAULT/BODILY INJURY AGAINST FAMILY MEMBER/F3

HEREIN FAIL NOT, but due return make hereof to this court as the law directs.

COOK, LINDSAY CATHRYN   7/8/05 SO DALLAS CO   BD
WITNESS MY SIGNATURE AND OFFICIAL SEAL on   June 22, 2005

AMALIA RODRIGUEZ-MENDOZA
District Clerk, Travis County, Texas

By _____ , **Deputy**

| | |
|---|---|
| ___ NO RETURN ON WARRANT | ___ DEFENDANT FUGITIVE IN DISTRICT COURT CAUSE |
| ___ NO BOND IN FILE | ___ DEFENDANT IN JAIL |
| X DEFENDANT NOT IN JAIL | X CAPIAS ORDERED BY THE COURT |
| ___ BOND ORDERED REVOKED | ___ DEFENDANT REMANDED TO CUSTODY |
| ___ BOND INCREASED BY COURT | ___ SEALED INDICTMENT |
| ___ BOND FORFEITED IN DISTRICT COURT CAUSE | |
| ___ SURETY MOTIONED OFF BOND | |

**BONDSMAN:**
DATE OF BOND:
**COMMENTS:** DID INTENTIONALLY CAUSE BODILY INJURY TO FAMILY MEMBER BY PUNCHING/KICKING/ABOUT THE BODY AND BITING THE ARM OF FAMILY MEMBER

### OFFICER'S RETURN

Came to hand on the **23** day of _____ **200__** A.D., and executed on the
_____ day of _____ **20__** A.D., by arresting the within named
**LINDSAY CATHRYN COOK,** at _____ in _____ County,
Texas, by:

   (1)  placing him in the County Jail of _____ County, Texas.
   (2)  Taking his bond which is returned herewith.
   (3)  _____

Returned this the **18** day of _____ **2005** A.D.

FEES: $ _____ , Sheriff
MILEAGE: $ _____

TOTAL: $ _____ _____ County, Texas

_____ , **Deputy**

FILED #? _____
2005 JUL 19 AM **CUSTODIAN OF RECORDS**

C01 - 01339

FILED #? 2005 JUL 19 AM
DISTRICT CLERK

REFERENCE # ▇▇▇▇▇

# CAPIAS

**DISTRICT COURT CAUSE NO.  D-1-DC-05-301067**

BOND SET AT: $7,000.00

JP NO.
DA NO.
MU. NO.
MNI NO. **297692**

## THE STATE OF TEXAS

**TO ANY SHERIFF OR PEACE OFFICER OF THE STATE OF TEXAS; GREETINGS:**
YOU ARE HEREBY COMMANDED TO ARREST:

### LINDSAY CATHRYN COOK

**ALIASES:**    ** MISSING DIVERSION SEGMENT ??

**RACE:** U

**SEX:** F

**DOB:** June 30, 1976

**ETHNICITY:**

**SSN#:** ███4873      **SID#:** ████████      **DL#** ███████

**ADDRESS:**      2303 LANCCVLLOUGHST
                  AUSTIN, 78703

and him safely keep, so that you have him before the **390TH JUDICIAL DISTRICT COURT** of Travis County,
Texas, at the courthouse of said county, in the City of Austin, forthwith, then and there to answer The State
of Texas upon an indictment pending in said court charging him with the offense of
** **MISSING CITATION SEGMENT ??  / ASSAULT/BODILY INJURY AGAINST FAMILY
MEMBER/F3**

HEREIN FAIL NOT, but due return make hereof to this court as the law directs.

WITNESS MY SIGNATURE AND OFFICIAL SEAL on    June 22, 2005

AMALIA RODRIGUEZ-MENDOZA
District Clerk, Travis County, Texas

By _____ **Deputy**

| | |
|---|---|
| ___ NO RETURN ON WARRANT | ___ DEFENDANT FUGITIVE IN DISTRICT COURT CAUSE |
| ___ NO BOND IN FILE | ___ DEFENDANT IN JAIL |
| _X_ DEFENDANT NOT IN JAIL | _X_ CAPIAS ORDERED BY THE COURT |
| ___ BOND ORDERED REVOKED | ___ DEFENDANT REMANDED TO CUSTODY |
| ___ BOND INCREASED BY COURT | ___ SEALED INDICTMENT |
| ___ BOND FORFEITED IN DISTRICT COURT CAUSE | |
| ___ SURETY MOTIONED OFF BOND | |

