UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/21/25___
```

-----------------------------------------------------------------------X
:
JOHN DOE,                                                               :
:
                    Plaintiff,                                   :
:                          23-cv-10362 (LJL)
       -v-                                                    :
:                              ORDER
LINDSAY COOK et al.,                                                   :
:
                  Defendants.                                  :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a teleconference in this matter on January 21, 2025.  Plaintiff joined, but Defendant, who has recently been released from incarceration, did not join the conference line. Given Defendant's pro se status and the challenges of accessing the Court's conference line, the hearing is reset for January 29, 2025, at 12 p.m.  Parties are directed to dial into the Court's teleconference line at (646) 453-4442 and enter conference ID# 358639322.

      Pro se parties should be advised that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases. The Clinic may be able to provide a non-incarcerated pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). For further information regarding the Pro Se Law Clinic, parties are referred to https://www.nysd.uscourts.gov/attorney/legal-assistance.

      The Clerk of Court is respectfully directed to mail copies of this order to Plaintiff and Defendant at the addresses on file.

      SO ORDERED.

Dated: January 21, 2025
      New York, New York
                                  LEWIS J. LIMAN
                            United States District Judge