```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/3/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN DOE,

                Plaintiff,

       -v-

LINDSAY COOK et al.,

                Defendants.
------------------------------------------------------------------X

23-cv-10362 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a teleconference in this matter on January 29, 2025, having previously rescheduled a conference from January 21, 2025, which Defendant failed to join. Once again, Plaintiff joined, but Defendant, who has recently been released from incarceration, did not join the conference line. Given Defendant's pro se status and the challenges of accessing the Court's conference line, the hearing is reset for Wednesday, February 26, 2025, at 12 p.m. Parties are directed to dial into the Court's teleconference line at (646) 453-4442 and enter conference ID# 358639322. Parties are reminded that failure to participate in this litigation may result in a default judgment entered against the non-participating party.

Pro se parties should be advised that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases. The Clinic may be able to provide a non-incarcerated pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). For further information regarding the

Pro Se Law Clinic, parties are referred to https://www.nysd.uscourts.gov/attorney/legal-assistance.

The Clerk of Court is respectfully directed to mail copies of this order to Plaintiff and Defendant at the addresses on file.

SO ORDERED.

Dated: February 3, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge