```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/26/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  :
JOHN DOE,  :
  :
                            Plaintiff,  :
  :     23-cv-10362 (LJL)
           -v-  :
  :     ORDER
LINDSAY COOK et al.,  :
  :
                            Defendants.  :
  :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a teleconference in this matter on February 26, 2025, after having previously rescheduled multiple times based on Defendant's failure to join.  Once again, Plaintiff joined, but Defendant, who has recently been released from incarceration, did not join the conference line.  Given Defendant's pro se status and the challenges of affecting service on the Defendant, the hearing is reset for Monday, April 21, 2025, at 12 p.m.  Parties are directed to dial into the Court's teleconference line at (646) 453-4442 and enter conference ID# 358639322. Parties are reminded that failure to participate in this litigation may result in a default judgment entered against the non-participating party.

Plaintiff is further directed to advise the Court by letter filed on the docket of his efforts to locate and serve the Defendant.

Pro se parties should be advised that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases. The Clinic may be able to provide a non-incarcerated pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among

other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). For further information regarding the Pro Se Law Clinic, parties are referred to https://www.nysd.uscourts.gov/attorney/legal-assistance.

    The Clerk of Court is respectfully directed to mail copies of this order to Plaintiff and Defendant at the addresses on file.

SO ORDERED.

Dated: February 26, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge