```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/23/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN DOE,

                Plaintiff,

     -v-

LINDSAY COOK et al.,

                Defendants.
------------------------------------------------------------------X

23-cv-10362 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The conference currently scheduled for May 27, 2025 is adjourned until June 30, 2025 at 3 p.m. after the elapse of Plaintiff's deadline to refile his complaint under his own name per the Court's order of May 19, 2025. *See* Dkt. No. 42. Parties are directed to dial into the Court's teleconference line at (646) 453-4442 and enter conference ID# 358639322.

The Clerk of Court is respectfully directed to mail copies of this order to Plaintiff and Defendant at the addresses on file.

    SO ORDERED.

Dated: May 23, 2025
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge