UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                        :
JOHN DOE,                                                               :
                                                                        :
                                  Plaintiff,                            :
                                                                        :
                 -v-                                                    :
                                                                        :
LINDSAY COOK et al.,                                                   :
                                                                        :
                                  Defendants.                           :
                                                                        :
------------------------------------------------------------------------X

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:_____           │
│ DATE FILED:___6/11/25___          │
└──────────────────────────────────┘
```

23-cv-10362 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

     The Court grants in part and denies in part Plaintiff's motion at Dkt. No. 46. In light of Plaintiff's interlocutory appeal of this Court's Orders at Dkt. Nos. 32, 42, the Court grants Plaintiff's request for a stay of the case pending the outcome of the appeal, including staying the directive that Plaintiff refile his complaint in his own name by June 16, 2025. In light of this stay, the Court denies Plaintiff's request for expedited consideration of his sealing motion at Dkt. No. 43.

The Clerk of Court is respectfully directed to mail copies of this order to Plaintiff and Defendant at the addresses on file.

     SO ORDERED.

Dated:  June 11, 2025
      New York, New York                          _____
                                                            LEWIS J. LIMAN
                                                    United States District Judge