**BONDSMAN:**
      DATE OF BOND:
**COMMENTS:DID INTENTIONALLY CAUSE BODILY INJURY TO FAMILY MEMBER BY
PUNCHING/KICKING/ABOUT THE BODY AND BITING THE ARM OF FAMILY MEMBER**

---

## OFFICER'S RETURN

Came to hand on the _____ day of _____ , _____ A.D., and executed on the
_____ day of _____ , _____ A.D., by arresting the within named
**LINDSAY CATHRYN COOK,** at _____ in _____ County,
Texas, by:

      (1)    placing him in the County Jail of _____ County, Texas.
      (2)    Taking his bond which is returned herewith.
      (3)    _____

Returned this the _____ day of _____ , _____ A.D.

FEES:         $ _____                    _____ , Sheriff
MILEAGE: $ _____
                                                  _____ County, Texas
TOTAL:     $ _____

                              By: _____ **Deputy**

C01 - 01339

WARRANT OF ARREST

**THE STATE OF TEXAS**
    VS.

CAUSE NO: **D1DC05301067**

NAME: LINDSAY CATHRYN COOK
ADDRESS: 2303 MCCULLOUGH ST.
CITY: AUSTIN    ST: TX
DOB: 6/30/1976
RACE: W    SEX: F

OFFENSE NO: 05-1021957
OFFENSE DATE: 4/12/2005
PEACE OFFICER: **Det. C. K. Smith #2286**

THE STATE OF TEXAS
TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:
YOU ARE HEREBY COMMANDED TO ARREST:
**LINDSAY CATHRYN COOK**

If to be found in your county and bring him before me, Judge at the municipal court, Travis
County, Texas, at my office in Austin, in the said county, Instanter, then and there to answer the
State of Texas for an offense against the laws of said state, to-wit:
**Assault With Injury (Family Violence) -3rd Degree Felony**
of which offense he is accused by the written complaint, under oath of Det. C. K. Smith #2286 filed
before me.

**HEREIN FAIL NOT** but of this writ make due return, showing how you have executed the
same.

Witness my official signature on this _5 / 3 / 05_.

BOND $ _7,000_
    _EPO_

_____ By Assignment
Magistrate (Municipal) (Justice) (County) Court
(City of Austin) (PCT. Or CC at LAW #_____)
Travis County Texas

PEACE OFFICER'S RETURN

Came at hand the _____ day of _____ A.D. 2005, at _____ o'clock
___m. and executed on the _____ day of _____ A.D., 2005,
at _____ o'clock _____ m., by arresting the within named _____
in _____ County, Texas, and taking his bond, placing him in jail at

I actually and necessarily traveled _____ miles in the service of this writ, in addition to
any other mileage that I may have traveled in the service of other process in this cause in the
same
trip.

FEES-MILEAGE    $ _____
Making arrest    $ _____
Taking bond    $ _____
Commitment    $ _____
Release    $ _____
Total    $ _____

FILED #2

By _____
PEACE OFFICER -4 AM 8:05

D.A. #D1-DC-05-301067/ MNI #297692.....................................390th

No. D10CO5301067  The State of Texas v. Lindsay Cook

## INDICTMENT

### Assault - Bodily Injury Against Family Member F3 22.01.1.c

Bond $

In The 299th Judicial District Court of Travis County, Texas

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

**THE GRAND JURY**, for the County of Travis, State of Texas, duly selected, empanelled, sworn, charged, and organized as such at the January, 2005 Term, A.D., of the 299th Judicial District Court for said County, upon its oath presents in and to said Court at said term, that Lindsay Cook on or about the 12th day of April, 2005, and before presentment of this indictment, in the County of Travis, and State of Texas, did then and there intentionally, knowingly, or recklessly cause bodily injury to Kathy Goodnite, a member of the said Lindsay Cook's family or household, by punching and kicking her about her body and biting her on the arm.

And the Grand Jury further presents that before the commission of the offense alleged above, Lindsay Cook had previously been convicted of an offense against a member of Lindsay Cook's family or household both under Section 22.01, Penal Code, in that on the 7th day of January, 2003, in the County, Texas

Filed In The District Court
in the County, Texas

JUN 1 5 2005

at_____M.
Amalia Rodriguez-Mendoza, Clerk

Court at Law #5 of Travis County, Texas, in cause number 620016, Lindsay Cook was convicted of Assault Family Violence,

against the peace and dignity of the State.

_____
Foreperson of the Grand Jury

Cause Number **D1DC05301067**

| THE STATE OF TEXAS | )( | IN THE MUNICIPAL COURT |
| | )( | CITY OF AUSTIN |
| COUNTY OF TRAVIS | )( | IN TRAVIS COUNTY, TEXAS |

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

Undersigned Affiant, Who After Being Duly Sworn By Me, On Oath, Makes The Following Statement:

I have good reason to believe and do believe that **LINDSAY CATHRYN COOK**, W/F, 6/30/1976.

On or About The 12TH Day of April, 2005, In the incorporated limits of the city of Austin, County of Travis and the State of Texas, did then and there commit the offense of:

### Assault With Injury (Family Violence): 3$^{rd}$ Degree Felony (Enhanced)

My belief of the foregoing statement is based upon information provided to me by KATHY GOODNITE.
(☐ affiant ☒ victim ☐ witness ☐ other        )

It was reported that on the 12THday of APRIL, 2005, at approximately 8:43 ☐am ☒pm, an assault was committed against **(Victim) KATHY GOODNITE** by **(Defendant) LINDSAY CATHRYN COOK.**

The incident is reported to have occurred at the following location in the city of Austin, ☒Travis ☐ Williamson County, Texas: 1201 W.6$^{TH}$ #D.
(☐ defendant's residence ☒ victim's residence ☐other        )

Describe the assault in detail: ON 4/12/2005 MS. COOK WAS OVER AT HER MOTHERS HOUSE LOCATED AT 1201 W. 6$^{TH}$ ST. #D USING THE PHONE.
WHILE USING THE PHONE HER MOTHER MS. GOODNITE COULD HEAR MS. COOK YELLING AT HER BOYFRIEND TO GET HER SOME PAIN PILLS.
WHEN MS. COOK GOT OFF THE PHONE SHE WENT INTO THE BEDROOM WHERE MS. GOODNITE WAS AND BEGAN TO ASSAULT HER FOR NO REASON.
MS. COOK PUNCHED AND KICKED MS. GOODNITE AND AT ONE TIME BIT HER ON THE RIGHT FOREARM CAUSING PHYSICAL PAIN AND VISIBLE INJURY.
MS. COOK THEN LEFT HER MOTHERS HOUSE BEFORE THE POLICE ARRIVED.

The injury sustained by the victim is described as: PHYSICAL PAIN, SWELLING,BRUISING AND BLEEDING TO THE RIGHT FOREARM.

This offense does involve Family Violence as the victim and suspect are related by: Blood.

***As per Section 22.01 of the Texas Penal Code, this charge is enhanced to a 3$^{rd}$ Degree Felony as the defendant was found to have the following conviction(s) for Assault Family Violence:
ASSAULT FAMILY VIOLENCE, TRAVIS COUNTY COURT AT LAW #5, CAUSE# 620016
DISPOSITION: CONVICTED, DISPOSITION DATE: 1/7/2003
Note: List the Charge, Court, Cause Number, Disposition, and Date for each conviction.
Verified by: DET. C.K. SMITH #2286

_Det. C.K. ___ 2286_
AFFIANT
**DET. C.K. SMITH #2286**
Sworn And Subscribed To Before Me By The Said Affiant On This ⌇ Day Of May, 2005.
_Jack R Miller By Assignment_
Magistrate

Notary Public in and for the State of Texas,
Travis County or Texas Peace Officer.

On This The ⌇ Day Of May, 2005, I Hereby Acknowledge I have examined The Foregoing Affidavit and have Determined That Probable Cause Exists For the Issuance Of An Arrest Warrant For The Individual Accused Therein.

Offense No. 05-1021957

Revised: 1-6-05

_Jack R Miller By Assignment_
Magistrate (Municipal) (Justice
(City of Austin) (PCT. Or CC at Law #
Travis County Texas

I, VELVA L. PRICE, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office
On 10/7/2024 at 12:46 PM

VELVA L. PRICE
DISTRICT CLERK
By Deputy: ___

Page 1 of 1